1  THEODORE B. OLSON, SBN 38137
   tolson@gibsondunn.com
2  THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
3  NICOLA T. HANNA, SBN 130694
   nhanna@gibsondunn.com
4  ERIC D. VANDEVELDE, SBN 240699
   evandevelde@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
7  Facsimile:   213.229.7520

8  Attorneys for Apple Inc.

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11  EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 10-16-SP<br><br>**SCHEDULING ORDER**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:     1:00 p.m.<br>Place:    Courtroom 3 or 4<br>Judge:   Hon. Sheri Pym |

18       1.     Apple Inc. ("Apple") has informed the government and the Court that it will seek relief from the Court's February 16, 2016 *Order Compelling Apple to Assist Agents in Search* (the "Order").

     2.     On February 18, 2016, the Court held a telephonic status conference in this matter and heard the positions of the government and Apple with respect to an appropriate briefing schedule for Apple's application for relief.

     3.     On February 19, 2016, the government filed a *Motion to Compel Apple Inc. to Comply with this Court's February 16, 2016 Order Compelling Assistance in Search.*

Gibson, Dunn &
Crutcher LLP

1      4.     The Court will hear Apple's application for relief and the government's

2 motion to compel on March 22, 2016, at 1:00 p.m., and sets the following briefing

3 schedule:

4           i.     Apple shall file its application for relief/opposition to the

5 government's motion by not later than February 26, 2016;

6           ii.    Any amicus brief shall be filed by not later than March 3, 2016,

7 along with an appropriate request seeking leave of the Court to file such brief;

8           iii.   The government's opposition to Apple's application for relief/reply

9 to the government's motion shall be filed by not later than March 10, 2016; and

10          iv.    Apple shall file any reply with respect to its application for relief by

11 not later than March 15, 2016.

12      5.     Apple shall have 35 pages for its application for relief/opposition to the

13 government's motion, and the government shall have 35 pages for its opposition to

14 Apple's application for relief/reply to the government's motion.  All other filings shall

15 conform to the page limits set forth in the Local Rules.

16      6.     The Order currently imposes a five-day deadline by which Apple must

17 seek relief from the Court.  In light of the schedule set forth herein, that deadline is

18 vacated; Apple shall seek relief from the Court by February 26, 2016.

19 IT IS SO ORDERED.

20 Dated: February 19, 2016

21

22                                    Honorable Sheri Pym
                                      United States Magistrate Judge

23

24

25

26      102074785.1.DOC

27

28

Gibson, Dunn &
Crutcher LLP