| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| *Read Instructions.* | | | |

| 1. NAME Dan Levine | 2. PHONE NUMBER 415-348-4726 | 3. EMAIL ADDRESS dan.levine@thomsonreuters.co. | |
|---|---|---|---|
| 4. MAILING ADDRESS 50 California St. | 5. CITY San Francisco | 6. STATE CA | 7. ZIP CODE 94111 |
| 8. CASE NUMBER 16-cm-10 | 9. CASE NAME In the Matter of the Search | DATES OF PROCEEDINGS 10. FROM 2/18/16 | 11. TO 2/18/16 |
| 12. PRESIDING JUDGE US Magistrate Judge Shari Pym | | LOCATION OF PROCEEDINGS 13. CITY Riverside | 14. STATE CA |

**15. ORDER FOR**

☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING *(Specify)* Telephone Conference | 2/18/16 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☑ RECORDABLE COMPACT DISC - CD | 1 | |
| ☑ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 (if faster than CD) | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE /s/ Dan Levine

19. DATE 2/24/16

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY