THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone: 202.706.5202
Facsimile:  202.706.5298
*Pro Hac Vice Admission Pending

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)·<br><br>**DECLARATION OF NICOLA T. HANNA IN SUPPORT OF APPLE INC'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:    1:00 p.m.<br>Place:   Courtroom 3 or 4<br>Judge:  Hon. Sheri Pym |

# DECLARATION OF NICOLA T. HANNA

I, Nicola T. Hanna, declare as follows:

1. I am an attorney licensed to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys responsible for representing Apple Inc. in the above-captioned matter. I submit this declaration in support of Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition to Government's Motion to Compel Assistance. The following facts are true to the best of my knowledge and belief and, if called and sworn as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Washington Post article, *Hacks of OPM Databases Compromised 22.1 Million People, Federal Authorities Say*, by Ellen Nakashima, originally published on July 9, 2015, available at https://www.washingtonpost.com/news/federal-eye/wp/2015/07/09/hack-of-security-clearance-system-affected-21-5-million-people-federal-authorities-say/. The article was printed on February 23, 2016.

3. Attached hereto as **Exhibit B** is a true and correct copy of the letter to the court filed by Apple Inc. on February 17, 2016 in *In re Order Requiring Apple, Inc. to Assist in the Execution of a Search Warrant Issued by this Court*, E.D.N.Y No. 15-MC-1902, Dkt. 27.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Newsweek article, *The Murder Victim Whose Phone Couldn't Be Cracked and Other Apple Encryption Stories*, by Seung Lee, originally published on February 19, 2016, available at http://www.newsweek.com/apple-encryption-crime-428565. The article was printed on February 23, 2016.

5. The Charlie Rose television interview of Cyrus Vance aired on February 18, 2016, and is available at http://www.charlierose.com/watch/60689812.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Apple Inc. document, *A Message to Our Customers*, originally published on February 16, 2016,

1

Gibson, Dunn & Crutcher LLP

available at http://www.apple.com/customer-letter/. The document was printed on February 23, 2016.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Wall Street Journal article, *The Attacks in Paris: Islamic State Teaches Tech Savvy*, by Margaret Coker et al., originally published on November 17, 2015, available at http://www.wsj.com/articles/islamic-state-teaches-tech-savvy-1447720824. The article was printed on February 20, 2016.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Federal Bureau of Investigation document, *Going Dark Issue*, available at https://www.fbi.gov/about-us/otd/going-dark-issue. The document was printed on February 23, 2016.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Lawfare blog post, *Encryption, Public Safety, and "Going Dark,"* by James Comey, originally posted on July 6, 2015 at 10:38 AM, available at https://www.lawfareblog.com/encryption-public-safety-and-going-dark. The blog post was printed on February 23, 2016.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Lawfare blog post, *We Could Not Look the Survivors in the Eye if We Did Not Follow This Lead*, by James Comey, originally posted on February 21, 2016 at 9:03 PM, available at https://www.lawfareblog.com/we-could-not-look-survivors-eye-if-we-did-not-follow-lead. The blog post was printed on February 23, 2016.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Wall Street Journal article, *Gen. Michael Hayden Gives an Update on the Cyberwar*, an interview with John Bussey, originally published on February 9, 2016, available at http://www.wsj.com/articles/gen-michael-hayden-gives-an-update-on-the-cyberwar-1455076153. The article was printed on February 23, 2016.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Wall Street Journal article, *How the U.S. Fights Encryption—and Also Helps Develop It*, by

Gibson, Dunn & Crutcher LLP

Damian Paletta, originally published on February 22, 2016, available at http://www.wsj.com/articles/how-the-u-s-fights-encryptionand-also-helps-develop-it-1456109096. The article was printed on February 23, 2016.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Apple Inc. document, *iOS Security: iOS 9.0 or later*, originally published in September 2015, available at https://www.apple.com/business/docs/iOS_Security_Guide.pdf. The document was printed on February 23, 2016.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Joint Statement with Deputy Attorney General Sally Quillian Yates Before the Senate Judiciary Committee, *Going Dark: Encryption, Technology, and the Balances Between Public Safety and Encryption*, by James Comey, originally published on July 8, 2015, available at https://www.fbi.gov/news/testimony/going-dark-encryption-technology-and-the-balances-between-public-safety-and-privacy. The document was printed on February 23, 2016.

15. Attached hereto as **Exhibit M** is a true and correct copy of the article *The National-Security Needs for Ubiquitous Encryption*, by Susan Landau, Appendix A to the Berkman Center for Internet & Society at Harvard University article *Don't Panic: Making Progress on the 'Going Dark' Debate*, originally published on February 1, 2016, available at https://cyber.law.harvard.edu/pubrelease/dont-panic/Dont_Panic_Making_Progress_on_Going_Dark_Debate.pdf. The article was printed on February 24, 2016.

16. Attached hereto as **Exhibit N** is a true and correct copy of the written evidence (IPB0093) submitted by Apple Inc. and Apple Distribution International to the Parliament of the United Kingdom on December 21, 2015, available at http://data.parliament.uk/writtenevidence/committeeevidence.svc/evidencedocument/draft-investigatory-powers-bill-committee/draft-investigatory-powers-bill/written/26341.pdf. The document was printed on February 23, 2016.

17. Attached hereto as **Exhibit O** is a true and correct copy of the Washington Post article, *Why The Fear Of Ubiquitous Data Encryption Is Overblown*, by Mike McConnell et al., originally published on July 28, 2015, available at https://www.washingtonpost.com/ opinions/the-need-for-ubiquitous-data-encryption/2015/07/28/3d145952-324e-11e5-8353-1215475949f4_story.html. The article was printed on February 23, 2016.

18. Attached hereto as **Exhibit P** is a true and correct copy of the Washington Post article, *Proposal Seeks To Fine Tech Companies For Noncompliance with Wiretap Orders*, by Ellen Nakashima, originally published on April 28, 2013, available at https://www.washingtonpost.com/world/national-security/proposal-seeks-to-fine-tech-companies-for-noncompliance-with-wiretap-orders/2013/04/28/29e7d9d8-a83c-11e2-b029-8fb7e977ef71_story.html. The article was printed on February 23, 2016.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the New America's Open Technology Institute document, *Joint Letter to President Barack Obama*, originally published on May 19, 2015, available at https://static.newamerica.org/attachments/3138--113/Encryption_Letter_to_Obama_final_051915.pdf. The document was printed on February 23, 2016.

20. Attached hereto as **Exhibit R** is a true and correct copy of the House Committee on the Judiciary press release, *Senior House Judiciary Committee Democrats Express Concern Over Government Attempts to Undermine Encryption*, by The House Committee on the Judiciary, Democrats, originally published on February 18, 2016, available at http://democrats.judiciary.house.gov/press-release/senior-house-judiciary-committee-democrats-express-concern-over-government-attempts. The press release was printed on February 23, 2016.

21. Attached hereto as **Exhibit S** is a true and correct copy of the *Statement Before the Senate Committee on Homeland Security and Governmental Affairs*, by James Comey, originally published on October 8, 2015, available at

Gibson, Dunn & Crutcher LLP

https://www.fbi.gov/news/testimony/threats-to-the-homeland. The document was printed on February 23, 2016.

22. Attached hereto as **Exhibit T** is a true and correct copy of the document *Director Discusses Encryption, Patriot Act Provisions*, by James Comey, originally published on May 20, 2015, available at https://www.fbi.gov/news/news_blog/director-discusses-encryption-patriot-act-provisions. The document was printed on February 23, 2016.

23. Attached hereto as **Exhibit U** is a true and correct copy of the transcript of the radio Interview with Cyrus Vance, *It's Not Just the iPhone Law Enforcement Wants to Unlock*, by NPR Weekend Edition, originally aired on February 21, 2016, available at http://www.npr.org/2016/02/21/467547180/it-s-not-just-the-iphone-law-enforcement-wants-to-unlock. The transcript was printed on February 23, 2016.

24. Attached hereto as **Exhibit V** is a true and correct copy of the document, *Remarks by President Obama and Prime Minister Cameron of the United Kingdom in Joint Press Conference*, published by the White House, Office of the Press Secretary, on January 16, 2015, available at https://www.whitehouse.gov/the-press-office/2015/01/16/remarks-president-obama-and-prime-minister-cameron-united-kingdom-joint-. The document was printed on February 23, 2016.

25. Attached hereto as **Exhibit W** is a true and correct copy of the ReCode.com article, *White House. Red Chair. Obama Meets Swisher*, by Kara Swisher, originally published on February 15, 2015, available at http://recode.net/2015/02/15/white-house-red-chair-obama-meets-swisher/. The article was printed on February 23, 2016.

26. Attached hereto as **Exhibit X** is a true and correct copy of the Apple Inc. document, *iCloud: Back up your iOS device to iCloud*, last modified February 11, 2016, available at https://support.apple.com/kb/PH12520. The document was printed on February 23, 2016.

5

27. Attached hereto as **Exhibit Y** is a true and correct copy of the *Statement to Address Misleading Reports that the County of San Bernardino Reset Terror Suspect's iPhone Without Consent of the FBI*, issued by the Federal Bureau of Investigation to Ars Technhica on February 21, 2016, available at https://assets.documentcloud.org/documents/2716811/Statement-from-the-FBI-Feb-20-2016.pdf. The statement was printed on February 23, 2016.

28. Attached hereto as **Exhibit Z** is a true and correct copy of the New York Times article, *No Smartphone Lies Beyond the Reach of a Judicial Search Warrant*, by Cyrus R. Vance, Jr., originally published on February 18, 2016, available at http://www.nytimes.com/roomfordebate/2016/02/18/crimes-iphones-and-encryption/no-smartphone-lies-beyond-the-reach-of-a-judicial-search-warrant. The article was printed on February 23, 2016.

29. Attached hereto as **Exhibit AA** is a true and correct copy of the Apple Inc. document, *Privacy, Government Information Requests*, available at http://www.apple.com/privacy/government-information-requests/. The document was printed on February 23, 2016.

30. Attached hereto as **Exhibit BB** is a true and correct copy of the BuzzFeed News article, *FBI Admits It Urged Change Of Apple ID Password For Terrorist's iPhone*, by John Paczkowski and Chris Geidner, last updated on February 20, 2016 available at http://www.buzzfeed.com/johnpaczkowski/apple-terrorists-appleid-passcode-changed-in-government-cust#.pwX6NKVvW. The article was printed on February 23, 2016.

31. Attached hereto as **Exhibit CC** is a true and correct copy of the Washington Post article, *FBI Asked San Bernardino to Reset the Password for Shooter's Phone Backup*, by Ellen Nakashima and Mark Berman, originally published on February 20, 2016, available at https://www.washingtonpost.com/world/ national-security/fbi-asked-san-bernardino-to-reset-the-password-for-shooters-phone-

backup/2016/02/ 20/21fe9684-d800-11e5-be55-2cc3c1e4b76b_story.html. The article was printed on February 23, 2016.

32. Attached hereto as **Exhibit DD** is a true and correct copy of the transcript of the hearing held before the Honorable James Orenstein on October 26, 2015 in *In re Order Requiring Apple, Inc. to Assist in the Execution of a Search Warrant Issued by this Court*, E.D.N.Y No. 15-MC-1902, Dkt. 19.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed at Irvine, California on February 25, 2016.

*Nicola T. Hanna* e/x
Nicola T. Hanna