THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:   202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone:  202.706.5202
Facsimile:   202.706.5298
*Pro Hac Vice Admission Pending

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**DECLARATION OF ERIK NEUENSCHWANDER IN SUPPORT OF APPLE INC'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**<br><br>**Hearing:**<br>Date:    March 22, 2016<br>Time:   1:00 p.m.<br>Place:  Courtroom 3 or 4 |

I, Erik Neuenschwander, declare:

1. I am over the age of eighteen years and am competent and authorized to make this declaration. I have personal knowledge of the facts set forth below except as to any facts set forth upon information and belief. As to those facts, I believe them to be true. If called as a witness, I would and could testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2. I have reviewed the Government's *Ex Parte* Application for Order Compelling Apple Inc. to Assist Agents in Search, the Memorandum of Points and Authorities in support of that application, and the Declaration of Christopher Pluhar. I have also reviewed the Court's February 16, 2016 Order Compelling Apple Inc. to Assist Agents in Search and the Government's February 19, 2016 Motion to Compel.

3. To the extent Apple Inc. ("Apple") is required to perform the services that the government demands in these documents, I will likely be tasked with planning the project, which would be implemented by multiple engineers and additional Apple personnel across different groups.

**Background**

4. I have worked for Apple for over eight years, with more than half of that period focused on privacy matters. I am presently Manager of User Privacy. In that role, I am primarily responsible for the privacy design of Apple's products and services. This includes performing ongoing reviews of the privacy impact of various features in, and data collected by, Apple products and services (in coordination with a team of Apple engineers under my supervision), coordinating with Apple's global privacy policy organization and, with the legal department, coordinating outreach and communications with regulators and standards bodies. Prior to becoming User Privacy Manager, my title was Product Security and Privacy Manager, a role I held for four years.

5. Prior to joining Apple in 2007, I spent over four years at Microsoft Corporation as a Program Manager.

6. I attended Stanford University where I obtained both a Bachelor of Science degree in Symbolic Systems and a Master of Arts degree in Philosophy. During the time I was getting my Master of Arts degree, I was also a teaching fellow at Stanford, teaching classes in Computer Science including C++ and Object-Oriented Programming.

7. All told, I have spent the majority of the last 13 years focusing on software engineering, with a significant focus on privacy and security dating back more than twenty years.

### Overview of Security of Apple's Devices

8. In September 2014, Apple announced that iPhones and other devices operating Apple's then-newest operating system, iOS 8, would include hardware- and software-based encryption of the password-protected contents of the devices by default. These protections are designed to prevent anyone without the passcode from accessing stored data on the device.

9. When a user sets up an iPhone, the user designates a device passcode, consisting of four, six, or more alphanumeric characters. This passcode is part of the encryption for files with certain classes of protection. The stronger the user passcode is, the stronger the encryption becomes. On iPhones running iOS 8 or newer operating systems, the major types of user data, including messages, photos, contacts, email, notes, and calendar data all are encrypted with keys protected by a key derived from the user-chosen passcode. The end result is a person must know that passcode to read this data.

10. To prevent "brute-force" attempts to determine the passcode by submitting multiple guesses in rapid succession, iOS includes a variety of safeguards.

11. One of these safeguards is referred to as a "large iteration count." This safeguard functions to slow attempts to unlock an iPhone by increasing the

1  computational burden of each attempt.  The iteration count is calibrated so that one
2  attempt to unlock an iPhone takes approximately 80 milliseconds.

3      12.    As another safeguard, Apple imposes time delays, including one which
4  escalates after the entry of invalid passcodes to deter anyone attempting to improperly
5  access a phone by guessing the passcode.  After enough consecutive incorrect attempts
6  to enter the passcode, the time delay is set to an infinite value, such that the device will
7  refuse to accept any further passcode entries.  There is also a user-configurable setting
8  ("Erase Data") which automatically deletes keys needed to read encrypted data after
9  ten consecutive incorrect attempts.  Even when this setting is disabled, however, the
10 infinite delay limits the number of passcode attempts.

11     13.    A further safeguard for iOS devices is the creation of a Unique ID
12 ("UID") for every device during fabrication, which is not accessible to the operating
13 system or stored by Apple.  When the decryption key for a device is being generated,
14 the user-chosen passcode is entangled with that device's UID.  This means that data is
15 protected with a key cryptographically tied to a given device, and consequently iOS is
16 designed to require passcode validation (and therefore any attempted brute-force
17 attack) be performed on the physical device itself.

18     14.    Each of the features described above is present in the operating system on
19 the device in question in this matter.

20 **The Government's Request**

21     15.    As I understand it, the government is demanding that Apple build for the
22 FBI a version of Apple's iPhone operating system that does not currently exist, that
23 Apple would not otherwise build, and that can be used to defeat the above-referenced
24 security measures on Apple devices such as the device at issue here.  I will refer to this
25 operating system as GovtOS.

26     16.    Specifically, I understand that the government wants GovtOS to (1)
27 bypass or disable the Erase Data function on the device, whether or not it has been
28 enabled; (2) enable the FBI to submit passcodes to the device electronically as opposed

Gibson, Dunn &
Crutcher LLP

4

1 to manually, which is how Apple devices are now designed to accept passcodes; and
2 (3) ensure that when the FBI submits passcodes to the device electronically, software
3 running on the device will not introduce additional time delays between passcode
4 attempts beyond what is incurred by Apple's hardware.

5   17.   The government wants GovtOS to load and run from Random Access
6 Memory ("RAM"), and not modify the operating system on the actual phone, the user
7 data partition, or the system partition on the device's flash memory.

8   18.   I understand that the government wants Apple to cryptographically sign
9 GovtOS to represent that it is a legitimate Apple product, and then load it onto the
10 device in question so that the government can attempt to brute-force hack the device,
11 either directly or remotely.

12   19.   Apple's current iPhone operating systems designed for consumer
13 interaction do not run in RAM, but are installed on the device itself.  To make them
14 run in RAM, Apple would have to make substantial reductions in the size and
15 complexity of the code.

16   20.   Apple's current consumer operating systems do not allow for electronic
17 input of a passcode.

## Creating and Testing the Operating System

19   21.   The government is asking Apple to do something that, to my knowledge,
20 Apple has never done before.  Accordingly, it is difficult to accurately predict exactly
21 the work such a project would entail and how long it would take.

22   22.   I would estimate that the design, creation, validation, and deployment of
23 GovtOS would necessitate between six and ten Apple engineers and employees
24 dedicating a very substantial portion of their time for two weeks at a minimum, and
25 likely as many as four weeks.  This includes, in addition to myself, at least two
26 engineers from Apple's core operating system group, a quality assurance engineer, a
27 project manager, and either a document writer or a tool writer (depending on whether
28 Apple is writing the tool to submit passcodes electronically or a protocol so that the

1  government can do so).  This does not include the other personnel who would support
2  those individuals.

3      23.    These individuals would otherwise be performing engineering tasks
4  related to Apple's products.  New employees could not be hired to perform these tasks,
5  as they would have insufficient knowledge of Apple's software and design protocols to
6  be effective in designing and coding the software without significant training.

7      24.    The first step in the process would be for Apple to design and create an
8  operating system that can accomplish what the government wants.  No such operating
9  system currently exists with this combination of features.  Moreover, Apple cannot
10 simply remove a few lines of code from existing operating systems. Rather, Apple will
11 need to design and implement untested functionality in order to allow the capability to
12 enter passcodes into the device electronically in the manner that the government
13 describes.

14     25.    Creating the ability to enter passcodes into a device electronically with no
15 software-imposed delays would entail modifying existing code to remove delays as
16 well as writing new code that manages a connection to another device and, using a
17 communications protocol that would also have to be designed, allows the other device
18 to submit test passcodes and receive and process the result of those tests.  The means
19 for establishing such connection could include Wi-Fi, Bluetooth, or direct cable
20 connection.

21     26.    Apple will also need to either (1) develop and prepare detailed
22 documentation for the above protocol to enable the FBI to build a brute-force tool that
23 is able to interface with the device to input passcode attempts, or (2) design, develop
24 and prepare documentation for such a tool itself.  Further, if the tool is utilized
25 remotely (rather than at a secure Apple facility), Apple will also have to develop
26 procedures to encrypt, validate, and input into the device communications from the
27 FBI.

28

27. After GovtOS is designed and implemented, it will need to be compiled and an installable image will need to be created for the type of device in question. Lastly, it will have to be signed with Apple's cryptographic key verifying that it is Apple-authorized software. Absent Apple's proper cryptographic signature, this device will not load GovtOS.

28. Apple would not agree to sign GovtOS voluntarily because it is not software that Apple wants created, deployed or released.

29. This entire development process would likely be logged and recorded in case Apple's methodology is ever questioned, for example in court.

**Quality Assurance and Security Testing**

30. Once the operating system is created it will need to go through Apple's quality assurance and security testing process.

31. The quality assurance and security testing process is an integral part of the development and deployment of any hardware or software product Apple creates. Apple's ecosystem is incredibly complicated. Changing one feature of an operating system often has ancillary or unanticipated consequences. The potential for such consequences increases with the number of changes to the operating system. Thus, quality assurance and security testing requires that the new operating system be tested and validated before being deployed. The quality assurance and security testing process requires that Apple test GovtOS internally on multiple devices with the exact same hardware features and operating system as the device at issue, in order to ensure that GovtOS functions as required by the government's request.

32. Here, quality assurance and security testing will be particularly critical because the FBI-commissioned operating system will need to access the data partition of the device in order to test the passcodes. The data partition is where any user data resides. Because the device at issue contains unique data—any damage or modification to which could be irreversible—Apple will have to undertake additional testing efforts to confirm and validate that running this newly developed operating

system to bypass the device's security features will not inadvertently destroy or alter the user data on the data partition.

33. To the extent during the quality assurance and security testing process problems are identified (which is almost always the case), solutions will need to be developed and re-coded into the new operating system. Once such solutions are inputted, the quality assurance and security testing process will begin anew.

34. The entire quality assurance and security testing process would also likely be logged, recorded, and preserved in case Apple's methodology is ever questioned, for example in court.

## Deploying the Operating System on the Subject Device

35. Once the new operating system is created and validated, it will need to be deployed on to the subject device.

36. The deployment will need to be done at an Apple facility. That is because GovtOS is not intended to run on any consumer device except with the validation of Apple in circumstances where due process is followed. In addition, simply delivering the operating system to the government would impose upon the government full responsibility for securing it from hackers and others looking to get their hands on it.

37. Once GovtOS is created, Apple will need to set up a secure, isolated physical facility where the FBI's passcode testing can be conducted without interfering with the investigation or disrupting Apple's operations. At that facility, the FBI can then connect the device to a computer equipped with the passcode testing tool and conduct its tests for as long as that process takes. At the conclusion of the FBI's testing, whether or not successful, the subject device will need to be restarted so that GovtOS is erased from the device's memory, and Apple can confirm that this sensitive software does not ever leave its facility.

38. The deployment steps for a particular device outlined above will require additional time beyond the creation and testing of GovtOS, likely at least a day (not including FBI time spent at Apple's facility testing passcodes).

## **Destroying or Securing the Operating System**

39. The government's papers suggest that once deployment of GovtOS is completed and the government (presumably) accesses the device, Apple can simply "destroy" GovtOS.

40. The government suggests that this would reduce or eliminate any risk of misuse of the new operating system, including potential use on a device other than the device at issue here. I believe this to be a fundamentally flawed premise.

41. The virtual world is not like the physical world. When you destroy something in the physical world, the effort to recreate it is roughly equivalent to the effort required to create it in the first place. When you create something in the virtual world, the process of creating an exact and perfect copy is as easy as a computer key stroke because the underlying code is persistent.

42. Even if the underlying computer code is completely eradicated from Apple's servers so as to be irretrievable, the person who created the destroyed code would have spent the time and effort to solve the software design, coding and implementation challenges. This process could be replicated. Thus, GovtOS would not be truly destroyed.

43. Moreover, even if Apple were able to truly destroy the actual operating system and the underlying code (which I believe to be an unrealistic proposition), it would presumably need to maintain the records and logs of the processes it used to create, validate, and deploy GovtOS in case Apple's methods ever need to be defended, for example in court. The government, or anyone else, could use such records and logs as a roadmap to recreate Apple's methodology, even if the operating system and underlying code no longer exist.

44. All told, I would estimate that the process of designing, creating, validating, deploying GovtOS would take two to four weeks, with additional time spent on eradication (assuming that is possible).

**Burden of Repeated Requests**

45. Given the complexity of designing, creating, validating, deploying, and eradicating a bespoke operating system such as the government demands, the burden on Apple will increase significantly as the number of requests to Apple increase.

46. For example, if Apple receives three orders a week similar to the one here from around the United States, the entire process described above—writing, validating, executing, and then completely destroying the code—will have to happen three times every week, week in and week out. Each such commissioned operating system will need to be tailored to the specific combination of hardware and operating system running on the relevant device.

47. The other alternative would be for Apple to maintain custody of GovtOS. Doing that creates an entirely different set of burdens. If a purpose-built operating system such as the one the government seeks here got into the wrong hands it would open a significant new avenue of attack, undermining the security protections that Apple spent years developing to protect its customers.

48. Apple would thus need to impose the same level of security protections around GovtOS (as well as the source code used to create it and records and logs document its creation, validation, and deployment) that Apple now employs for its most sensitive trade secrets.

49. These measures would need to be maintained for as long as Apple was being required to create and deploy specialized operating systems like those demanded here.

**Novelty of the Government's Request**

50. What the government is requesting Apple do is not something that Apple has ever done before or would otherwise do.

51. Apple does not create operating systems the purpose of which is to defeat the security measures Apple specifically designs in to its products.

52. Apple does not build bespoke operating systems that are only intended to be installed a single time.

53. Apple does not create operating systems built to third-party specifications provided uniquely to Apple.

### Alternative Ways of Obtaining Information from the Device

54. There are several other ways the government could have potentially obtained any data stored on the subject device.

55. I understand that the subject device was provided to the user by his employer, the San Bernardino County Public Health Department ("SBCPHD"), which owned the device.

56. The FBI would likely have been able to clear the passcode lock on the device without assistance from Apple had the SBCPHD required that Mobile Device Manager ("MDM") be installed and activated on the device before giving it to their employees.

57. MDM is an Apple feature that allows employers to exercise control over devices used by employees, whether those devices are owned by the employer and provided to the employees or are the employees' own devices. Using MDM, employers can wirelessly configure and update settings, monitor policy compliance, deploy apps and books, and remotely wipe or lock managed corporate devices.

58. Administrative commands available to employers using MDM include changing configuration settings automatically without user interaction and clearing the passcode lock so users can reset forgotten passwords. Had SBCPHD employed MDM in a way that allowed it do those things, SBCHD could simply clear the passcode lock for the government and/or turn off the Erase Data feature for the government.

59. The government may also have been able to obtain the latest data from the device through iCloud backup had the FBI not instructed the SBCPHD to change the iCloud password associated with the account.

60. Apple iCloud backs up information—including device settings, app data, photos, videos, and conversations in the Messages app—daily over Wi-Fi. In order for an iCloud backup to occur, however, the backup feature must be enabled, and the device must be locked, connected to a power source, signed into iCloud, and have Wi-Fi access to the Internet.

61. Shortly after the shooting, in the course of voluntarily providing the FBI with guidance, Apple recommended to the FBI that that the device be connected to a known Wi-Fi network, such as one at the subject's home or at the SBCPHD, and plugged into a power source so it could potentially create a new iCloud backup automatically. If successful, that backup might have contained information between the last backup and the date of the shooting.

## Process of Writing Code

62. I have been writing computer code for thirty years.

63. I started out writing IBM Advanced BASIC.

64. In my experience, different people approach writing code in different ways. Some people write a complete design before starting to code. Others start with the code and write it from start to finish. Still others begin with a sketch of what they want to make, which can be a list of features or an actual physical picture.

65. Writing code is an exceedingly creative and expressive process, requiring a choice of language (*e.g.*, C, C++, Objective-C, Swift, Javascript, Python, Perl, PHP, etc.), a choice of audience (both in terms of the targeted technology platforms and types of end users), a choice of syntax and vocabulary (*e.g.*, variable names, function names, class definitions, etc.), the creation of complex data structures, algorithms to manipulate and transform data, detailed textual descriptions to help explain what the code is doing (*i.e.*, what are called "comments" to code), methods of communicating information to the user (*e.g.*, through words, icons, pictures, sounds, etc.) and receiving and responding to user input—all expressed through human-readable, expressive (and functional) written work product.

66. There are a number of ways to write code to accomplish a given task, some more efficient and more elegant, than others. Moreover, writing software is an iterative, revision intensive, and mentally challenging task, just like writing essays, whitepapers, memos, and even poems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February 2016 in Redwood City, California.

By: _____
Erik Neuenschwander
Manager of User Privacy
Apple Inc.