Jeffrey G. Landis
ZWILLGEN PLLC
1900 M. Street, NW Suite 250
Washington, DC 20036
jeff@zwillgen.com
(202) 296-3585

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXIS IS300, CALIFORNIA LICENSE PLATE 35KGD203** | CASE NUMBER<br><br>5:16-cm-00010-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Landis, Jeffrey G.     of     ZWILLGEN PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*     1900 M Street, NW, Suite 250
     Washington, DC 20036
(202) 296-3585     (202) 706-5298
*Telephone Number*     *Fax Number*
jeff@zwillgen.com
     *E-Mail Address*     *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

APPLE, INC.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☐ Defendant    ☐ Other: _____

**and designating as Local Counsel**

Hanna, Nicola T.     of     GIBSON, DUNN & CRUTCHER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     3161 Michelson Drive
130694     (949) 451-4270     Irvine, CA 92612-4412
*Designee's Cal. Bar Number*     *Telephone Number*
     (949) 475-4621
     *Fax Number*     *Firm Name & Address*
          nhanna@gibsondunn.com
               *E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated** **February 25, 2016**

**U.S. Magistrate Judge**