| | |
|---|---|
| 1 | THEODORE J. BOUTROUS JR., SBN 132099 |
| | tboutrous@gibsondunn.com |
| 2 | NICOLA T. HANNA, SBN 130694 |
| | nhanna@gibsondunn.com |
| 3 | ERIC D. VANDEVELDE, SBN 240699 |
| | evandevelde@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 6 | Facsimile: 213.229.7520 |
| 7 | THEODORE B. OLSON, SBN 38137 |
| | tolson@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| 9 | Washington, DC, 20036-5306 |
| | Telephone: 202.955.8500 |
| 10 | Facsimile: 202.467.0539 |
| 11 | MARC J. ZWILLINGER* |
| | marc@zwillgen.com |
| 12 | JEFFFREY G. LANDIS* |
| | jeff@zwillgen.com |
| 13 | ZWILLGEN PLLC |
| | 1900 M Street N.W., Suite 250 |
| 14 | Washington, D.C. 20036 |
| | Telephone: 202.706.5202 |
| 15 | Facsimile: 202.706.5298 |
| | *Admitted *Pro Hac Vice* |

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF OBJECTIONS TO FEBRUARY 16, 2016 ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH** |

In an abundance of caution, to the extent Federal Rule of Criminal Procedure 59, Federal Rule of Civil Procedure 72, and/or Local Civil Rule 72-2.1 are applicable in this case, Apple Inc. ("Apple"), by and through its counsel of record, hereby formally objects to the Court's February 16, 2016 *Order Compelling Apple Inc. to Assist Agents in Search* (ED No. 15-451M, Dkt. 19) for the reasons set forth in Apple's *Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition to Government's Motion to Compel Assistance* (ED No. CM 16-10-SP, Dkt. 16).

Dated: March 1, 2016

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr.
Nicola T. Hanna
Eric D. Vandevelde
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Theodore B. Olson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC, 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Marc J. Zwillinger *
Jeffrey G. Landis *
ZwillGen PLLC
1900 M Street N.W., Suite 250
Washington, D.C. 20036
Telephone: 202.706.5202
Facsimile: 202.706.5298
*Admitted *Pro Hac Vice*

*Attorneys for Apple Inc.*