THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC, 20036-5306
Telephone:  202.955.8500
Facsimile:   202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone:  202.706.5202
Facsimile:   202.706.5298
*Admitted *Pro Hac Vice*

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:    1:00 p.m.<br>Place:   Courtroom 3 or 4<br>Judge:  Hon. Sheri Pym |

Apple Inc. ("Apple"), by and through its counsel of record, hereby files this Notice of Supplemental Authority in support of its Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition to Government's Motion to Compel Assistance to bring to the Court's attention the Honorable Judge Orenstein's recent Memorandum and Order, dated February 29, 2016, in *In re Order Requiring Apple, Inc. to Assist in the Execution of a Search Warrant Issued by this Court* ("*In re Order*"), No. 15-MC-1902 (E.D.N.Y.).  A true and correct copy of this decision is attached hereto as Exhibit A.  (In its motion to vacate, Apple had cited an earlier order by Judge Orenstein that had deferred final ruling on the government's application.  *See* Dkt. 16 at 16.)

In *In re Order*, Judge Orenstein considered the government's application under the All Writs Act ("AWA") for an order compelling Apple to unlock the passcode on an iPhone running an older version of iOS, a request far less burdensome than the order sought here.  Judge Orenstein denied the government's request.  Amongst many reasons for denying the government's application, Judge Orenstein found that the government's expansive interpretation of the AWA would "upend[] the separation of powers" doctrine, Ex. A at 26; would imply an "implausible intention [by Congress] to confer essentially unlimited legislative powers on the judiciary," *id.* at 29; and suggests no "principled limit on how far a court may go in requiring a person or company to violate the most deeply-rooted values to provide assistance to the government the court deems necessary," *id.* at 44.  Even assuming the AWA applied, Judge Orenstein held that the requested order was not permissible under the Supreme Court's holding in *United States v. New York Telephone Co.*, 434 U.S. 159 (1977).  *See* Ex. A at 31-48.

Dated:  March 2, 2016              Respectfully submitted,

                                                    GIBSON, DUNN & CRUTCHER LLP

                                     By:   /s/ Theodore J. Boutrous, Jr.
                                              Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr.
Nicola T. Hanna
Eric D. Vandevelde
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Theodore B. Olson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC, 20036-5306
Telephone:   202.955.8500
Facsimile:    202.467.0539

Marc J. Zwillinger *
Jeffrey G. Landis *
ZwillGen PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone:   202.706.5202
Facsimile:    202.706.5298
*Admitted *Pro Hac Vice*

*Attorneys for Apple Inc.*