# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING... <br> **PLAINTIFF(S)** <br> v. <br><br> **DEFENDANT(S).** | **CASE NUMBER** <br><br> EDCM16-10-SP <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s) JUDICIAL DETERMINATION REQUIRED; amici curiae are not parties to the case, and the court must grant leave for any amicus brief to be filed

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Notice of Appearance [21] by Amicus Curiae Electronic Frontier | March 1, 2016 |
| Notice of Appearance [22] by Amicus Curiae Privacy International | March 1, 2016 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

March 2, 2016

Date

United States ~~District Judge~~/Magistrate Judge