Mark E. Haddad, SBN 205945
mhaddad@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Eamon P. Joyce (*pro hac vice* motion forthcoming)
ejoyce@sidley.com
Nicholas M. McLean (*pro hac vice* motion forthcoming)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: +1 212 839-5300
Facsimile: +1 212 839-5599

Attorneys for *Amicus Curiae* ACT | The App Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-CM-00010 SP<br><br>**NOTICE OF MOTION AND MOTION OF ACT | THE APP ASSOCIATION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING ASSISTANCE**<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4<br>Judge: The Hon. Sheri Pym |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ACT | The App Association ("ACT") respectfully requests leave to participate in this action as *amicus curiae* supporting Apple Inc.'s ("Apple") Motion to Vacate the Order Compelling Apple to Assist Agents in Search, and Opposition to the Government's Motion to Compel Assistance (filed Feb. 25, 2016) [ECF Docket Entry 16]. *Amicus* requests leave to help explain the extraordinary burdens that the Government's position would impose, and to discuss the disruption it threatens for a significant sector of the economy.

## I. STANDARD FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

"[A] district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "There are no strict prerequisites that must be established prior to qualifying for *amicus* status although an individual or organization seeking to participate as *amicus curiae* must make a showing that his participation is useful to or otherwise desirable to the court." *Congregation Etz Chaim v. City of Los Angeles*, No. CV 97-5042 CAS(EX), 2009 WL 1293257, at *5 n.4 (C.D. Cal. May 5, 2009) (quoting *Infineon Techs. N. Am. Corp. v. Mosaid Techs., Inc.*, No. C 02-5772 JF(RS), 2006 WL 3050849, at *3 (N.D. Cal. Oct. 23, 2006)). "An *amicus* brief should normally be allowed" when, among other considerations, "the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of the Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citation omitted). "District courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved[.]" *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003).

As explained below and in ACT's brief, the ramifications of the order to compel assistance obtained by the Government extend far beyond the parties directly involved and the issue of encryption. The Government's position and the order's

1

sweep should concern any company that uses proprietary methods to protect data privacy and security, and ACT counts numerous such companies among its members.

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

ACT (formerly known as the Association for Competitive Technology) is an international grassroots advocacy and education organization representing more than 5,000 small and mid-size app developers and information technology firms. It is the only organization focused on the needs of small business innovators from around the world. ACT advocates for an environment that inspires and rewards innovation while providing resources to help its members leverage their intellectual assets to raise capital, create jobs, and continue innovating. To this end, ACT has been closely monitoring recent developments in this case and others like it because of the significant implications for the interests of its members. In light of the critical role that technological innovation plays in enhancing competition and improving the welfare of consumers, ACT has a special interest in ensuring that federal law is properly applied to dynamic industries and innovative technologies.

ACT has participated as *amicus curiae* in a number of cases involving technological innovation. *See, e.g., United States v. Apple, Inc.*, No. 15-565 (U.S.) (pending, ACT's brief filed Dec. 2, 2015); *Petrella v. Metro-Goldwyn-Mayer, Inc.*, 134 S. Ct. 1962 (2014); *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003); *United States v. Microsoft Corp.*, 253 F.3d 34 (D.C. Cir. 2001) (en banc) (per curiam).

## III. *AMICUS CURIAE*'S EXPERTISE WILL BENEFIT THE COURT

Based on its strong interest in fostering innovation and protecting the interests of app developers and information technology firms, ACT believes that its perspective will aid this Court in evaluating the motions filed by the Government and Apple. The Government has premised its All Writs Act arguments on the proposition that "compan[ies] that write[ ] software code as part of [their] regular business" can be compelled to "modify[ ] an operating system" or "writ[e] software code." *Ex Parte* Application for Order Compelling Apple Inc. to Assist Agents at 15 (C.D. Cal. Feb.

16, 2016). ACT has substantial knowledge and a unique perspective regarding those issues, and submits that its participation as an *amicus* would assist the Court in assessing the "potential ramifications beyond the parties directly involved," *Sonoma Falls Developers*, 272 F. Supp. 2d at 925, and in particular would highlight the potentially devastating impact that the Government's order may have for software developers and across a number of critical industries.

## IV. CONCLUSION

Accordingly, ACT respectfully requests that the Court grant this Motion for Leave to Participate as *amicus curiae*, and to file the accompanying Brief in Support of Apple's Motion to Vacate the Order Compelling Apple Inc. to Assist Agents in Search, and Opposition to the Government's Motion to Compel Assistance.

ACT brings this motion after conferring with the parties' counsel. Counsel for Apple and the United States indicated that they have no opposition to ACT | The App Association's motion for leave to file its *amicus curiae* brief in support of Apple.

Dated: March 2, 2016

SIDLEY AUSTIN LLP
Mark E. Haddad
Eamon P. Joyce
Nicholas M. McLean

By: /s/ Mark E. Haddad
Mark E. Haddad
Attorneys for *Amicus Curiae*
ACT | The App Association