RICHARD F. TAUB, SBN 273865
rtaub@taublawyers.com
TAUB & TAUB, P.C.
15260 Ventura Blvd., Ste. 840
Sherman Oaks, CA  91403
Tel.:  818.259.5300
Fax:  818.259.5307

Amicus Curiae

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300.  CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-00010 (SP)<br><br>**RICHARD F. TAUB'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF** |

Richard F. Taub (hereinafter "Undersigned Counsel") respectfully moves this Court for leave to file a brief as *amicus curiae* as to the authority and scope of Title 28 U.S.C. § 1651, the All Writs Act in the context of this case as to whether it can authorize the relief sought by the Government for Apple's assistance in this matter.

### I. FEDERAL DISTRICT COURTS HAVE INHERENT AUTHORITY TO ACCEPT AMICUS BRIEFS

Though the Federal Rules of Civil Procedure do not provide for the filing of amicus briefs at the federal district court level, courts have inherent authority to appoint "friends of the court" to assist in their proceedings.  *In*

re *Bayshore Ford Truck Sales, Inc., 4*71 F.3d 1233, 1249 n. 34 (11th Cir. 2006).  The district court retains the inherent authority to appoint *amicus curiae* to assist it in a proceeding.  *Alliance of Auto. Mfrs. v. Gwadowsky,* 297 F.Supp. 2d. 305, 306 (D. Me. 2003).

## II. THE PROPOSED AMICUS BRIEF PROVIDES SUPPLEMENTAL ANALYSIS OF TITLE 28 U.S.C. § 1651, THE ALL WRITS ACT AS IT APPLIES TO THE INSTANT CASE THAT WAS NOT BRIEFED COMPLETELY BY THE PARTIES

The instant *amicus* brief is meant to focus completely on the All Writs Act's reach in the context of the Government's request for Apple to create code to defeat its security features for an item it sells and markets to the general public.  In no case reflecting appellate-level *stare decisis* has the Government ever sought this degree of relief from a court to compel a third party to provide work product to the Government for its purposes to discover electronic information.  The Government's original application tends to assume that the All Writs Act provides the authority for it to obtain its sizeable relief.  Apple's opposition and request for vacatur of the Court's order compelling it to act as the Government requested necessarily covers constitutional and other issues in its limited 35-page brief and, so, fails to provide greater depth regarding the All Writs Act's reach in this case.  For these reasons, the Court should grant leave to officially file the accompanying brief.

WHEREFORE, the Undersigned Counsel respectfully requests that

///

///

///

2

this Honorable Court grant its Motion for Leave to File Amicus Brief and deem the accompanying brief filed for all purposes..

Respectfully submitted, this 3rd day of March, 2016.

                         Taub & Taub, P.C.

                       /s/ Richard F. Taub_____
             By:   Richard F. Taub
                    Amicus Curiae