DAVID GREENE (SBN 160107)
davidg@eff.org
CINDY COHN (SBN 145997)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JENNIFER LYNCH (SBN 240701)
NATE CARDOZO (SBN 259097)
SOPHIA COPE (SBN 233428)
ANDREW CROCKER (SBN 291596)
JAMIE WILLIAMS (SBN 279046)
**ELECTRONIC FRONTIER FOUNDATION**
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Amici Curiae Electronic Frontier Foundation and 46 Technologists, Researchers, and Cryptographers*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 3KGD203 | Case No: 16-cm-00010-SP<br><br>**APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EFF AND 46 TECHNOLOGISTS, RESEARCHERS, AND CRYPTOGRAPHERS**<br><br>Date: March 22, 2016<br>Time: 1:00 pm<br>Courtroom: 4 or 5<br>Judge: Hon. Sheri Pym |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Electronic Frontier Foundation ("EFF") and 46 Technologists, Researchers, and Cryptographers hereby move for leave to file the attached *amicus curiae* brief supporting Respondent Apple, Inc. Counsel for Apple has consented and the government has no objection to the filing of the attached brief.

## I. STATEMENT OF INTEREST

Individual *amici* are technologists, researchers, and cryptographers, including pioneers in digital signature technology, who develop secure technologies and systems or rely on them to create many of the digital services at the center of modern life. The ability to securely shop, bank, communicate, and engage in countless other activities online are made possible by the technologies and systems conceived, built, and tested by *amici*.[1]

Encryption and cryptography-based systems like digital signatures are the linchpin of the security of digital devices and the software that runs on them. *Amici* have a vested interest in ensuring that these systems remain both uncompromised and ubiquitous so that everyone can trust that their activities using those devices are secure. Individual *amici* thus oppose government efforts to compel anyone to develop code that undermines, bypasses or otherwise limits the security that

---

[1] Brief biographies of the *amici* are found in Appendix A of the attached brief.

encryption provides and jeopardizes the trust encryption enables.

For 25 years, *amicus* EFF has represented the interests of these and many other technology creators as they seek to build the secure infrastructure that all of us can trust. EFF also represents the interests of users of digital devices who need security, privacy, and protection from hackers, malware, and overbroad government surveillance.

*Amici* have a special interest in helping this Court appreciate that its Order places a significant burden on the free speech rights of Apple and its programmers by compelling them to write code and then to use their digital signature to endorse that code to the FBI, their customers, and the world.

## II. *AMICI* ARE NOT AFFILIATED WITH ANY PARTY

No party or party's counsel participated in the writing of the brief in whole or in part. No party, party's counsel, or other person contributed money to fund the preparation or submission of the brief. *Amici* are neither sponsored by, nor in any way affiliated with, any of the parties to this case. *Amici* file this brief to further their independent interests in ensuring that encryption and cryptography-based systems remain uncompromised.

## III. *AMICI'S* BRIEF OFFERS A UNIQUE PERSPECTIVE AND DOES NOT DUPLICATE APPLE'S BRIEF

Finally, *Amici's* brief does not duplicate Apple's brief. Rather, it provides the Court with a unique and important perspective on the burden the Court's

2

order—which compels Apple and its programmers to write code and then use their digital signature to endorse that code—places on Apple's First Amendment rights.

## IV. CONCLUSION

*Amici* respectfully request that the Court grant leave to file the attached brief in support of Apple.

Dated: March 2, 2016

Respectfully submitted,

/s/ David Greene

DAVID GREENE
CINDY A. COHN
LEE TIEN
KURT OPSAHL
NATE CARDOZO
SOPHIA COPE
ANDREW CROCKER
JAMIE WILLIAMS
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Amici Curiae 46 Technologists, Researchers, and Cryptopgraphers*

```
 1  DAVID GREENE (SBN 160107)
    davidg@eff.org
 2  CINDY COHN (SBN 145997)
    LEE TIEN (SBN 148216)
 3  KURT OPSAHL (SBN 191303)
 4  JENNIFER LYNCH (SBN 240701)
    NATE CARDOZO (SBN 259097)
 5  SOPHIA COPE (SBN 233428)
 6  ANDREW CROCKER (SBN 291596)
    JAMIE WILLIAMS (SBN 279046)
 7  ELECTRONIC FRONTIER FOUNDATION
 8  815 Eddy Street
    San Francisco, CA 94109
 9  Telephone: (415) 436-9333
10  Facsimile: (415) 436-9993
11
    Counsel for Amici Curiae Electronic
12  Frontier Foundation and 46
13  Technologists, Researchers, and
    Cryptographers
14
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 16-cm-00010-SP<br><br>**PROOF OF SERVICE** |
|---|---|---|

Case No: 16-cm-00010-SP      Proof of Service

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 815 Eddy Street, San Francisco, CA 94109.

On this date, I served the following:

**APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EFF AND 46 TECHNOLOGISTS, RESEARCHERS, AND CRYPTOGRAPHERS**

and caused to be served by U.S. Mail, postage thereon fully prepaid, true and correct copies of the foregoing on:

Theodore B Olson
Gibson Dunn and Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
202-955-8668
Fax: 202-530-9575
Email: tolson@gibsondunn.com

Theodore J Boutrous , Jr
Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax: 213-229-7520
Email: tboutrous@gibsondunn.com
Email: evandevelde@gibsondunn.com

Nicola T Hanna
Gibson Dunn and Crutcher LLP
3161 Michelson Drive 12th Floor
Irvine, CA 92612-4412
949-451-3800
Fax: 949-451-4220
Email: nhanna@gibsondunn.com

1

Case No: 16-cm-00010-SP    Proof of Service

| | |
|---|---|
| 1 | Marc J Zwillinger |
| 2 | Jeffrey G Landis<br>Zwillgen PLLC |
| 3 | 1900 M Street NW Suite 250 |
| 4 | Washington, DC 20036<br>202-296-3585 |
| 5 | Fax: 202-706-5298<br>Email: marc@zwillgen.com |
| 6 | Email: jeff@zwillgen.com |
| 7 | *Counsel for Respondent* |
| 8 | |
| 9 | Allen W Chiu<br>AUSA - Office of US Attorney |
| 10 | National Security Section |
| 11 | 312 North Spring Street Suite 1300<br>Los Angeles, CA 90012 |
| 12 | 213-894-2435 |
| 13 | Fax: 213-894-6436<br>Email: allen.chiu@usdoj.gov |
| 14 | |
| 15 | Tracy L Wilkison<br>AUSA Office of US Attorney |
| 16 | Chief, Cyber and Intellectual Property |
| 17 | Crimes Section<br>312 North Spring Street 11th Floor |
| 18 | Los Angeles, CA 90012-4700 |
| 19 | 213-894-0622<br>Fax: 213-894-0141 |
| 20 | Email: tracy.wilkison@usdoj.gov |
| 21 | *Counsel for Plaintiff* |
| 22 | I declare under penalty of perjury under the laws of the United States that |
| 23 | the foregoing is true and correct. |
| 24 | |
| 25 | Executed this March 3, 2016 in San Francisco, California |
| 26 | |
| 27 | _____<br>Cynthia Dominguez |
| 28 | 2 |

| Case No: 16-cm-00010-SP | Proof of Service |
|---|---|