David LaBahn (State Bar No. 128930)
**ASSOCIATION OF PROSECUTING ATTORNEYS, INC.**
1615 L Street NW, Suite 1100
Washington, D.C. 20036
Phone: (202) 861-2481
Email: david.labahn@apainc.com

Joseph V. DeMarco
Urvashi Sen
**DEVORE & DEMARCO LLP**
99 Park Avenue, Suite 1100
New York, New York 10016
Phone: (212) 922-9499
Fax: (212) 922-1799
Email: jvd@devoredemarco.com
usen@devoredemarco.com

Attorneys for *Amici Curiae*
Federal Law Enforcement Officers Association, the Association of Prosecuting Attorneys, Inc., and National Sheriffs' Association

*Lodged (proposed) order*

FILED
2016 MAR -3 AM 11:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10-SP<br><br>**EX PARTE APPLICATION OF *AMICI CURIAE* FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, ASSOCIATION OF PROSECUTING ATTORNEYS, INC., AND NATIONAL SHERIFFS' ASSOCIATION TO PARTICIPATE AS *AMICI CURIAE*** <br><br>Hearing Date: March 22, 2016<br>Hearing Time: 1:00 p.m.<br>Courtroom: 3 or 4<br>Judge: Hon. Sheri Pym |

**ORIGINAL**

1     The Federal Law Enforcement Officers Association ("FLEOA"), the Association of Prosecuting Attorneys, Inc. ("APA"), and the National Sheriffs' Association ("NSA") (together, the "*Amici*"), hereby submit this Ex Parte Application for an order granting them leave to participate as *amici curiae* in this matter and to file a Brief in Support of the Government's Motion to Compel Apple Inc. To Comply With Court's February 16, 2016 Order Compelling Apple to Assist Agents In Its Search (the "Government's Motion to Compel"). In support thereof, *Amici* respectfully submit the following:

    1.     On February 16, 2016, this Court issued an Order directing Apple, Inc. ("Apple") to assist in enabling the government's search of an iPhone 5c used by Syed Rizwan Farook, who was one of the individuals responsible for the December 2, 2015 terrorist attack at the Inland Regional Center in San Bernardino, California.

    2.     On February 19, 2016, the government filed its Motion to Compel Apple to comply with the Order ("Government's Motion to Compel"), alleging, *inter alia*, that the Court's All Writs Act Order is lawful and binding, and Congress has not limited this Court's authority in that regard.

    3.     On February 25, 2016, Apple filed an opposition to that motion and a motion to vacate the Order ("Apple's Opposition") alleging, among other things, that the All Writs Act does not grant this Court the authority to issue its February 16, 2016 Order and that the Order would violate the First and Fifth Amendments of the Constitution.

    4.     Members of the *Amici* are law enforcement officers on the ground – police, investigators, prosecutors, and others – for whom the ability to extract data and evidence, from whatever sources are available, is a critical to solving crimes and upholding their obligations to protect the public. As such, *Amici* have a very strong interest in the outcome of this case.

5. Federal district courts have the authority to permit non-parties to participate in a case as *amici curiae*, and have broad discretion to determine whether or not to permit such participation. *See, e.g., Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *In re Roxford Foods Litigation*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) ("generally courts have exercised great liberality in permitting an amici curiae to file a brief in a pending case") (internal quotations omitted).

6. As a general matter, courts typically permit amicus participation in the information offered is considered "timely and useful." *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996). *Amici*'s Application meets both of these requirements.

7. First, *Amici*'s Application is timely. This Court has specifically made provision for the filing of amicus briefs in its Scheduling Order dated February 19, 2016: "Any amicus brief shall be filed by not later than March 3, 2016, along with an appropriate request seeking leave of the Court to file such a brief." Amici here have submitted the required documents within the Court's March 3 deadline.

8. Second, courts have deemed *amicus* participation useful when a party has a special interest in or is particularly familiar with the issues in a case. *See, e.g., Ellsworth Assocs.*, 917 F. Supp. at 846; *NGV Gaming, Ltd. V. Upstream Point Malate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005) ("District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide) (internal quotations and citations omitted). *Amici*'s brief provides information regarding the importance of the data in question to law enforcement officers, who utilize exactly this type of cell phone extracted data on a daily basis to apprehend and prosecute criminals. Moreover,

as officers on the ground, members of *Amici* are particularly familiar with how this data has been used in the past and provide a unique perspective on the difficulties encountered by officers when faced with the inability to retrieve this vital information.

9. Pursuant to Central District of California's Local Civil Rules L.R. 7-19 and 7-19.1, *Amici* have contacted both the parties in this case, the Government and Apple, Inc., in order to notify the parties of *Amici*'s intention to file this Ex Parte Application and in order to obtain the parties' stipulated consent to *Amici*'s participation as *amici curiae*. Both parties have given their consent.

Wherefore, *Amici* request that the Court grant its Ex Parte Application (for which *Amici* respectfully attach a Proposed Order) and allow them to participate as *amici curiae* by submitting a Brief in Support of the Government's Motion to Compel.

DATED: March 2, 2016

ASSOCIATION OF PROSECUTING ATTORNEYS, INC.

By: _____
David LaBahn

DEVORE & DEMARCO LLP
Joseph V. DeMarco
Urvashi Sen

Attorneys for *Amici Curiae*
Federal Law Enforcement Officers Association, the Association of Prosecuting Attorneys, Inc., and National Sheriffs' Association