1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
3  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
4  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:  (415) 512-4000
   Facsimile:  (415) 512-4077
8

9  ARIEL C. GREEN (State Bar No. 304780)
   ariel.green@mto.com
10 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
11 Thirty-Fifth Floor
   Los Angeles, California 90071-1560
12 Telephone:  (213) 683-9100
   Facsimile:  (213) 687-7302
13
   Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. ED CM 16-10-SP<br><br>**MOTION OF AIRBNB, INC.; ATLASSIAN PTY. LTD.; AUTOMATTIC INC.; CLOUDFLARE, INC.; EBAY INC.; GITHUB, INC.; KICKSTARTER, PBC; LINKEDIN CORPORATION; MAPBOX INC.; A MEDIUM CORPORATION; MEETUP, INC.; REDDIT, INC.; SQUARE, INC.; SQUARESPACE, INC.; TWILIO INC.; TWITTER, INC.; AND WICKR INC. FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***<br><br>Judge: Hon. Sheri Pym |

## I. INTRODUCTION

Airbnb, Inc., Atlassian Pty. Ltd., Automattic Inc., CloudFlare, Inc., eBay Inc.; GitHub, Inc.; Kickstarter, PBC, LinkedIn Corporation, Mapbox Inc., A Medium Corporation, Meetup, Inc., Reddit, Inc., Square, Inc., Squarespace, Inc., Twilio Inc., Twitter, Inc., and Wickr Inc. respectfully request leave to file the brief submitted currently herewith as *Amici Curiae* in connection with Respondent Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, which is scheduled for hearing on March 22, 2016. *Amici curiae* have provided notice to both Apple Inc. ("Apple") and the government of this motion and the filing of the attached brief. Decl. of Jonathan H. Blavin, ¶ 2. Neither Apple nor the government oppose the filing of *Amici*'s brief. *Id.* ¶¶ 3-4.

## II. DISCUSSION

*Amici* are providers of platforms and tools for communicating, publishing, connecting, transacting, and securing traffic over the Internet. The number of users of their platforms and tools is in excess of one billion.

As providers of several of the most popular communication, networking, ecommerce, publishing, and commercial transaction platforms on the Internet accessed via websites and/or applications on mobile devices, *Amici* have a strong interest in this case, the continued security and privacy of their users' data, and in transparency to users regarding how that data is protected. Several *Amici* also regularly assist in investigations by federal and state law enforcement agencies and have a strong interest in ensuring that government requests for user data are made within the bounds of applicable laws, including those that balance the interests of privacy, security, and transparency with law enforcement needs.

Accordingly, *Amici* have a manifest interest in the extent to which the All Writs Act may be used to compel assistance from Internet and technology companies in law enforcement investigations outside of existing statutory frameworks. The issues presented in this case and the unique perspective of *Amici*—as providers of

networking platforms and tools that serve over one billion users—justify granting this motion.

This Court invited the filing of amicus briefs in its February 19, 2016 Scheduling Order. Such an invitation is not uncommon. "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)). *Amici's* brief offers such assistance.

*Amici's* brief aids the Court by demonstrating that the government's request to force a company to undermine security measures adopted to protect user data is not only legally unprecedented and unfounded but also erodes the core principles of privacy, security, and transparency that underlie the fabric of the Internet. Specifically, *Amici's* brief further elucidates the policies and principles guiding the decisions of Internet and technology companies to adopt transparent policies giving users choice and control over how their data is used and shared, and security measures that protect user data from the increasing threats posed by hackers, identity thieves, and other wrongdoers. It details how the government's request not only undermines those efforts in the present case but also sets a dangerous precedent that could give the government unbridled authority to access user data in a manner not contemplated by lawmakers. Finally, it demonstrates why the All Writs Act may not be used to compel the requested assistance in light of existing statutory schemes and legal precedent.

### III. CONCLUSION

For the foregoing reasons, *Amici* respectfully request that the Court grant their motion for leave to file the accompanying brief.

DATED: March 3, 2016

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: _____
JONATHAN H. BLAVIN

Attorneys for *Amici Curiae*