LODGED

CROWELL & MORING LLP
JASON C. MURRAY (CSB No. 169806)
jmurray@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
SEAN A. LEV (*pro hac vice* forthcoming)
slev@khhte.com
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for *Amicus Curiae*
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**<br><br>Date:     March 22, 2016<br>Time:     1:00 p.m.<br>Location: Courtroom 3 or 4 |

1  AT&T Mobility LLC ("AT&T") respectfully seeks leave to appear as an *amicus curiae* before this Court and to file the attached Brief of *Amicus Curiae* AT&T Mobility LLC in Support of Apple Inc., which is attached as Exhibit A to this motion. Apple Inc. consents to this motion. Counsel for the United States has stated that it has no objection to this motion.

This Court has "broad discretion to permit participation as *amicus curiae*" based on a "showing that . . . participation is useful to or otherwise desirable to the court." *Congregation Etz Chaim v. City of Los Angeles*, No. CV 97-5042 CAS (Ex), 2009 WL 1293257, at *5 n.4 (C.D. Cal. May 5, 2009). As set forth in Exhibit A, AT&T's participation will be useful to the Court. AT&T has extensive experience with the privacy and public safety interests implicated by demands from government officials for assistance in securing customer information. AT&T is thus well-positioned to be useful to the Court in explaining the need for a clear, uniform legal framework to determine when private companies of all types may be compelled to provide assistance to law enforcement.

A proposed Order granting this Motion is attached as Exhibit B.

| | |
|---|---|
| DATED: March 3, 2016 | Respectfully submitted, |

_____
CROWELL & MORING LLP  by JLL
JASON C. MURRAY (CSB No. 169806)
jmurray@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
SEAN A. LEV (*pro hac vice* forthcoming)
slev@khhte.com
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for *Amicus Curiae*
AT&T Mobility LLC