FILED

2016 MAR -3 PM 12: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

1  Stephen G. Larson (SBN: 145225)
   *slarson@larsonobrienlaw.com*
2  Jerry A. Behnke (SBN: 180462)
   *jbehnke@larsonobrienlaw.com*
3  Steven A. Haskins (SBN: 238865)
   *shsaskins@larsonobrienlaw.com*
4  Melissa A. Meister (SBN: 296744)
   *mmeister@larsonobrienlaw.com*
5  **LARSON O'BRIEN LLP**
   555 S. Flower Street, Suite 4400
6  Los Angeles, CA 90071
   Telephone:  (213) 436-4888
7  Facsimile:  (213) 623-2000

8  Attorneys for **AMICUS CURIAE**
   GREG CLAYBORN, JAMES GODOY,
9  HAL HOUSER, TINA MEINS, MARK
   SANDEFUR, ROBERT VELASCO
10
11        **UNITED STATES DISTRICT COURT**
12        **CENTRAL DISTRICT OF CALIFORNIA**
13
14  IN THE MATTER OF THE SEARCH      Case No. 5:16-CM-00010 (SP)
    OF AN APPLE IPHONE SEIZED
15  DURING THE EXECUTION OF A        **APPLICATION OF GREG**
    SEARCH WARRANT ON A BLACK        **CLAYBORN, JAMES GODOY,**
16  LEXUS IS300, CALIFORNIA          **HAL HOUSER, TINA MEINS,**
    LICENSE PLATE 35KGD203           **MARK SANDEFUR, AND**
17                                   **ROBERT VELASCO TO FILE AN**
                                     ***AMICUS CURIAE* BRIEF**
18
                                     Assigned to: The Hon. Sheri Pym
19
20
21
22
23
24
25
26
27
28

APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR,
AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2    **PLEASE TAKE NOTICE** that non-parties Greg Clayborn, James Godoy,

3    Hal Houser, Tina Meins, Mark Sandefur, and Robert Velasco will and hereby do

4    move for leave to file a brief as *amici curiae* in the above-captioned case.  A copy

5    of the proposed *amicus* brief is appended as Exhibit A to this motion.

6    District courts have broad discretion to permit third parties to participate in

7    an action as *amicus curiae*. *See Ctr. for Biological Diversity v. U.S. Bureau of*

8    *Land Mgmt.*, No. 09-CV-8011-PCT-PGR, 2010 WL 1452863, at *2 (D. Ariz. Apr.

9    12, 2010) ("A district court has broad discretion to permit individuals or entities in

10   a case as *amici curiae*.") (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.

11   1982)).  The role of *amicus curiae* is to "provide assistance in a case of general

12   interest, supplement the efforts of counsel in the case, and draw the court's

13   attention to legal arguments that have escaped consideration." *Id.  Amicus curiae*

14   briefs are particularly appropriate when the legal issues in a case "have potential

15   ramifications beyond the parties directly involved." *Sonoma Falls Devs., LLC v.*

16   *Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003).  This Court

17   has invited parties to seek leave to submit *amicus* briefs in this action.  (Dkt. No.

18   10.)  Likewise, 18 U.S.C.A. § 3771(a) provides crime victims with the right to

19   "reasonable, accurate, and timely notice of any public court proceeding . . .

20   involving the crime" and "not to be excluded from any such public court

21   proceeding." *See also Does v. United States*, 817 F. Supp. 2d 1337, 1342 (S. D.

22   Fla. 2011) (holding that rights granted by the federal Crime Victims Rights Act

23   attach even "before a complaint or indictment formally charges the defendant with

24   a crime").

25   These *amici*, though non-parties in this action, have a unique perspective on

26   the Court's decision in this matter.  They are loved ones of victims of the tragic

27   mass shooting in San Bernardino, California on December 2, 2015.

28

1    • Gregory Clayborn lost his daughter, Sierra Clayborn.

2    • James Godoy lost his wife, Aurora Godoy.

3    • Tina Meins lost her father, Damian Meins.

4    • Mark Sandefur lost his son, Larry Daniel Eugene Kaufman.

5    • Robert Velasco lost his daughter, Yvette Velasco.

6    • Hal Houser's wife, Beth Houser, attended the party and personally

7      witnessed the horrors of the December 2 tragedy but, thankfully,

8      survived.

9         As family members of the victims of this act of terrorism, *amici* are afforded

10   the rights enumerated in the Crime Victims' Rights Act. *See* 18 U.S.C.A. §

11   3771(e)(2)(B) ("In the case of a crime victim who is under 18 years of age,

12   incompetent, incapacitated, or deceased, the legal guardians of the crime victim or

13   the representatives of the crime victim's estate, family members, or any other

14   persons appointed as suitable by the court, may assume the crime victim's rights

15   under this chapter[.]")

16        *Amici*'s perspectives are at the crossroads of those offered by the United

17   States and Apple. They are individuals who own and use smartphones and other

18   mobile technology on a daily basis. They are also victims of this terrible tragedy

19   and have a unique interest in the United States' investigation of the iPhone in its

20   custody. As such, *amici* have a unique perspective on the law and policy

21   implications of this Court's decision. Whereas much of the public and legal debate

22   has focused on the potentially global ramifications of the Court's order, *amici*

23   respectfully seek to remind all parties of the terrible crime—an act of terrorism—

24   the United States must investigate to its fullest. Ultimately, this is a situation

25   where no stone can be left unturned.

26   / / /

27   / / /

28   / / /

3

1    For the foregoing reasons, *amici* respectfully seek leave to file the attached

2  *amicus* brief with the Court.

3  Dated:  March 3, 2016                          LARSON O'BRIEN LLP

4

5                                          By:    _____

6                                                 Stephen G. Larson

7                                                 Attorneys for *Amicus Curiae*

8                                                 Greg Clayborn, James Godoy, Hal
                                                  Houser, Tina Meins, Mark Sandefur,

9                                                 and Robert Velasco

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR,
AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF