ORIGINAL

Daniel F. Katz*
  dkatz@wc.com
Kannon K. Shanmugam*
  kshanmugam@wc.com
Richmond T. Moore*
  rtmoore@wc.com
David M. Krinsky*
  dkrinsky@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

William Faulkner (SBN 83385)
  wfaulkner@mcmanislaw.com
MCMANIS FAULKNER
One California Plaza
300 So. Grand Avenue, 37th Floor
Los Angeles, CA 90071
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Darren B. Bernhard*
  darren.b.bernhard@intel.com
Vice President
Director of Antitrust &
Commercial Litigation
INTEL CORPORATION
1155 F Street, N.W.
Washington, DC 20004
Telephone: (202) 626-4380

Tanya L. Hunter (SBN 197761)
  tanya.hunter@intel.com
Associate General Counsel
Antitrust & Commercial Litigation
INTEL CORPORATION
2200 Mission College Boulevard
Santa Clara, CA 95054
Telephone: (408) 765-2318
Facsimile: (408) 765-5157

*Pro Hac Vice Admission Pending

Attorneys for Intel Corporation

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10-SP<br><br>**NOTICE OF MOTION AND MOTION OF INTEL CORPORATION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>**Hearing:**<br>Date: March 22, 2016<br>Time: 1:00 PM<br>Place: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

FILED BY FAX

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Intel Corporation moves for leave of Court to
3  file the attached brief as amicus curiae in support of the motion to vacate filed by
4  Apple Inc. For nearly four decades, Intel has been a world leader in the development
5  of computing technology. In that role, Intel has gained a deep understanding of the
6  vital part that strong encryption plays in protecting both privacy and security. Intel's
7  considerable expertise in security technology, in both hardware and software, makes
8  it well-suited to assist the Court in addressing the momentous issues raised by
9  Apple's motion. *See Sonoma Falls Developers, LLC v. Nevada Gold & Casinos,*
10 *Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (explaining that amicus status may
11 be granted if the amicus has "unique information or perspective that can help the
12 court beyond the help that lawyers for the parties are able to provide") (internal
13 quotation marks omitted).

14     Intel submits this amicus brief because an order compelling Apple to provide
15 assistance to the government would have global ramifications far beyond this case. If
16 this Court allows the government to compel Apple to undermine the security of its
17 products, that precedent could be followed in the United States and in other countries.
18 The proposed brief provides Intel's unique perspective on the question whether the
19 government should be allowed to force a company affirmatively to develop
20 technology for the purpose of circumventing a product's security features. As
21 explained more fully in its proposed brief, Intel opposes any attempt to require a
22 company to reduce the security of its products. Such efforts would chill innovation
23 and ultimately decrease security.

24     Accordingly, Intel respectfully requests leave to file the attached amicus brief.
25 Counsel for Intel discussed the filing of the proposed brief with counsel for Apple
26 and counsel for the government. Apple has consented to, and the government does
27 not oppose, the filing of this brief.

28

- ii -

| | |
|---|---|
| Dated: March 3, 2016 | Respectfully submitted, |
| | By: /s/ Daniel F. Katz |

Daniel F. Katz*
Kannon K. Shanmugam*
Richmond T. Moore*
David M. Krinsky*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

William Faulkner (SBN 83385)
MCMANIS FAULKNER
One California Plaza
300 So. Grand Avenue, 37th Floor
Los Angeles, CA 90071
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Darren B. Bernhard*
Vice President and Director of
Antitrust & Commercial Litigation
INTEL CORPORATION
1155 F Street, N.W.
Washington, DC 20004
Telephone: (202) 626-4380

Tanya L. Hunter (SBN 197761)
INTEL CORPORATION
2200 Mission College Blvd.
Santa Clara, CA 95054
Telephone: (408) 765-2318
Facsimile: (408) 765-5157

*Pro Hac Vice* Admission Pending

*Attorneys for Intel Corporation*