JONES & MAYER
Martin J. Mayer, Esq., SBN 73890
mjm@jones-mayer.com
James R. Touchstone, Esq. SBN 184584
jrt@jones-mayer.com
Tarquin Preziosi, Esq., SBN 198014
tp@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448

Attorneys for Amici Applicants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLIE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300; CALIFORNIA LICENSE PLATE 35KGD203 | Case No: 5:16-cm-00010-SP<br><br>**APPLICATION FOR LEAVE TO FILE AMICI CURIAE BRIEF; STATEMENT OF IDENTITY AND INTERESTS OF AMICI CURIAE; BRIEF OF AMICI CURIAE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMICI CURIAE BRIEF**<br><br>Date : March 22, 2016<br>Time : 1:00 p.m.<br>Location: Courtroom of Hon. Sheri Pym |

**TO THE HONORABLE SHERI PYM, MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**APPLICATION FOR LEAVE TO FILE AMICI CURIAE BRIEF**

The California State Sheriffs' Association, California Police Chiefs' Association and the California Peace Officers' Association (collectively, "California Law Enforcement") respectfully request leave to file the attached brief of Amici Curiae in support of Applicant United States of America ("United States") in order to assist this Court in resolving the important issue of law presented in this matter.

-1-

The interests of Amici are as stated in the attached brief, Part I. Applicants endeavor to provide this Court with the perspective of similarly situated law enforcement agencies throughout the State regarding the important legal issue raised in this matter, specifically whether:

Apple Inc. ("Apple") can be compelled to assist the United States in unlocking an iPhone owned by the government that was used to facilitate the December 2, 2015 massacre in San Bernardino, California.

The issue in this case is of paramount importance to the parties, Amici, to law enforcement generally, and to all of the People of the State of California.

Amici believe that they can provide additional perspective to this Court that will be helpful in its decision.

Therefore, based upon all of the foregoing, applicants respectfully request leave from the Presiding Judge to file the attached brief of Amici Curiae addressing the above issues, in order to aid this Court in its consideration and determination of the critical issues before it in this matter.

There is good cause for permitting the filing of the brief, as stated above, and this Court may grant the filing of the brief pursuant to FRAP 29.

Dated: March 3, 2016

Respectfully submitted,

JONES & MAYER

By: /s/ Martin J. Mayer
    Martin J. Mayer
    James R. Touchstone
    Tarquin Preziosi
    Attorneys for Amici Applicants

## STATEMENT OF IDENTITY AND INTERESTS OF AMICI CURIAE

Amici Curiae are the following associations: the California State Sheriffs' Association ("CSSA"), the California Police Chiefs' Association ("CPCA"), and the California Peace Officers' Association ("CPOA"). Each of their memberships and interests are discussed below.

The California State Sheriffs' Association ("CSSA") is a non-profit professional organization that represents each of the 58 California Sheriffs. It was formed to allow the sharing of information and resources between sheriffs and departmental personnel, in order to allow for the general improvement of law enforcement throughout the State of California.

The California Police Chiefs' Association ("CPCA") represents virtually all of the more than 400 municipal chiefs of police in California. CPCA seeks to promote and advance the science and art of police administration and crime prevention, by developing and disseminating professional administrative practices for use in the police profession. It also furthers police cooperation and the exchange of information and experience throughout California.

The California Peace Officers' Association ("CPOA") represents more than 2,000 peace officers, of all ranks, throughout the State of California. CPOA provides professional development and training for peace officers, and reviews and comments on legislation and other matters impacting law enforcement.

**FRAP 29(a) STATEMENT**

Pursuant to Rule 29(a) of Federal Rules of Appellate Procedure, Apple, Inc. has informed Amici Curiae that they consent to the filing of this brief. The United States has stated that it takes no position as to whether or not Amici should file this brief.

///

///

-3-

## FRAP 29(c)(5) STATEMENT

Pursuant to Rule 29(c)(5), Amici Curiae state that (A) no party's counsel authored this brief in whole or in part; (B) no party or party's counsel contributed money to fund the preparation or submission of this brief; and (C) no person other than Amici Curiae and their counsel contributed money to fund the preparation or submission of this brief.

## ARGUMENT

Amici have identified this matter as one of statewide significance in which their expertise may be of assistance to the Court. The attached brief offers a broad perspective of Amici as to the issues before the court, namely the impact of the Court's decision on local law enforcement agencies throughout the State by enabling the United States to compel Apple to assist in unlocking the iPhone that was used to facilitate the December 2, 2015 massacre in San Bernardino, California.

In particular, if the Court were to grant the motion to vacate the order as requested by the Apple, law enforcement investigations into acts of terror – and the ability to prevent the same - will be greatly jeopardized by prohibiting access to crucial information relevant to investigations which is obtained through the judicial process.

The undersigned have been given specific authority to make this Application on behalf of Amici.

Dated: March 3, 2016        Respectfully submitted,

                            JONES & MAYER

                            By: /s/ Martin J. Mayer
                                Martin J. Mayer
                                Tarquin Preziosi
                                James R. Touchstone
                                Attorneys for Amici Applicants