**ORIGINAL**

1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  DAVID L. HAYES (CSB No. 122894)
   dhayes@fenwick.com
3  TYLER G. NEWBY (CSB No. 205790)
   tnewby@fenwick.com
4  CIARA N. MITTAN (CSB No. 293308)
   cmittan@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: 415.875.2300
7  Facsimile: 415.281.1350
8
   Attorneys for *Amici Curiae*
9  AVG Technologies, the Computer &
   Communications Industry Association, Data
10 Foundry, Golden Frog, Internet Association,
   and the Internet Infrastructure Coalition

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. ED No. CM 16-10 (SP) **NOTICE OF MOTION AND MOTION OF AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF APPLE, INC.'S MOTION TO VACATE ORDER COMPELLING ASSISTANCE; PROPOSED BRIEF** Date: March 22, 2016 Time: 1:00 p.m. Dept: 3 or 4 – 3rd Floor Judge: The Hon. Sheri Pym |

NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE BRIEF OF *AMICI CURIAE*     1     Case No. ED 5:16-cm-00010-SP

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 22, 2016, at 1:00 p.m., before the Honorable Sheri Pym, AVG Technologies, Computer & Communications Industry Association (CCIA), Data Foundry, Golden Frog, the Internet Association, and the Internet Infrastructure Coalition ("i2Coalition") (hereinafter "*Amici*") move the Court for leave to file the accompanying brief as *amici curiae* in support of Apple's Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition To Government's Motion to Compel Assistance.

The motion is based on this Notice of Motion and Motion, and the accompanying brief.

Dated: March 3, 2016

FENWICK & WEST LLP

By: /s/ Tyler G. Newby
Tyler G. Newby

Andrew P. Bridges
David L. Hayes
Tyler G. Newby
Ciara N. Mittan
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
abridges@fenwick.com
dhayes@fenwick.com
tnewby@fenwick.com
cmittan@fenwick.com

Attorneys for *Amici Curiae*

AVG Technologies, the Computer & Communications Industry Association (CCIA), Data Foundry, Golden Frog, the Internet Association, and the Internet Infrastructure Coalition ("i2Coalition") ("*Amici*") move this Court for leave to appear as *amici curiae* and to file the accompanying brief in support of Apple's Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition To Government's Motion to Compel Assistance. Dkt. 16.

Counsel for the *Amici* has contacted Apple Inc. and the United States to provide notice of the filing of this motion and accompanying brief. The parties have indicated that they do not object to the filing of this brief.

## I. STANDARD FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

The court has inherent authority to permit a non-party to participate as *amicus curiae* in a case, and it has broad discretion in deciding whether to permit participation. *See, e.g., Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996); *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal 1991); *Gerritsen v. De La Madrid Hurtado*, 819 F.2d 1511, 1514 n. 3 (1987). "Generally, courts have exercised great liberality in permitting an amicus curiae to file a brief in a pending case. . ." *In re Roxford Foods Litig.*, 790 F. Supp. at 997 (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)). Courts typically permit *amicus* participation if the information offered is "timely and useful." *Ellsworth Assocs.*, 917 F. Supp. at 846; *Avellino v. Herron*, 991 F. Supp. 730, 732 (E.D. Pa. 1998); *Hoptowit,* 682 F.2d at 1260 (9th Cir.1982).

The proposed brief is timely. *Amici* submit the proposed brief in accordance with the Court's scheduling order, which required that "[a]ny amicus brief shall be filed by not later than March 3, 2016, along with an appropriate request seeking leave of the Court to file such brief." Dkt. 10. The Court will hear Apple's and the government's motions on March 22, and submission of this brief does not affect the

hearing date or the briefing schedule set by the Court.

## II. INTERESTS OF *AMICI CURIAE* AND HOW THEIR EXPERTISE WILL BENEFIT THE COURT

The proposed brief provides information that is both useful and critical to the Court in considering the issues relating to Apple's motion. Courts have deemed *amicus* participation useful when the *amicus* has a special interest in the issues in a case, is particularly familiar with the issues, or has relevant expertise. *Amicus* briefs concerning legal issues that have potential ramifications beyond parties directly involved are permitted. *NGV Gaming v. Upstream Point Molate*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005).

The government's interpretation of the scope of the Court's authority to issue the order here under the All Writs Act has potential ramifications beyond this case and beyond Apple. If adopted, the government's theory could empower it compel other technology companies, including Internet companies, to develop and implement software that weakens security features those companies have built into their products. *Amici* either are technology companies or represent or support technology companies. None received any compensation for participating in this brief. The sole interest of *Amici* in this case is advocating a principled interpretation of the All Writs Act that protects the ability of technology companies to develop and maintain secure products and services.

## III. STATEMENT OF IDENTITY OF *AMICI CURIAE*

AVG is the leading provider of software services to secure devices, data and people. AVG's award-winning consumer portfolio includes internet security, performance optimization, location services, data controls and insights, and privacy and identity protection, for mobile devices and desktops.

The Computer & Communications Industry Association ("CCIA") represents more than twenty large, medium-sized, and small companies in the high technology products and services sectors, including computer hardware and software,

electronic commerce, telecommunications, and Internet products and services—companies that collectively generate more than $465 billion in annual revenues. CCIA promotes open markets, open systems, open networks, and full, fair, and open competition.

Founded in 1994, Data Foundry is one of the first 50 ISPs in the United States. During its nineteen year history, its data centers have supported thousands of enterprise companies in every industry, including high performance computing, energy, financial services, healthcare and technology.

Golden Frog was founded in response to Room 641a, an infamous room in San Francisco where the NSA was conducting surveillance on AT&T's networks. Golden Frog builds tools that help preserve an open and secure Internet experience while respecting user privacy.

The Internet Association, the unified voice of the Internet economy, represents the interests of 35 leading Internet companies and their global community of users. It is dedicated to advancing public policy solutions that strengthen and protect Internet freedom, foster innovation and economic growth, and empower users.

The Internet Infrastructure Coalition ("i2Coalition") is the non-profit voice of companies from the Internet infrastructure industry. i2Coalition members are primarily small to medium sized businesses with global businesses in web hosting, data centers and Cloud infrastructure, as well as companies who provide services to those industries. The security of the Internet's infrastructure is vitally important to the economy, and the millions of citizens who rely upon being able to keep their personal data, financial, medical and legal records, secure. Requiring workarounds that weaken security standards has the potential to have broad ramifications and the potential to jeopardize the security and safety of all users.

## IV. CONCLUSION

The questions at issue in this action are vitally important to both the public

and *Amici*. *Amici* respectfully request that the Court grant them leave to appear and file the accompanying brief.

Dated: March 3, 2016

FENWICK & WEST LLP

By: /s/ Tyler G. Newby
Tyler G. Newby

Andrew P. Bridges
David L. Hayes
Tyler G. Newby
Ciara N. Mittan
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:  415.281.1350
abridges@fenwick.com
dhayes@fenwick.com
tnewby@fenwick.com
cmittan@fenwick.com

Attorneys for *Amici Curiae*

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following documents:

**NOTICE OF MOTION AND MOTION OF AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF APPLE, INC.'S MOTION TO VACATE ORDER COMPELLING ASSISTANCE; PROPOSED BRIEF;**

**BRIEF OF *AMICI CURIAE*, AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, , THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**

**[PROPOSED] ORDER GRANTING MOTION OF AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**

on the interested parties in the subject action by transmitting a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Eileen M. Decker<br>United States Attorney<br>Patricia A. Donahue<br>Assistant United States Attorney<br>Chief, National Security Division<br>Tracy L. Wilkison<br>Assistant United States Attorney<br>Chief, Cyber and Intellectual Property Crimes Section<br>Allen W. Chiu<br>Assistant United States Attorney<br>**TERRORISM AND EXPORT CRIMES SECTION**<br>    1500 United States Courthouse<br>    312 North Spring Street<br>    Los Angeles, California 90012<br>    Tracy.Wilkison@usdoj.gov<br>    Allen.Chiu@usdoj.gov<br><br>By Email and Hand Delivery | Theodore B. Olson<br>Theodore J. Boutrous, Jr.<br>Nicola T. Hanna<br>Eric D. Vandevelde<br>**GIBSON, DUNN & CRUTCHER**<br>    333 South Grand Avenue<br>    Los Angeles, CA 90071<br>    tolson@gibsondunn.com<br>    tboutrous@gibsondunn.com<br>    nhanna@gibsondunn.com<br>    evandevelde@gibsondunn.com<br><br>By Email and Hand Delivery |

Jeffrey G Landis
   **ZWILLGEN PLLC**
   1900 M Street NW Suite 250
   Washington, DC 20036
   202-296-3585
   Fax: 202-706-5298
   jeff@zwillgen.com

   By Email and US Mail

☑   **BY E-MAIL:** by causing to be transmitted via e-mail the documents listed above to the addressees at the e-mail addresses listed above.

☑   **PERSONAL SERVICE:** I caused the documents listed to be delivered by hand on the offices of the addressees.

☑   **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: March 3, 2016

_____
Aurelia Nolen