ORIGINAL

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

ANDREW J. PINCUS (*pro hac vice application forthcoming*)
*apincus@mayerbrown.com*
TRAVIS CRUM (*pro hac vice application forthcoming*)
*tcrum@mayerbrown.com*
1999 K Street, N.W.
Washington D.C. 20006-1001
Telephone: (202) 263-3328
Facsimile: (202) 263-5328

Attorneys for *Amici Curiae* BSA|The Software Alliance, the
Consumer Technology Association, the Information
Technology Industry Council, and TechNet

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-cm-00010-SP<br><br>Application of BSA|The Software Alliance, the Consumer Technology Association, the Information Technology Industry Council, and TechNet To File Brief of *Amici Curiae*<br><br>Hearing Date: March 22, 2016<br>Time: 1:00 p.m.<br>Location: Courtroom of the Hon. Sheri Pym |

**APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

1

2     Proposed *amici curiae* BSA | The Software Alliance, the Consumer

3 Technology Association, the Information Technology Council, and TechNet, by

4 and through undersigned counsel, hereby move the Court for leave to file the

5 attached Brief of *Amici Curiae* in the above-captioned case.

6     *Amici* are associations whose members comprise all of the companies that

7 are leaders in the global technology industry. Because the Court's decision in this

8 case could have significant effects on the security of the products created by

9 *amici*'s members, and on the development of new hardware and software products,

10 *amici* have a substantial interest in this proceeding. *Amici* regularly file *amicus*

11 *curiae* briefs in cases involving technology and data security issues.

12     BSA | The Software Alliance is an association of the world's leading

13 software and hardware technology companies. BSA promotes policies that foster

14 innovation, growth, and a competitive marketplace for commercial software and

15 related technologies.

16     The Consumer Technology Association (CTA), formerly Consumer

17 Electronics Association (CEA), is a trade association representing the $287 billion

18 U.S. consumer electronics industry. CTA also owns and produces CES—the

19 world's gathering place for all who thrive on the business of consumer technology.

20     The Information Technology Industry Council (ITI) is the global voice of

21 the technology sector. As an advocacy and policy organization for the world's

22 leading innovation companies, ITI navigates the relationships between

23 policymakers, companies, and non-governmental organizations, providing creative

24 solutions that advance the development and use of technology around the world.

25     TechNet is an association of chief executive officers and senior executives

26 of the Nation's leading technology companies across the country. TechNet's

27 objective is to promote the growth of the technology industry and to advance

28 America's global leadership in innovation. Its members are in the fields of

1

1  information technology, biotechnology, clean technology, venture capital, e-
2  commerce, and finance, and represent more than two million employees.

3      The dispute between Apple and the United States implicates vitally
4  important policy interests: law enforcement and the protection of Americans
5  against terrorism; individuals' right to keep secure against hackers and other bad
6  actors their most personal information and communications; the scope of the
7  government's power to force a private party to act as an agent of the government;
8  and the extent to which the government may, and should, prescribe product design
9  requirements for technology products.

10      Proposed *amici* argue that the All Writs Act does not give this Court the
11  authority to reconcile these fundamental policy issues. When Congress enacted the
12  statute in 1789 it neither anticipated nor broadly authorized government
13  conscription of private parties that might be able to assist a government
14  investigation. Moreover, the government's interpretation of the Act effectively
15  limits this Court's inquiry to law enforcement needs and dollars-and-cents
16  economic burden, and leaves no room for consideration of other important interests
17  at stake—such as maintaining security of individuals' most important personal
18  information, risk to a third party's business and reputation, and potential barriers to
19  the development of new encryption technology.

20      Proposed *amici* also argue that controlling circuit precedent confirms that a
21  company cannot be compelled to develop a new product, especially when it will
22  create security risks for all users of the company's products. The government's
23  argument lacks a limiting principle: any third party could be conscripted to
24  produce new software that would allow the government to breach security
25  measures. Congress did not intend this when it enacted the All Writs Act in 1789—
26  indeed, when Congress has authorized such conscription, it has spoken clearly.
27  Finally, *amici* argue that the predictable result of the government's argument is de
28  facto design specifications for technology products and services. *Amici* believe that

1    a decision of such magnitude should be made by the People acting through the
2    political branches.

3         Counsel for *amici curiae* states that no counsel for a party authored this brief
4    in whole or in part, and no person other than *amici curiae*, their members, and their
5    counsel made a monetary contribution to its preparation or submission.

6         Counsel for *amici curiae* further states that they file this motion after
7    contacting the parties' counsel. Counsel for Apple consents to the filing of this
8    brief, and counsel for the United States does not oppose the filing of this brief.

9         Wherefore, proposed *amici* respectfully request leave to file the attached
10   Brief of *Amici Curiae* to aid this Court in its consideration and resolution of the
11   issues in this case.

13   Dated:  March 3, 2016

                                         MAYER BROWN LLP
                                         JOHN NADOLENCO
                                         RUTH ZADIKANY
                                         ANDREW J. PINCUS
                                         TRAVIS CRUM

By: *John Nadolenco*/zz
                               John Nadolenco
                      Attorneys for *Amici Curiae* BSA|The
                      Software Alliance, the Consumer
                      Technology Association, the Information
                      Technology Industry Council, and TechNet

**PROOF OF SERVICE**

I, Janice Austgen, declare:

I am employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503.  On March 3, 2016, I served a copy of the within document(s):

APPLICATION OF BSA|THE SOFTWARE ALLIANCE, THE
CONSUMER TECHNOLOGY ASSOCIATION, THE
INFORMATION TECHNOLOGY COUNCIL, AND TECHNET TO
FILE A BRIEF OF *AMICI CURIAE*

X   by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 3, 2016, at Los Angeles, California.

_____
Janice Austgen

PROOF OF SERVICE

719904852

1   Eric David Vandevelde, Esq.
2   Theodore J. Boutrous, Jr., Esq.
    Gibson Dunn and Crutcher LLP
3   333 South Grand Avenue
4   Los Angeles, CA 90071

5   Jeffrey G. Landis, Esq.
6   Marc J Zwillinger, Esq.
    Zwillgen PLLC
7   1900 M Street NW Suite 250
    Washington, DC 20036
8
9   Nicola T. Hanna, Esq.
    Gibson Dunn and Crutcher LLP
10  3161 Michelson Drive 12th Floor
11  Irvine, CA 92612-4412

12  Theodore B. Olson, Esq.
    Gibson Dunn and Crutcher LLP
13  1050 Connecticut Avenue NW
14  Washington, DC 20036-5306

15  Allen W. Chiu, Esq.
16  Assistant United States Attorney
    Office of U.S. Attorney
17  National Security Section
18  312 North Spring Street Suite 1300
    Los Angeles, CA 90012
19
20  Tracy L. Wilkison, Esq.
    Assistant United States Attorney
21  Office of U.S. Attorney
22  Chief, Cyber and Intellectual Property Crimes Section
    312 North Spring Street 11th Floor
23  Los Angeles, CA 90012-4700

24
25
26
27
28

719904852