ORIGINAL

DANIEL SHALLMAN (Bar No. 180782)
Email: dshallman@cov.com
COVINGTON & BURLING LLP
2029 Century Park East, Suite 3100
Los Angeles, California 90067-3044
Telephone: + 1 (424) 332-4752
Facsimile: + 1 (202) 662-6291

KURT WIMMER*
Email: kwimmer@cov.com
LAUREN WILLARD*
Email: lwillard@cov.com
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: + 1 (202) 662-5337
Facsimile: + 1 (202) 662-6291
*Pro Hac Vice Motion Forthcoming

Attorneys for [Proposed] Amicus Curiae The Media Institute

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | 5:16-cm-00010 (SP)<br><br>**NOTICE OF MOTION AND MOTION OF THE MEDIA INSTITUTE FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF APPLE INC.**<br><br>Hearing Date: March 22, 2016<br>Hearing Time: 1:00 p.m.<br>Location: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

# NOTICE OF MOTION TO FILE AMICUS BRIEF

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT The Media Institute, by and through counsel, respectfully requests leave to participate in this action as *amicus curiae* in support of Apple, Inc., and permission to file an *amicus curiae* brief.

Counsel for The Media Institute have contacted counsel for Plaintiff the United States and Respondent Apple, Inc. Both parties have consented to The Media Institute's filing of an *amicus curiae* brief.

## I. STANDARD FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

"[A] district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 192). *See also Funbus Sys., Inc. v. State of California Pub. Util. Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986). "There are no strict prerequisites that must be established prior to qualifying for *amicus* status although an individual or organization seeking to participate as *amicus curiae* must make a showing that his participation is useful to or otherwise desirable to the court." *Congregation Etz Chaim v. City of Los Angeles*, No. CV 97-5042 CAS (EX), 2009 WL 1293257, at *5, n.4 (C.D. Cal. May 5, 2009) (citation omitted); *accord NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp. 2d 1061, 1067 (N.D. Cal. 2005) ("District courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.").

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

*Amicus curiae* The Media Institute is a nonprofit research foundation specializing in communications policy issues, with a particular emphasis on freedom of speech, a competitive media and communications industry, and excellence in journalism. Founded in 1979, The Media Institute publishes books, prepares regulatory filings and court briefs, and convenes conferences and programs for journalists and communications

1

executives. The Media Institute is one of the leading think tanks focusing on the First Amendment and communications policy. The Media Institute believes that this proposed *amicus* brief, annexed as Exhibit A to the Declaration of Daniel Shallman, will meaningfully assist the Court's consideration of the important issues presented in this matter.

### III. *AMICUS CURIAE*'S PERSPECTIVE WILL BENEFIT THE COURT

The matter currently before the Court concerns the obligations of a technology company to engage in protected expression (writing of software code) when law enforcement compels their assistance in disabling security features. As a nonprofit institution representing members of the news media and organizations, The Media Institute has extensive experience with First Amendment issues including in the context of requests for assistance in law enforcement investigations. Members of the news and media industry are invested in the outcome of this case and have a strong interest in guaranteeing that courts apply the appropriate constitutional analysis to government orders compelling speech, including in the context of criminal investigations. Reporters also rely on secure communications technologies to protect the identities of confidential sources and secure sensitive work product and documentary materials—essential features of constitutionally protected newsgathering. This Order impedes journalists' ability to use these mechanisms in modern newsgathering because ostensibly secure apps and updates can longer be trusted.

The proposed *amicus* brief addresses a discrete issue in this case—the First Amendment question—and provides the Court with the unique perspective of news and media organizations on the consequences of failing to apply rigorous First Amendment scrutiny to the FBI's proposed conduct.

### IV. CONCLUSION

For the foregoing reasons, The Media Institute respectfully requests that the Court grant this Motion for Leave to Participate as *amici curiae* and order that The Media Institute's attached proposed *amicus* brief be deemed filed. The Media Institute brings

this motion after conferring with the parties' counsel. Counsel for Apple and the United States indicated that they have no opposition to The Media Institute's motion for leave to file its *amicus curiae* brief in support of Apple.

Dated: March 3, 2016

Respectfully submitted,

*Dan Shallman*
N.L.

DANIEL SHALLMAN (Bar No. 180782)
Email: dshallman@cov.com
COVINGTON & BURLING LLP
2029 Century Park East, Suite 3100
Los Angeles, California 90067-3044
Telephone: + 1 (424) 332-4752
Facsimile: + 1 (202) 662-6291

KURT WIMMER*
Email: kwimmer@cov.com
LAUREN WILLARD*
Email: lwillard@cov.com
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: + 1 (202) 662-5278
Facsimile: + 1 (202) 662-6291
*Pro Hac Vice* Admission Pending

Attorneys for *Amicus Curiae*
The Media Institute

3

## DECLARATION OF DANIEL SHALLMAN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND FILE A BRIEF IN SUPPORT OF APPLE, INC.

I, DANIEL N. SHALLMAN, do hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court, and a partner in the law firm of Covington & Burling LLP, counsel for *amicus curiae* The Media Institute in this matter.

2. I have contacted counsel for Plaintiff and Respondent regarding this Motion for Leave to File an *amicus* brief. Both Plaintiff and Respondent's counsel have informed me that they will not oppose The Media Institute's request to file an *amicus* brief.

4. In accordance with the Court's order of February 19, 2016, I submit this declaration in support of The Media Institute's motion for leave to appear as and file a brief as *amicus curiae* in support of Apple, Inc.

5. Attached hereto as Exhibit A is a true and correct copy of The Media Institute's proposed *amicus* brief.

Executed in Los Angeles, California, on March 3, 2016. I declare that the foregoing is true and correct, in accordance with 28 U.S.C. § 1746.

*Dan Shallman*
N.L.
_____
Daniel Shallman

ORIGINAL

# PROOF OF SERVICE

I, Monika Kapuscinska, declare as follows:

I am employed with the law firm of COVINGTON & BURLING LLP, whose address is 9191 Towne Centre Drive, Suite 600, California 92122. I am over the age of eighteen years and not a party to this action.

On March 3, 2016, I served the foregoing documents described as:

- **NOTICE OF MOTION AND MOTION OF THE MEDIA INSTITUTE FOR LEAVE TO FILE *AN AMICUS CURIAE* BRIEF IN SUPPORT OF APPLE INC.;**
- **[PROPOSED] BRIEF *AMICUS CURIAE* OF THE MEDIA INSTITUTE IN SUPPORT OF APPLE INC.; and**
- **[PROPOSED] ORDER**

on the interested party(ies) in this action via U.S. mail by placing a true and correct copy of thereof enclosed in a sealed envelope addressed as follows:

**Theodore J. Boutrous, Jr.**
**Eric David Vandevelde**
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Nicola T. Hanna**
Gibson Dunn and Crutcher LLP
3161 Michelson Drive 12th Floor
Irvine, CA 92612-4412

**Theodore B. Olson**
Gibson Dunn and Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306

**Allen W. Chiu**
AUSA - Office of US Attorney
National Security Section
312 North Spring Street Suite 1300
Los Angeles, CA 90012

**Tracy L. Wilkison**
AUSA Office of US Attorney
Chief, Cyber and Intellectual Property Crimes Section
312 North Spring Street 11th Floor
Los Angeles, CA 90012-4700

Counsel for Plaintiff USA


**Jeffrey G. Landis**

**Marc J Zwillinger**

Zwillgen PLLC

1900 M Street NW Suite 250

Washington, DC 20036

Counsel for Respondent Apple Inc.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Diego, California on March 3, 2016.

*Monika Kapuscinska* (signature)

Monika Kapuscinska