DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

AMY L. LANDERS (SBN 169491)
all328@drexel.edu
Professor of Law
Drexel University Thomas R. Kline School of Law
3200 Market Street
Philadelphia, PA 19104
Telephone:  215-571-4795

Attorneys for *Amicus Curiae*
Law Professors

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | Case No. CM 10-16-SP<br><br>**MOTION OF NONPARTY LAW PROFESSORS FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF**<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Ctrm: 3 or 4 - 3rd Floor<br>Judge: Honorable Sheri Pym |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to this Court's Scheduling Order (ECF No. 10), a group of nonparty Law Professors respectfully moves for leave to file the accompanying *amicus curiae* brief in the above-captioned case in support of Apple. The Law Professors are not associated with Apple and neither party is sponsoring The Law Professors' proposed amicus brief. The list of signatory Law Professors is attached to the Declaration of Michael A. Feldman ("Feldman Decl.") as Exhibit A and also appears on the signature page of the proposed brief itself. Apple consents to the Law Professors filing the proposed *amicus curiae* brief. Feldman Decl. ¶ 3. The government does not oppose the Law Professors filing the proposed *amicus curiae* brief. *Id.* ¶ 4.

It is within the Court's discretion whether to permit non-parties to file briefs as *amici curiae*, and the Supreme Court has long counseled that courts should grant permission liberally. *See N. Sec. Co. v. United States*, 191 U.S. 555, 555–56 (1903). A ruling in this case can, and is likely to affect rulings in many other cases the DOJ has filed under the All Writs Act seeking similar relief. *See In re Order Requiring Apple, Inc. to Assist in the Execution of a Search Warrant Issued by This Court*, No. 1:15-mc-01902-JO (E.D.N.Y. Feb. 29, 2016), ECF No. 29 at 28 (Orenstein, J.) (noting that there are about a dozen additional cases pending in which the government seeks to compel Apple to province assistance bypassing the security on Apple devices).

In this case, the Court should grant the Law Professors' motion to file an *amicus curiae* brief because this case presents novel issues that involve particularly complex analysis of information security, technology law, criminal law, constitutional law, and statutory laws governing the bounds of the government's power to conscript third parties' assistance in criminal investigations—areas in which the Law Professors are experts. The Law Professors' brief is not duplicative of either party's brief. Many of the signatory Law Professors have published extensively regarding the All Writs Act ("AWA"), CALEA ("Communications Assistance for Law Enforcement Act"), and ECPA ("Electronic

Communications Privacy Act"), each of which is critical to analysis of this case. Feldman Decl. ¶ 5. The Law Professors are therefore able to provide the Court a greater depth of history and perspective on the AWA, CALEA, and ECPA than may be available in the parties' briefs.

Many of the signatory Law Professors have also published and taught Fourth Amendment issues, criminal law, and other legal frameworks relevant to this case. *Id.* ¶ 6. Therefore, the Law Professors may provide a broader context for the legal backdrop on which the government proceeds, and may raise and explain issues that the parties have not raised for practical or strategic purposes.

The Law Professors have a professional interest in matters of constitutional importance, concern for privacy interests globally, and the security of technical infrastructure that many in this country depend on as well as encouraging creativity and innovation, and to support the public interest in the exercise of sound policy.

For these reasons, The Law Professors respectfully asks the Court to grant leave to file the accompanying brief of *amicus curiae* in support of Apple.

Dated:  March 2, 2016                         DURIE TANGRI LLP

                                              By: _____
                                                    MICHAEL A. FELDMAN
                                              Attorneys for *Amicus Curiae*

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On March 3, 2016, I served the following documents in the manner described below:

**MOTION OF NONPARTY LAW PROFESSORS FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

[x] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from mfeldman@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
2132297186
Fax: 2132296186

Theodore J Boutrous, Jr.
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900713197
2132297000
Fax: 2132297520

| | |
|---|---|
| Email: evandevelde@gibsondunn.com | Email: tboutrous@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Jeffrey G Landis<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: jeff@zwillgen.com | Theodore B Olson<br>Gibson Dunn and Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 200365306<br>2029558668<br>Fax: 2025309575<br>Email: tolson@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Nicola T Hanna<br>Gibson Dunn and Crutcher LLP<br>3161 Michelson Drive 12th Floor<br>Irvine, CA 926124412<br>9494513800<br>Fax: 9494514220<br>Email: nhanna@gibsondunn.com | Marc J Zwillinger<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: marc@zwillgen.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Allen W Chiu<br>AUSA Office<br>of US Attorney<br>National Security Section<br>312 North Spring Street Suite 1300<br>Los Angeles, CA 90012<br>2138942435<br>Fax: 2138946436<br>Email: allen.chiu@usdoj.gov | Tracy L Wilkison<br>AUSA Office of US Attorney<br>Chief, Cyber and Intellectual Property<br>Crimes Section<br>312 North Spring Street 11th Floor<br>Los Angeles, CA 900124700<br>2138940622<br>Fax: 2138940141<br>Email: tracy.wilkison@usdoj.gov |
| *Attorneys for USA* | *Attorneys for USA* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 3, 2016, at San Francisco, California.

_____
MICHAEL A. FELDMAN