DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

AMY L. LANDERS (SBN 169491)
all328@drexel.edu
Professor of Law
Drexel University Thomas R. Kline School of Law
3200 Market Street
Philadelphia, PA 19104
Telephone: 215-571-4795

Attorneys for *Amicus Curiae*
Law Professors

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | Case No. CM 10-16-SP<br><br>**DECLARATION OF MICHAEL A. FELDMAN IN SUPPORT OF MOTION OF NONPARTY LAW PROFESSORS FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF**<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Ctrm: 3 or 4 - 3rd Floor<br>Judge: Honorable Sheri Pym |

I, Michael A. Feldman, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, and I am one of the attorneys representing nonparty Law Professors. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. I submit this declaration in support of Nonparty Law Professors for Leave To File Proposed *amicus curiae* Brief. A list of signatory Law Professors is attached as **Exhibit A** and also appears on the signature page of the proposed *amicus curiae* brief itself.

3. Apple consents to the Law Professors filing the proposed *amicus curiae* brief.

4. The government does not oppose the Law Professors filing the proposed *amicus curiae* brief.

5. Many of the signatory Law Professors have published extensively regarding the All Writs Act ("AWA"), CALEA ("Communications Assistance for Law Enforcement Act"), and ECPA ("Electronic Communications Privacy Act").

6. Many of the signatory Law Professors have also published and taught Fourth Amendment issues, criminal law, and other legal frameworks relevant to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of March, 2016, at San Francisco, California.

_____
MICHAEL A. FELDMAN

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On March 3, 2016, I served the following documents in the manner described below:

**DECLARATION OF MICHAEL A. FELDMAN IN SUPPORT OF MOTION OF NONPARTY LAW PROFESSORS FOR LEAVE TO FILE PROPOSED AMICUS CURIAE BRIEF**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

[x] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from mfeldman@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
2132297186

Theodore J Boutrous, Jr.
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900713197
2132297000

| | |
|---|---|
| Fax: 2132296186<br>Email: evandevelde@gibsondunn.com | Fax: 2132297520<br>Email: tboutrous@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Jeffrey G Landis<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: jeff@zwillgen.com | Theodore B Olson<br>Gibson Dunn and Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 200365306<br>2029558668<br>Fax: 2025309575<br>Email: tolson@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Nicola T Hanna<br>Gibson Dunn and Crutcher LLP<br>3161 Michelson Drive 12th Floor<br>Irvine, CA 926124412<br>9494513800<br>Fax: 9494514220<br>Email: nhanna@gibsondunn.com | Marc J Zwillinger<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: marc@zwillgen.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Allen W Chiu<br>AUSA Office<br>of US Attorney<br>National Security Section<br>312 North Spring Street Suite 1300<br>Los Angeles, CA 90012<br>2138942435<br>Fax: 2138946436<br>Email: allen.chiu@usdoj.gov | Tracy L Wilkison<br>AUSA Office of US Attorney<br>Chief, Cyber and Intellectual Property Crimes Section<br>312 North Spring Street 11th Floor<br>Los Angeles, CA 900124700<br>2138940622<br>Fax: 2138940141<br>Email: tracy.wilkison@usdoj.gov |
| *Attorneys for USA* | *Attorneys for USA* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 3, 2016, at San Francisco, California.



_____
MICHAEL A. FELDMAN

# Exhibit A

**Janet Ainsworth**
John D. Eshelman Professor of Law
Seattle University

**Jordan (Jody) M. Blanke**
Ernest L. Baskin, Jr. Distinguished Professor of Computer Information Systems and Law Stetson School of Business & Economics Mercer University

**Annemarie Bridy**
Professor, University of Idaho College of Law

**Dan L. Burk**
Chancellor's Professor of Law
University of California, Irvine

**Adam Candeub**
Professor of Law, Director, IP, Information, and Communications Law Program
Michigan State University College of Law

**Michael A. Carrier**
Distinguished Professor
Rutgers Law School

**Megan M. Carpenter**
Professor of Law
Co-Director, Center for Law and Intellectual Property (CLIP)
Faculty Director, IP and Technology Law Clinic
Faculty Director, Entrepreneurship Law Clinic
Texas A&M University School of Law

**Anupam Chander**
Professor
University of California, Davis, School of Law

**Andrew Chin**
Associate Professor
University of North Carolina School of Law

1

# Exhibit A

**A. Michael Froomkin**
Laurie Silvers & Mitchell Rubenstein Distinguished Professor of Law
University of Miami

**David Gray**
University of Maryland
Francis King Carey School of Law

**Woodrow Hartzog**
Associate Professor
Samford University's Cumberland School of Law

**Stephen E. Henderson**
Judge Haskell A. Holloman Professor of Law
The University of Oklahoma

**Margot E. Kaminski**
Assistant Professor
The Ohio State University Moritz College of Law Affiliated Fellow, Information Society Project at Yale Law School

**Raymond Ku**
Professor of Law
Case Western Reserve University School of Law

**Mark A. Lemley**
William H. Neukom Professor, Stanford Law School Director, Stanford Program in Law, Science, and Technology Senior Fellow, Stanford Institute for Economic Policy Research partner, Durie Tangri LLP co-founder, Lex Machina Inc.

**Richard A. Leo, Ph.D., J.D.**
Hamill Family Professor of Law and Psychology
University of San Francisco

**David S. Levine**
Visiting Research Collaborator, Center for Information Technology Policy, Princeton University; Associate Professor and Chair, Faculty Development, Elon University School of Law; Affiliate Scholar, Center for Internet and Society, Stanford Law School

2

# Exhibit A

**Yvette Joy Liebesman**
Associate Professor of Law
Saint Louis University School of Law

**Deirdre K. Mulligan**
Associate Professor of Law
School of Information
University of California at Berkeley

**Ira Steven Nathenson**
Professor of Law
St. Thomas University School of Law

**Blake E. Reid**
Assistant Clinical Professor
Colorado Law

**Neil Richards**
Professor of Law
Washington University

**Jorge R. Roig**
Associate Professor of Law
Charleston School of Law

**Ira Rubinstein**
Senior Fellow and Adjunct Professor
Information Law Institute
New York University School of Law

**Victoria Schwartz**
Associate Professor
Pepperdine University School of Law

**Robert H. Sloan**
Professor and Department Head
University of Illinois at Chicago Dept. of Computer Science

# Exhibit A

**Stephen F. Smith**
Professor of Law
University of Notre Dame

**Daniel J. Solove**
John Marshall Harlan Research Professor of Law
George Washington University Law School

**Gerry Stegmaier**
George Mason University School of Law

**Daniel J. Weitzner**
Principal Research Scientist, MIT Computer Science and Artificial Intelligence Lab, Director, MIT Internet Policy Research Initiative

**Michael Zimmer, PhD**
Associate Professor and PhD Program Director, School of Information Studies
Director, Center for Information Policy Research University of Wisconsin-Milwaukee