ORIGINAL

LODGED

FILED
2016 MAR -3 PM 4:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
3  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
4  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:  (415) 512-4000
   Facsimile:  (415) 512-4077
8

9  ARIEL C. GREEN (State Bar No. 304780)
   ariel.green@mto.com
10 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
11 Thirty-Fifth Floor
   Los Angeles, California 90071-1560
12 Telephone:  (213) 683-9100
   Facsimile:  (213) 687-7302
13
   Attorneys for *Amici Curiae*
14

15                    UNITED STATES DISTRICT COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
17                          EASTERN DIVISION

18 | IN THE MATTER OF THE SEARCH OF AN    | Case No. ED CM 16-10-SP
   | APPLE IPHONE SEIZED DURING THE
19 | EXECUTION OF A SEARCH WARRANT        | **DECLARATION OF JONATHAN H.**
   | ON A BLACK LEXUS IS300, CALIFORNIA   | **BLAVIN IN SUPPORT OF MOTION OF**
20 | LICENSE PLATE 35KGD203               | **AIRBNB, INC.; ATLASSIAN PTY. LTD.;**
21 |                                       | **AUTOMATTIC INC.; CLOUDFLARE,**
   |                                       | **INC.; EBAY INC.; GITHUB, INC.;**
22 |                                       | **KICKSTARTER, PBC; LINKEDIN**
   |                                       | **CORPORATION; MAPBOX INC.; A**
23 |                                       | **MEDIUM CORPORATION; MEETUP,**
   |                                       | **INC.; REDDIT, INC.; SQUARE, INC.;**
24 |                                       | **SQUARESPACE, INC.; TWILIO INC.;**
   |                                       | **TWITTER, INC.; AND WICKR INC. FOR**
25 |                                       | **LEAVE TO FILE BRIEF AS *AMICI***
   |                                       | ***CURIAE***
26
                                            Judge:   Hon. Sheri Pym
27

28

# DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, hereby declare:

1. I am admitted to practice before this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP and am counsel of record for Airbnb, Inc., Atlassian Pty. Ltd., Automattic Inc., CloudFlare, Inc., eBay Inc., GitHub, Inc., Kickstarter, PBC, LinkedIn Corporation, Mapbox Inc., A Medium Corporation, Meetup, Inc., Reddit, Inc., Square, Inc., Squarespace, Inc., Twilio Inc., Twitter, Inc., and Wickr Inc. (collectively, "*Amici*") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On March 2, 2016, I contacted counsel for both Apple Inc. ("Apple") and the United States via email, informing them that *Amici* intended to file a brief in support of Apple in the above-captioned matter.

3. Counsel for Apple informed me that Apple consented to the filing of *Amici*'s brief.

4. Counsel for the United States informed me that the government does not oppose the filing of *Amici*'s brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2016, at San Francisco, California.

/Jonathan H. Blavin