JENNIFER STISA GRANICK (SBN 168423)
jennifer@law.stanford.edu
RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-8675
Facsimile: (650) 725-4086

Attorneys for [Proposed] *Amici Curiae*
iPhone Security and Applied Cryptography Experts

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**APPLICATION OF [PROPOSED] *AMICI CURIAE* IPHONE SECURITY AND APPLIED CRYPTOGRAPHY EXPERTS FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOVANT APPLE INC.**<br><br>**Hearing:**<br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

Pursuant to the Court's Scheduling Order dated February 19, 2016 (D.I. 9), iPhone Security and Applied Cryptography Experts Dino Dai Zovi *et al.* (collectively, "*amici*") respectfully apply to the Court for permission to submit the accompanying *amici curiae* brief in support of movant Apple, Inc.'s ("Apple's") Motion to Vacate the Court's February 16, 2016 Order Compelling Apple, Inc. to Assist Agents in Search (the "Order"). Counsel for *amici* has advised Apple attorney Jeffrey Landis and government attorney Tracy L. Wilkison of *amici*'s intent to file this Application. Counsel for both parties have stated that they do not oppose *amici*'s filing of the proposed brief, which is attached to this Application.

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court's Order seeks to address law enforcement's legitimate interest in conducting investigations. However, in commanding Apple to create forensic software that would bypass iPhone security features, *amici* assert that the Order would endanger public safety. *Amici* are independent experts in iPhone and iOS security and applied cryptography who work to analyze, understand, and encourage the security of Apple products. (For a full list of *amici* and their credentials, please see the attached brief at page 1.) *Amici* are concerned that the Court's Order would ultimately compromise the protections that Apple has provided to iPhone users for the wealth of sensitive and personal data they store on their devices. Those protections are vital against hackers, identity thieves, corporate espionage, and abusive governments. For this reason, *amici* strongly support Apple's Motion to Vacate.

To assist the Court in deciding whether or not to grant Apple's Motion to Vacate, *amici* seek leave to file the attached brief explaining the public-security risks more fully. This Court has broad inherent discretion to accept briefs from *amici curiae*. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991). "District courts frequently welcome

1

APPLICATION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF MOVANT APPLE INC.

amicus briefs from non-parties ... if the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Sonoma Falls Developers, L.L.C. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (citation omitted).

This proposed brief fulfills that purpose. The brief is informed by *amici*'s deep expertise in iPhone and cryptographic security research. It provides useful information to the Court about the security features at issue in this case, the broader iPhone security ecosystem, and the public-security ramifications at stake beyond the scope of the instant matter. Permitting *amici*'s participation is appropriate since the Court has specifically contemplated the submission of *amicus curiae* briefs, Scheduling Order at 2, ¶ 4.ii, and indicated an interest in hearing more about the technical aspects of the case during a February 18 telephonic conference. *See* Dan Levine and Sue Horton, *In FBI vs. Apple, Judge Asks for Technological Details*, Reuters (Feb. 24, 2016), http://www.reuters.com/article/apple-encryption-judge-idUSL2N16403K.

For the foregoing reasons, *amici curiae* respectfully request that the Court allow the filing of the accompanying *amici curiae* brief.

Respectfully submitted,

Dated: March 2, 2016

JENNIFER STISA GRANICK (SBN 168423)
RIANA PFEFFERKORN (SBN 266817)
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY

Attorneys for [Proposed] *Amici Curiae* iPhone Security and Applied Cryptography Experts