William Cody Grammer
121 Breeze Ave
Venice, CA 90291
(252) 646-3063
williamcgrammer@gmail.com

Jesse Binnall (*pro hac vice* motion pending)
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jbinnall@harveybinnall.com

Attorney for *Amici Curiae*
Lavabit LLC



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No.: 5:16-cm-00010-SP-1<br>MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE LAVABIT, LLC IN SUPPORT OF APPLIE INC.'S MOTION TO VACATE<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4, 3rd Floor<br>Judge: Honorable Sheri Pym |

Lavabit, LLC hereby requests leave to participate in this action as *amicus curiae* by filing a brief in support of Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search and Opposition to the Government's Motion to Compel Assistance (filed Feb. 25, 2016) [ECF Docket Entry 16]. *Amicus* requests leave to explain that the Government's request for extraordinary assistance is unwarranted by statute, unconstitutional, and jeopardizes American businesses and the security of American consumers.

Lavabit LLC is a former provider of secured e-mail services. In 2013, the Government sought extraordinary assistance from Lavabit in the form of access to encrypted e-mails stored on Lavabit's servers. The FBI requested access to the private encryption key that Lavabit used to maintain the security of the data sent between the server and the user's e-mail client, or web browser. With this encryption key, the FBI would be able to intercept, decrypt, inspect, and even modify all e-mails sent through the servers. After a lengthy legal battle, and a potential contempt charge, Lavabit surrendered the private encryption key. Lavabit then chose to cease operation of the e-mail service.

Similarly, in this case, the Government is seeking extraordinary assistance from Apple in the form of a new product to access the data stored on an individual's iPhone. Lavabit's proposed brief, which is attached, argues that the Government is seeking extraordinary assistance that far exceeds the scope of the All Writs Act and violates the rights guaranteed to Apple under the First and Thirteenth Amendments to the United States Constitution. The brief discusses important points that Lavabit believes have not otherwise been briefed in this matter.

Third party Apple does not oppose the filing of this brief. The United States did not respond to Lavabit's request for their position on the filing of the brief.

Dated: March 3, 2016            Lavabit LLC

                                By Counsel

William Cody Grammer
_____
(SBN 290184)
121 Breeze Ave
Venice, CA 90291
(252) 646-3063
williamcgrammer@gmail.com


HARVEY & BINNALL, PLLC

_____
Jesse Binnall (*pro hac vice* motion pending)
717 King Street, Suite 300
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jbinnall@harveybinnall.com


Counsel for *Amicus Curiae* Lavabit LLC