Marcia Hofmann (Cal. Bar No. 250087)
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664
marcia@zeitgeist.law

Attorney for Amici Curiae
Access Now and Wickr Foundation

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-cm-00010-SP-1<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE ACCESS NOW AND WICKR FOUNDATION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4, 3rd Floor<br>Judge: Honorable Sheri Pym |

ORIGINAL

Before the Court is the application of Access Now and Wickr Foundation for leave to file an amici curiae brief in support of Apple Inc.'s motion to vacate an order compelling Apple to assist government agents in the search of an iPhone.

Having considered the papers, the parties' responses, and good cause appearing, it is hereby **ORDERED** that the motion for leave to file the amici curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 3, 2016

_____
Hon. Sheri Pym
United States Magistrate Judge

Case No. 5:16-cm-10-SP-1     [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF ACCESS NOW AND WICKR FOUNDATION

1

## PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States; my business address is 25 Taylor Street, San Francisco, California 94102; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On March 1, 2016, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE ACCESS NOW AND WICKR FOUNDATION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Theodore J Boutrous, Jr.<br>Eric David Vandevelde<br>Gibson Dunn and Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7000 | Allen W Chiu<br>AUSA - Office of US Attorney<br>National Security Section<br>312 North Spring Street, Suite 1300<br>Los Angeles, CA 90012<br>213-894-2435 |
| Marc J Zwillinger<br>Jeffrey G Landis<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>202-296-3585 | Tracy L Wilkison<br>AUSA Office of US Attorney<br>Chief, Cyber and Intellectual Property Crimes Section<br>312 North Spring Street, 11th Floor<br>Los Angeles, CA 90012-4700<br>213-894-0622 |
| Nicola T Hanna<br>Gibson Dunn and Crutcher LLP<br>3161 Michelson Drive 12th Floor<br>Irvine, CA 92612-4412<br>949-451-3800 | Counsel for Plaintiff USA |
| Theodore B Olson<br>Gibson Dunn and Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036-5306<br>202-955-8668 | |

Counsel for Respondent Apple Inc.

---

Case No. 5:16-cm-10-SP-1     [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF ACCESS NOW AND WICKR FOUNDATION

2

BY MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 1, 2016

_____
Stephanie Shattuck

Case No. 5:16-cm-10-SP-1

3

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
AMICI CURIAE BRIEF OF ACCESS NOW
AND WICKR FOUNDATION