AO 436 (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
**AUDIO RECORDING ORDER**

| | | |
|---|---|---|
| 1. NAME<br>Sergio Hernandez | 2. PHONE NUMBER<br>(646) 580-2755 | 3. EMAIL ADDRESS<br>sergio@mashable.com |
| 4. MAILING ADDRESS<br>114 Fifth Avenue, 15th Floor | 5. CITY<br>New York | 6. STATE NY  7. ZIP CODE 10011 |
| 8. CASE NUMBER<br>ED-CM-16-10-SP | 9. CASE NAME<br>Matter of Search of iPhone | DATES OF PROCEEDINGS<br>10. FROM 02/18/2016  11. TO 02/18/2016 |
| 12. PRESIDING JUDGE<br>Mag. Sheri Pym | | LOCATION OF PROCEEDINGS<br>13. CITY Riverside  14. STATE California |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | Telephone conference | 02/18/2016 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☑ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | **ESTIMATE TOTAL** | |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE<br>Sergio Hernandez | 19. DATE<br>03/18/2016 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     ORDER RECEIPT     ORDER COPY