Marcia Hofmann (Cal. Bar No. 250087)
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664
marcia@zeitgeist.law

Attorney for Amici Curiae
Access Now and Wickr Foundation

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-cm-00010-SP-1<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF AMICI CURIAE ACCESS NOW AND WICKR FOUNDATION**<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4, 3rd Floor<br>Judge: Honorable Sheri Pym |

ORIGINAL

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record certifies that Access Now has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Access Now is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the parties in this case.

Counsel of record further certifies that Wickr Foundation has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Wickr Foundation discloses that it was founded by Wickr Inc., which is also serving as amicus curiae in the matter. Wickr Foundation is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the parties in this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: March 1, 2016

Respectfully submitted,

*Marcia Hofmann*
Marcia Hofmann
Zeitgeist Law PC
25 Taylor Street
San Francisco, CA 94102
marcia@zeitgeist.law
Telephone: (415) 830-6664

Attorney for Amici Curiae
Access Now and Wickr Foundation

---

Case No. 5:16-cm-10-SP-1      CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1

# PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States; my business address is 25 Taylor Street, San Francisco, California 94102; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On March 1, 2016, I served the foregoing document described as:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF AMICI CURIAE ACCESS NOW AND WICKR FOUNDATION**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Theodore J Boutrous, Jr.
Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7000

Marc J Zwillinger
Jeffrey G Landis
Zwillgen PLLC
1900 M Street NW Suite 250
Washington, DC 20036
202-296-3585

Nicola T Hanna
Gibson Dunn and Crutcher LLP
3161 Michelson Drive 12th Floor
Irvine, CA 92612-4412
949-451-3800

Theodore B Olson
Gibson Dunn and Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306
202-955-8668

Counsel for Respondent Apple Inc.

Allen W Chiu
AUSA - Office of US Attorney
National Security Section
312 North Spring Street, Suite 1300
Los Angeles, CA 90012
213-894-2435

Tracy L Wilkison
AUSA Office of US Attorney
Chief, Cyber and Intellectual Property Crimes Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012-4700
213-894-0622

Counsel for Plaintiff USA

BY MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 1, 2016

_____
Stephanie Shattuck