LODGED

Peter Bibring (SBN 223981)
pbibring@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Alex Abdo
Esha Bhandari
Eliza Sweren-Becker*
Brett Max Kaufman
aabdo@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500

*Admission to the bar pending
Additional counsel listed on signature page

Attorneys for Proposed *Amici Curiae*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | ED No. CM 16-10 (SP)<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE BY AMERICAN CIVIL LIBERTIES UNION ET AL.<br><br>Hearing Date: March 22, 2016<br>Time: 1:00 pm<br>Courtroom: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

1  The Court has considered the Application of the American Civil Liberties Union
2  ("ACLU"), ACLU of Southern California, ACLU of Northern California, and
3  ACLU of San Diego and Imperial Counties for leave to file a brief of *amici*
4  *curiae*. The court hereby grants the application. The proposed brief attached to
5  the application is deemed filed as of the date of this order.

8  March  3  , 2016

_____
Honorable Sheri Pym
United States Magistrate Judge

11 Submitted by:
12 Peter Bibring.
   Attorney for Proposed *Amici*, ACLU et
13 al.

1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is ACLU of Southern California, 1313 West 8th Street, Los Angeles, CA 90017.

On March 2, 2016, I caused to be served through mail (USPS) and e-mail the foregoing document described as:

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE BY AMERICAN CIVIL LIBERTIES UNION ET AL.**

on each person on the attached Service List.

Executed on March 2, 2016, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Diana Gonzalez
Print Name

Signature

## Service List

| Service Type | Counsel Served | Party |
|---|---|---|
| Mail & E-mail | Theodore J. Boutrous, Jr.<br>Nicola T. Hanna<br>Eric D. Vandevelde<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: tboutrous@gibsondunn.com<br>nhanna@gibsondunn.com<br>evandevelde@gibsondunn.com | Apple, Inc. |

| | | |
|---|---|---|
| Mail & E-mail | **Theodore B. Olson**<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC, 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>Email: tolson@gibsondunn.com | Apple, Inc. |
| Mail & E-mail | **Marc J. Zwillinger**<br>**Jefffrey G. Landis**<br>Zwillgen PLLC<br>1900 M Street N.W., Suite 250<br>Washington, D.C. 20036<br>Telephone: (202) 706-5202<br>Facsimile: (202) 706-5298<br>Email: marc@zwillgen.com<br>jeff@zwillgen.com | Apple, Inc. |
| Mail & E-mail | **Eileen M. Decker**<br>**Patricia A. Donahue**<br>**Tracy L. Wilkison**<br>**Allen W. Chiu**<br>1500 United States Courthouse<br>7312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-0622/2435<br>Facsimile: (213) 894-8601<br>Email: Tracy.Wilkison@usdoj.gov<br>Allen.Chiu@usdoj.gov | United States of America |