LODGED

1   DAVID GREENE (SBN 160107)
2   davidg@eff.org                2016 MAR -3  AM 10: 57
    CINDY COHN (SBN 145997)
3   LEE TIEN (SBN 148216)   CLERK U.S. DISTRICT COURT
                            CENTRAL DIST. OF CALIF.
4   KURT OPSAHL (SBN 191303)   RIVERSIDE
    JENNIFER LYNCH (SBN 240701)
5   NATE CARDOZO (SBN 259097)
6   SOPHIA COPE (SBN 233428)
    ANDREW CROCKER (SBN 291596)
7   JAMIE WILLIAMS (SBN 279046)
8   ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
9   San Francisco, CA  94109
    Telephone:  (415) 436-9333
10  Facsimile:  (415) 436-9993
11
12  *Counsel for Amici Curiae Electronic*
    *Frontier Foundation and 46 Technologists,*
13  *Researchers and Cryptographers*
14

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

15              **UNITED STATES DISTRICT COURT**
16          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17                    **EASTERN DIVISION**
18  IN THE MATTER OF THE SEARCH    )   Case No: 16-cm-00010-SP
    OF AN APPLE IPHONE SEIZED      )
19  DURING THE EXECUTION OF A      )   [~~PROPOSED~~] ORDER RE
    SEARCH WARRANT ON A BLACK      )   **APPLICATION OF ELECTRONIC**
20  LEXUS IS300, CALIFORNIA LICENSE )  **FRONTIER FOUNDATION**
    PLATE 35KGD203                 )   **AND 46 TECHNOLOGISTS,**
21                                 )   **RESEARCHERS, AND**
22                                 )   **CRYPTOGRAPHERS TO**
                                   )   **PARTICIPATE IN THIS CASE AS**
23                                 )   ***AMICI CURIAE***
24                                 )
                                   )
25                                 )
26                                 )
                                   )
27  _____)
28

Case No: 16-cm-            [PROPOSED] ORDER
00010-SP

1        **IT IS HEREBY ORDERED** that the application of Electronic Frontier

2 Foundation and 46 Technologists, Researchers, and Cryptographers to participate in

3 this case as *amici curiae* is **GRANTED** and the proposed brief submitted with the

4 application is deemed filed.

5

6 DATED: March 3, 2016 BY: _____

7                             Honorable Sheri Pym

8                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No: 16-cm-                [PROPOSED] ORDER
00010-SP

DAVID GREENE (SBN 160107)
davidg@eff.org
CINDY COHN (SBN 145997)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JENNIFER LYNCH (SBN 240701)
NATE CARDOZO (SBN 259097)
SOPHIA COPE (SBN 233428)
ANDREW CROCKER (SBN 291596)
JAMIE WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for Amici Curiae Electronic Frontier Foundation and 46 Technologists, Researchers, and Cryptographers*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No: 16-cm-00010-SP **PROOF OF SERVICE** |

1       I am a citizen of the United States and employed in San Francisco,

2   California. I am over the age of eighteen years and not a party to the within-

3   entitled action. My business address is 815 Eddy Street, San Francisco, CA 94109.

4

5   On this date, I served the following:

6       **[PROPOSED] ORDER RE APPLICATION OF ELECTRONIC**

7       **FRONTIER FOUNDATION AND 46 TECHNOLOGISTS,**
       **RESEARCHERS, AND CRYPTOGRAPHERS TO PARTICIPATE IN**

8       **THIS CASE AS *AMICI CURIAE***

9   and caused to be served by U.S. Mail, postage thereon fully prepaid, true and

10  correct copies of the foregoing on:

11
12      Theodore B Olson
        Gibson Dunn and Crutcher LLP
13      1050 Connecticut Avenue NW
        Washington, DC 20036-5306
14      202-955-8668
15      Fax: 202-530-9575
        Email: tolson@gibsondunn.com
16
17      Theodore J Boutrous , Jr
        Eric David Vandevelde
18      Gibson Dunn and Crutcher LLP
19      333 South Grand Avenue
        Los Angeles, CA 90071-3197
20      213-229-7000
21      Fax: 213-229-7520
        Email: tboutrous@gibsondunn.com
22      Email: evandevelde@gibsondunn.com
23
24      Nicola T Hanna
        Gibson Dunn and Crutcher LLP
25      3161 Michelson Drive 12th Floor
        Irvine, CA 92612-4412
26      949-451-3800
27      Fax: 949-451-4220
        Email: nhanna@gibsondunn.com
28

1

1

2      Marc J Zwillinger
3      Jeffrey G Landis
       Zwillgen PLLC
4      1900 M Street NW Suite 250
       Washington, DC 20036
5      202-296-3585
6      Fax: 202-706-5298
       Email: marc@zwillgen.com
7      Email: jeff@zwillgen.com
8
       *Counsel for Respondent*
9

10     Allen W Chiu
       AUSA - Office of US Attorney
11     National Security Section
       312 North Spring Street Suite 1300
12     Los Angeles, CA 90012
13     213-894-2435
14     Fax: 213-894-6436
       Email: allen.chiu@usdoj.gov
15

16     Tracy L Wilkison
       AUSA Office of US Attorney
17     Chief, Cyber and Intellectual Property
18     Crimes Section
       312 North Spring Street 11th Floor
19     Los Angeles, CA 90012-4700
20     213-894-0622
       Fax: 213-894-0141
21     Email: tracy.wilkison@usdoj.gov
22
       *Counsel for Plaintiff*
23
       I declare under penalty of perjury under the laws of the United States that
24     the foregoing is true and correct.
25
       Executed this March 3, 2016 in San Francisco, California
26
27     *Cynthia Dominguez*
       Cynthia Dominguez
28
                                          2