

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-CM-00010 SP<br><br>[PROPOSED] ORDER RE: MOTION OF ACT \| THE APP ASSOCIATION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING ASSISTANCE<br><br>Honorable Sheri Pym |

FOR GOOD CAUSE APPEARING, having considered the Motion of ACT | The App Association ("ACT") for Leave to File an *Amicus Curiae* Brief in Support of Apple Inc.'s Motion to Vacate Order Compelling Assistance ("ACT's Motion for Leave"), and based on the consent of all of the parties to ACT's filing of an *amicus curiae* brief in this action, ACT's Motion for Leave is hereby GRANTED.

IT IS SO ORDERED.

Dated: March 3, 2016

_____
UNITED STATES MAGISTRATE JUDGE
Honorable Sheri Pym