LODGED



2016 MAR -3 AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____



1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF AT&T MOBILITY LLC FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AND FILE BRIEF OF *AMICUS CURIAE* |

This matter came before the Court on the Motion of AT&T Mobility LLC ("AT&T") for leave to appear as *amicus curiae* and to file a brief of *amicus curiae* in the matter.  Having considered the arguments and authorities offered by all sides to this proceeding, and good cause appearing.

IT IS HEREBY ORDERED that the Motion For Leave to Appear as *Amicus Curiae* brought by AT&T be and hereby is GRANTED and that the Brief of *Amicus Curiae* attached as Exhibit A to this Motion is deemed filed with this Court.

Dated: ___March    3___, 2016

_____
Hon. Sheri Pym
United States Magistrate Judge

**PROOF OF SERVICE**

I, Carolyn Simanian, state:

My business address is 515 South Flower St., 40th Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**1)     NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*; MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF MOTION;**

**2)     *AMICUS CURIAE* BRIEF OF MOBILITY LLC; and**

**3)     [PROPOSED] ORDER**

on the following person(s) in this action:

| | |
|---|---|
| Eric E. Vandevelde | Jeffrey G. Landis |
| Theodore J. Boutrous, Jr. | Marc J. Zwillinger |
| GIBSON, DUNN & CRUTCHER LLP | ZWILLGEN PLLC |
| 333 South Grand Avenue | 1900 M Street NW, Suite 250 |
| Los Angeles, CA 90071 | Washington, DC 20036 |
| evandevelde@gibsondunn.com | jeff@zwillgen.com |
| tboutrous@gibsondunn.com | marc@zwillgen.com |
| | |
| Nicola T. Hanna | Theodore B. Olson |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 3161 Michelson Drive, 12th Floor | 1050 Connecticut Avenue, NW |
| Irvine, CA 92612 | Washington, DC 20036 |
| nhanna@gibsondunn.com | tolson@gibsondunn.com |

*Attorneys for Apple Inc.*

Allen W. Chiu
Tracy L. Wilkison
 OFFICE OF U.S. ATTORNEY
312 North Spring Street, Suite 1300
Los Angeles, CA 90012
allen.chiu@usdoj.gov
tracy.wilkison@usdoj.gov

*Attorneys for United States of America*

**BY OVERNIGHT DELIVERY**: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for.

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 3, 2016, at Los Angeles, California.

_____
Carolyn Simanian