1

2  David LaBahn (State Bar No. 128930)
   **ASSOCIATION OF PROSECUTING ATTORNEYS, INC.**
3  1615 L Street NW, Suite 1100
   Washington, D.C. 20036
4  Phone:  (202) 861-2481
   Email:  david.labahn@apainc.com

5  Joseph V. DeMarco
   Urvashi Sen
6  **DEVORE & DEMARCO LLP**
   99 Park Avenue, Suite 1100
7  New York, New York 10016
   Phone:  (212) 922-9499
8  Fax:    (212) 922-1799
   Email:  jvd@devoredemarco.com
9          usen@devoredemarco.com

10  Attorneys for *Amici Curiae*
    *Federal Law Enforcement Officers Association, the Association of*
11  *Prosecuting Attorneys, Inc., and National Sheriffs' Association*

12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXIS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10-SP<br><br>**ORDER RE APPLICATION OF *AMICI CURIAE* FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, ASSOCIATION OF PROSECUTING ATTORNEYS, INC., AND NATIONAL SHERIFFS' ASSOCIATION TO PARTICIPATE AS *AMICI CURIAE***<br><br>Hearing Date:  March 22, 2016<br>Hearing Time:  1:00 p.m.<br>Courtroom:     3 or 4<br>Judge:         Hon. Sheri Pym |

---

APPLICATION OF *AMICI CURIAE* FLEOA, APA, AND NSA
ED No. CM 16-10-SP

1    **IT IS HEREBY ORDERED** that the Application of the Federal Law
2   Enforcement Officers Association, the Association of Prosecuting Attorneys, Inc.,
3   and the National Sheriffs' Association to participate in this case as *amici curiae* is
4   GRANTED and the proposed Brief submitted with the Application is deemed
5   filed.

6

7   DATED: March 3, 2016               _____
8                                                                Judge Sheri Pym
                                                              United States District Judge