Case 5:16-cm-00010-SP Document 71 Filed 03/03/16 Page 1 of 4 Page ID #:919

CAROLINE WILSON PALOW (SBN 241031)
  caroline@privacyinternational.org
SCARLET KIM
  scarlet@privacyinternational.org
PRIVACY INTERNATIONAL
62 Britton Street
London EC1M 5UY
United Kingdom
Telephone: +44.20.3422.4321

Attorneys for *Amici Curiae*
PRIVACY INTERNATIONAL
HUMAN RIGHTS WATCH



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICI CURIAE* PRIVACY INTERNATIONAL AND HUMAN RIGHTS WATCH<br><br>**Hearing:**<br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

1.  On March 3, 2016, Privacy International and Human Rights Watch ("HRW") filed an application for leave to file an *amicus curiae* brief in the above-captioned matter.

1

2. Having considered the arguments and authorities offered by Privacy International and HRW, and good cause appearing therefore, the Court grants the application and deems filed the brief submitted with the application.

IT IS SO ORDERED.

Dated: March 3, 2016

HON. SHERI PYM
United States Magistrate Judge

## PROOF OF SERVICE

I am a citizen of the United States of America and employed in London, the United Kingdom. I am over the age of 18 and not a party to the within action. My business address is Privacy International, 62 Britton Street, London EC1M 5UY, United Kingdom.

On March 3, 2016, I caused to be served through mail (FedEx) and/or e-mail on each person on the attached Service List the foregoing document described as:

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF *AMICI CURIAE* PRIVACY INTERNATIONAL AND HUMAN RIGHTS WATCH**

### Service List

| Service Type | Counsel Served | Party |
|---|---|---|
| E-mail* | **Theodore J. Boutrous, Jr.** <br> **Nicola T. Hanna** <br> **Eric D. Vandevelde** <br> Gibson, Dunn & Crutcher LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-7520 <br> Email: tboutrous@gibsondunn.com <br> nhanna@gibsondunn.com <br> evandevelde@gibsondunn.com | Apple, Inc. |
| E-mail* | **Theodore B. Olson** <br> Gibson, Dunn & Crutcher LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C. 20036-5306 <br> Telephone: (202) 955-8500 <br> Facsimile: (202) 467-0539 <br> Email: tolson@gibsondunn.com | Apple, Inc. |
| E-mail* | **Marc J. Zwillinger** <br> **Jeffrey G. Landis** <br> Zwillgen PLLC | Apple, Inc. |

| | | |
|---|---|---|
| | 1900 M Street N.W., Suite 250<br>Washington, D.C. 20036<br>Telephone: (202) 706-5202<br>Facsimile: (202) 706-5298<br>Email: marc@zwillgen.com<br>jeff@zwillgen.com | |
| Mail & E-mail | **Eileen M. Decker**<br>**Patricia A. Donahue**<br>**Tracy L. Wilkison**<br>**Allen W. Chui**<br>1500 United States Courthouse<br>7312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-0622/2435<br>Facsimile: (213) 894-8601-7520<br>Email: Tracy.Wilkison@usdoj.gov<br>Allen.Chiu@usdoj.gov | United States of America |

*Apple, Inc. has consented in writing to service by electronic means in accordance with Federal Rule of Civil Procedure 5(b)(E), Local Civil Rule 5-3.1.1, and Local Criminal Rule 49-1.3.2(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I have made service at the direction of a member of the bar of this Court.

Executed on March 3, 2016 in London, United Kingdom

_____
Sara Nelson