LODGED

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

1   **MICHAEL A. RAMOS**
2   **DISTRICT ATTORNEY** 2016 MAR -3 PM 2: 10
3   **SAN BERNARDINO COUNTY**
    CLERK U.S. DISTRICT COURT
    CENTRAL DIST. OF CALIF.
    RIVERSIDE
    BY
4   GARY R. FAGAN
    Chief Deputy District Attorney (California Bar Number 76356)
5   303 West Third Street
    San Bernardino, California 92315-004
6   Telephone: (909) 382- 7766
7   Facsimile:  (909) 748-1376
    Email:     Gfagan@sbcda.org
8
9   Attorney for the People of the State of California          ORIGINAL

10
11                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
12                         EASTERN DIVISION
13
    IN THE MATTER OF THE SEARCH          ED No. CM 16-10-SP
14  OF AN APPLE IPHONE SEIZED
    DURING THE EXECUTION OF A            SAN BERNARDINO COUNTY
15  SEARCH WARRANT ON A BLACK            DISTRICT ATTORNEY AMICUS
16  LEXUS IS300, CALIFORNIA              CURIAE BRIEF IN SUPPORT OF
    LICENSE PLATE 35KGD203               THE UNITED STATES
17                                       GOVERNMENT
18
19                                       Hearing Date: March 22, 2016
                                         Time: 1:00 p.m.
20                                       Place: Courtroom 3 or 4
21                                       Judge: Hon. Sheri Pym
22
23              CONSENT TO FILE <u>AMICUS CURIAE</u> BRIEF
24
25       The San Bernardino County District Attorney, on behalf of his client, The
26  People of the State of California, has requested and acquired the consent of the
27  United States Government and Apple, Inc. to participate as <u>Amicus Curiae</u> and to
28  file the attached brief in this matter.

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................... i

TABLE OF AUTHORITIES ......................................................................... ii

MEMORANDUM OF POINTS AND AUTHORITIES ..................................... 1

I      INTRODUCTION ................................................................................ 1

II     THERE IS A COMPELLING STATE INTEREST IN ACQUIRING EVIDENCE CONTAINED SOLELY ON THE iPHONE ............................................................................................ 2

III    THERE IS A COMPELLING STATE INTEREST IN THE PROTECTION AND ENFORCEMENT OF THE DUE PROCESS RIGHTS OF THE VICTIMS AND THE ABBROGATION OF APPLE'S INTERFERENCE OF THOSE RIGHTS ............................................................................... 4

IV    APPLE IS USURPING THE AUTHORITY OF THE DISTRICT ATTORNEY ..................................................................... 5

V     APPLE'S ASSERTION OF STANDING TO PROTECT PRIVACY IS ILLUSORY ................................................................ 7

VI    APPLE RAISES ISSUES THAT ARE NOT BEFORE THE COURT ................................................................................................ 9

VII   IT IS APPROPRIATE AND REASONABLE FOR APPLE TO REMEDY AN ISSUE OF ITS OWN CREATION ................................. 11

CONCLUSION ........................................................................................... 11

# TABLE OF AUTHORITIES

## CASES

*In re Weber*, 11 Cal.3d 703, 720, 523 P.2d 229 (1974) ....................................... 6

*Katz v. United States,* 389 U.S. 347 (1967) ........................................ 8

*Rakas v. Illinois,* 439 U.S. 128 (1978) ........................................... 9

*Riley v. California,* __ U.S. __, 134 S. Ct. 2473 (2014) ................................... 8

## STATUTES

Cal. Penal Code § 1324 ........................................................... 6

Cal. Penal Code § 32 ............................................................. 7

Cal. Penal Code § 502 ............................................................ 3

Cal. Penal Code § 7 .............................................................. 2

Cal. Penal Code § 777 ............................................................ 2

Cal. Penal Code §§ 187(a), 189, 190.2(3), 664/187, 182 & 502 ......................... 1

## OTHER AUTHORITIES

Cal. Const. Art. I, § 28 .......................................................... 2

Cal. Govt. Code § 26500 .......................................................... 2

U.S. Const. Amend. IV ............................................................ 4

MEMORANDUM OF POINTS AND AUTHORITIES

I

INTRODUCTION

At issue before this Court is whether on balance there is a compelling governmental interest in acquiring evidence of criminal activity contained solely on the specific San Bernardino County-owned iPhone, seized[1] and ordered searched by a lawful search warrant issued by a United States Magistrate, that outweighs any real or imagined interest that Apple, a for-profit California-based corporation, asserts to deny assistance to the FBI, San Bernardino County District Attorney's forensic partners[2], and by extension the San Bernardino County District Attorney and our client, the People of the State of California, in acquiring this evidence.

To be clear, the information that is sought from the phone is information contained solely on the San Bernardino County-owned iPhone, and that information can only be forensically extracted from the unlocked iPhone itself.  Nothing more is before this court.

It is the District Attorney's position that the reasons for acquiring the information contained on the iPhone are compelling and outweigh any interests that Apple advances.  Moreover, these compelling reasons support the Court's order. As detailed below, the contents of the iPhone may contain evidence of as of yet undetected, and therefore unpunished, criminal activity, Cal. Penal Code §§ 187(a), 189, 190.2(3), 664/187, 182 & 502 (Lexis 2016), and possible unidentified coconspirators and damage to San Bernardino's infra structure.  Apple's refusal to assist in unlocking this phone prevents this prosecution.  The District Attorney and

---

[1]  Although correctly recorded in the search warrant attached to the United States Attorney's *Ex Parte application to compel,* the vehicle license plate noted in the court caption is incorrect. The correct number is California 5KGD203.

[2]  The San Bernardino County District Attorney has a formal partnership agreement with the FBI-Orange County Regional Computer Forensics Laboratory.

1

its client, the People of the State of California have a compelling interest in prosecuting these individuals. This outweighs any interest that Apple asserts.

Apple's refusal to assist in acquiring access to the iPhone infringes on the California's constitutionally-granted due process rights of California victims of crime. Cal. Const. Art. I, § 28. The preservation of those of due process rights and the termination of that infringement is a compelling interest that outweighs any interest that Apple asserts.

Apple, by refusing to assist in acquiring access to the iPhone is further infringing and usurping statutory powers reserved solely to the District Attorney, Cal. Govt. Code § 26500 (Lexis 2016), which Apple, a private person, Cal. Penal Code § 7 (Lexis 2016), has no legal authority to do. The termination of this infringement is a compelling interest that outweighs any interest that Apple asserts.

## II

## THERE IS A COMPELLING STATE INTEREST IN ACQUIRING EVIDENCE CONTAINED SOLELY ON THE iPHONE

The District Attorney is the public prosecutor charged with attending the courts and, within his discretion, initiating and conducting on behalf of The People all prosecutions for public offenses. Cal. Govt. Code § 26500 (Lexis 2016). Every person who commits a public offense in the State of California is liable for punishment in this State. The jurisdiction for prosecution of public offenses is in the jurisdictional territory in which it is committed. Cal. Penal Code § 777 (Lexis 2016). The San Bernardino County District Attorney has a specific, unique, and compelling interest in acquiring the evidence of criminal activity that may be contained on the Apple iPhone before the Court, which is owned by San Bernardino County, who has consented to its search,[3] and was issued to one of its employees.

---

[3] *Declaration of Christopher Pluhar 3:1-6,* attached to *Government's Ex Parte Application for Order.*

At the time that the murders in San Bernardino County were being perpetrated on December 2, 2015, at least two 911 calls to the San Bernardino Police Dispatch[4] Center reported the involvement of three perpetrators. Although the reports of three individuals were not corroborated, and may ultimately be incorrect, the fact remains that the information contained solely on the seized iPhone could provide evidence to identify, as of yet, unknown co-conspirators who would be prosecuted by the District Attorney for multiple murders and attempted murders in San Bernardino County.

In addition, the iPhone is a county telephone that may have connected to the San Bernardino County computer network. The seized iPhone may contain evidence, that can only be found on the seized phone, that it was used as a weapon to introduce a lying-dormant cyber pathogen endangering San Bernardino County's infrastructure, a violation of Cal. Penal Code § 502 (Lexis 2016), and which would pose a continuing threat to the citizens of San Bernardino County.

Apple has not advanced a single argument to indicating why the identification and prosecution of any outstanding coconspirators, or to detect and eliminate cyber security threats to San Bernardino County's infrastructure introduced by its product and concealed by its operating system, and Apple's refusal to assist in acquiring that information, is not a compelling governmental interest. To the extent that Apple states in its brief at page 33 that there is no compelling state interest because the government "has produced nothing more than speculation that this iPhone might contain potentially relevant information," Apple completely forgets that a United States Magistrate has issued a search warrant based on a finding of probable cause that the iPhone does contain evidence of criminal activity. The reason we search is to find out if the device contains evidence or is an instrumentality of the crime. Such authority is granted by the United States Constitution.  U.S. Const. Amend. IV.

---

[4]  A copy of the computerized dispatch center calls is attached as Exhibit A.

# III

## THERE IS A COMPELLING STATE INTEREST IN THE PROTECTION AND ENFORCEMENT OF THE DUE PROCESS RIGHTS OF THE VICTIMS AND THE ABBROGRATION OF APPLE'S INTERFERENCE OF THOSE RIGHTS

The California Constitution guarantees victims of crimes committed in California a Victims' Bill of Rights. Cal. Const. Art. I, § 28. These rights include those shared by all people of the State of California, "that persons who commit felonious acts causing injury to innocent victims will be appropriately and thoroughly investigated … brought before the courts of California … and tried by the courts in a timely manner." Cal. Const. Art. I § 28(a)(4). The Victims' Bill of Rights continues to state, "In order to preserve and protect a victim's rights to justice and due process, a victim shall be entitled to the following rights:.," Cal. Const. Art. I § 28(b), "To be reasonably protected from the defendant and persons acting on behalf of the defendant", Cal. Const. Art. I § 28(b)(2) and the right to have all relevant evidence admitted in any criminal proceeding. Cal. Const. Art. I § 28 (f)(2).

The due process protections of the California Constitution clearly attach to not only the fourteen people murdered, and the twenty two injured in the assault, but also those physically uninjured, but mentally injured survivors who witnessed the mass murder.

Apple is infringing on the due process rights of these real, and not speculative, victims. It is preventing protection from the defendant and those who assist the defendant. Through the design of its iOS8 operating system and its refusal to assist in accessing the information contained on the seized phone, Apple is preventing the acquisition of information leading to the identity or elimination of outstanding coconspirators. This denies the surviving victims of the knowledge that there are either no additional coconspirators, or that those that are outstanding will be pursued. Apple's actions in denying assistance in acquiring access to the phone

infringes on the victims' right to be reasonably protected. Denying access to this information deprives victims of all relevant evidence in any criminal proceeding that could be the product of the information contained on the phone, and it certainly is denying the victims of the right guaranteed to them to have the case investigated and prosecuted in a timely manner.

California Constitution Article I § 28(c), provides that the prosecuting attorney may enforce the victim's right to be protected from the defendant and those that may be acting on behalf of the defendant in any court having jurisdiction over the case. The District Attorney asserts that this court has jurisdiction over this matter, due to its *In Rem* jurisdiction over the seized iPhone and that the order to compel Apple's assistance that the United States has procured is an appropriate means to enforce the victims' due process protections found in the California Constitution. The District Attorney is asking on behalf of our state victims that the order be construed in such a manner. Apple, alone, has the means to mitigate the continuing violation of the victims' California Constitutional rights.

The District Attorney asserts that the enforcement of the victims' due process rights and the termination of Apple's interference with those rights presents a compelling state interest that outweighs any corporate interest that Apple asserts.

IV

APPLE IS USURPING THE AUTHORITY OF THE DISTRICT ATTORNEY

The California Government Code provides that the District Attorney is the public prosecutor and confers the executive authority and discretion to charge individuals with the commission of public offenses. "The public prosecutor shall attend the courts, and within his or her discretion shall initiate and conduct on behalf of the people all prosecutions for public offenses." Cal. Gov. Code § 26500 (Lexis 2016). Cal. Penal Code § 1324 provides the exclusive means by which transactional immunity may be conferred on an individual. It is conditioned upon the request of

the prosecutor. Cal. Penal Code § 1324 (Lexis 2016). "[T]he decision to seek immunity is an integral part of the *charging* process, and it is the prosecuting attorneys who are to decide what, if any, crime is to be charged." *In re Weber*, 11 Cal.3d 703, 720, 523 P.2d 229, 240 (1974) [emphasis in original]. It is not even within the court's power to confer a grant of immunity. *Id*. It is the District Attorney who in exercises the power to charge or not charge individuals with the commission of crimes or to grant immunity because it is the District Attorney who is accountable to the community and the electorate for his decisions. No other person has this responsibility or accountability.

Apple, through its ingenuity and skill, has created an exquisite product in its iPhone and iOS8 and iOS9. It is used by many law-abiding individuals that commit no crimes and for which it contains no evidence of criminal conduct. It is, however, by design, marketing, intent, or happenstance a repository of information that resides only on the device that constitutes, in this case, evidence of criminal activity. It is nothing more than a closed container. However, due to its technology, it is also a modern version of the renaissance puzzle box, created by Apple, only openable with those who know the secret to unlock it. In this case that secret is held by Apple. Because Apple is the only "person" who can unlock or enable it to be unlocked, Apple's failure to do so denies access to evidence of criminal activity and the identity of the perpetrators.

In refusing to assist in the opening of this repository of evidence, Apple is making the *de facto* decision of who can be charged with a crime and is giving a *de facto* grant of immunity to those iPhone users that use the phone as an instrumentality of a crime, a cyber weapon, or store, intentionally or not, evidence of a crime on the device. Questions of whether Apple's conduct falls within traditional definitions of harboring one who commits a crime[5] aside, Apple is infringing on the authority of the District Attorney to make charging and immunity

---

[5] Cal. Penal Code § 32 (Lexis 2016).

decisions. Apple is free to exercise its First Amendment rights to express what activities, including none at all, should be considered crimes, or who should be charged with a crime, including nobody, but Apple has no *de jure* or *de facto* authority to make those decisions by its actions.

No person[6] but the San Bernardino County District Attorney and his deputies are authorized to decide when criminal charges are brought or not brought, or to whom to provide a grant immunity from prosecution in San Bernardino County. Apple has no such *de jure* or *de facto* authority in San Bernardino County.

The District Attorney has a compelling reason to prevent Apple from acting without authority in crime-charging and immunity decisions, particularly those that preclude prosecutions in San Bernardino County. Requiring Apple to assist in unlocking the iPhone before the court eliminates their unauthorized *de facto* ability to confer immunity.

V

APPLE'S ASSERTION OF STANDING TO PROTECT PRIVACY IS ILLUSORY

Apple asserts that its operating system and its refusal to assist in unlocking the phone is, in Apple's view, necessary to protect the privacy interests of its customers. Apple advances its concept of privacy as absolute privacy in the context that it proffers the opinion that the contents of any Apple iPhone or Apple mobile device is immune from any type of government intrusion due to its security features. While Apple can represent what it chooses in its marketing of its devices and operating systems, Apple is neither the legislature nor judiciary empowered to define privacy as absolute. Apple in not a public policy maker. Apple is a for-profit corporation. No one has appointed or elected Apple to be the Orwellian arbiter or definer of privacy for society or even for all of Apple's customers.

---

[6] Apple is a person *See* Cal. Penal Code § 7 (Lexis 2016).

Apple's concept of absolute privacy and immunity from government search is not supported by the Constitution of the United States or the cases that interpret it. Furthermore, Apple has no privacy rights in the device before the Court, nor is it legally permitted to assert any privacy rights regarding the search of the San Bernardino County-owned phone.

The foundation of privacy from government intrusion lies in the Fourth Amendment to the United States Constitution. That Amendment does not provide absolute privacy or protection from government intrusion into our persons, places or effects. It provides only protection against unreasonable searches and seizures, and against warrants not based upon probable cause. The Fourth Amendment, as the Court in *Katz v. United States* stated, cannot be translated into a general constitutional "right to privacy." *Katz v. United States,* 389 U.S. 347, 350 (1967). The privacy right that is protected is a *reasonable* expectation of privacy. The test for a reasonable expectation of privacy is, "[F]irst that a person have exhibited an actual (subjective) expectation of privacy and, second, that the expectation be one that society is prepared to recognize as 'reasonable.'" *Id.* at 361 (Harlan, J., concurring).

Apple's mere pronouncement that their technology should make the iPhone immune from all government intrusion does not make it legally so. Apple's representations are in direct contradiction to the holding of United States Supreme Court. In addressing the specific searches of cellphones, the United States Supreme Court could have said that the data on cellphones is provided absolute privacy and cannot be searched by the government as Apple posits. The Court did not so. The Court said, "Our holding, of course, is not that the information on a cell phone is immune from search; it is instead that a warrant is generally required before such a search." *Riley v. California*, __ U.S. __, 134 S. Ct. 2473, 2493 (2014). In light of the Court's pronouncement, it is clear that what Apple claims to have promised its customers could not legally be delivered. The Supreme Court has categorized

8

1   Apple's contention that phones should be immune from government searches, even
2   by warrant, as one that society is not prepared to recognize as reasonable.  There
3   could be no reasonable expectation of privacy when law enforcement acquires a
4   warrant as is the case here.  Apple cannot legitimately base its opposition on their
5   desire to advance an unreasonable expectation of privacy specifically rejected by
6   the Supreme Court.

7       Apple has no privacy interest in the seized iPhone or the data contained
8   therein.  Privacy is a personal right that cannot be asserted by third parties.  "Fourth
9   Amendment rights are personal rights which, like some other constitutional rights,
10  may not be asserted vicariously." *Rakas v. Illinois,* 439 U.S. 128, 133 (1978).  The
11  seized iPhone is a San Bernardino County owned iPhone, which the county has
12  consented to be searched.  The possessor of the phone on December 2, 2015, is dead
13  and has no longer has a personal right to privacy that can be asserted.

14      Privacy is important to all of us, even prosecutors.  However, the concept of
15  absolute privacy bolstered by the technology deployed by Apple is not a legally-
16  cognizable precept and is not sufficient to overcome the compelling government
17  interests in acquiring the evidence contained on the seized iPhone.

18

19                                    VI

20      APPLE RAISES ISSUES THAT ARE NOT BEFORE THE COURT

21      Apple asserts that unlocking the seized iPhone will open the siege gates and
22  make its users' personal information vulnerable to hackers, identity thieves, hostile
23  foreign agents and unwarranted government surveillance.  It has also expressed
24  concerns about how foreign governments may treat their citizens and the demands
25  that might be made on Apple.  None of these issues are before the Court.  This case
26  does not involve speculation as to what foreign governments may demand of Apple,
27  or how Apple may respond to those demands in the future.  There is no issue of
28  identity theft here, and Apple has not advanced an explanation of how unlocking

this phone would lead to identity theft elsewhere, nor have they advanced any evidence of identity thefts caused by their unlocking phones prior to the deployment of IOS 8.  Similarly, Apple warns of unwarranted government surveillance.  No surveillance is present here.  Apple has not advanced any evidence or explanation of how this surveillance will be unleashed by unlocking this phone.  Apple cites the hacking of the Office of Personnel Management as illustrative of the dangers of hacking into databases, yet these databases were not contained on a specific iPhone as the evidence here is nor has there been an indication that the databases were hacked by an unlocked iPhone.  These speculative concerns do not outweigh the compelling interest in the need to acquire real evidence of real crimes from the seized iPhone.

Apple's expressed concerns that criminals may attempt to intrude into iPhones and acquire information contained on the phone has some merit, however, it is not the complete picture.  The fact is that criminals are already using iPhones, every day, everywhere, and that those phones contain evidence of their criminal activity of violent crimes, human trafficking, sexting, revenge pornography, child sexual exploitation, and identity theft committed against innocent victims, and that the evidence resides only on the iPhone.  This is real evidence of crimes.  It is not grocery lists or restaurant reviews that are at issue.  The victims of these crimes are harmed every day by the safe haven that Apple's encryption policies have created as a result of criminals using their products.  It is likely that some of these victims are also Apple customers, and they are not well served by Apple's policies.  It is likely that their interests reflect general public policy interests in seeing those who have harmed them are lawfully brought to justice.  These public policy interests outweigh Apple's expressed concerns.

10

## VII

## IT IS APPROPRIATE AND REASONABLE FOR APPLE TO REMEDY AN ISSUE OF ITS OWN CREATION

There is nothing unreasonable for Apple, on its own, or through Court intervention, to be required to be accountable for its actions and to remediate those actions, as is required of any person or corporation that violates the rights of individuals, aids in the withholding of evidence, or exercises power that they have no right to exercise. Companies that introduce dangerous products, and it can be argued that the iPhone with its current encryption is dangerous to victims, are required to fix them. Companies that create environmental damage are required to clean it up. Courts issue orders and injunctions across the land ordering such compliance.

Apple's creation of their iOS 8 and iOS 9, the product of their brilliant engineering created all these issues where it did not exist in previous operating systems. There is nothing unreasonable in having this same brilliance applied to remediating the problem they created. How Apple chooses to accomplish this is a matter of their own choosing. Neither the FBI nor San Bernardino County District Attorney is asking to know how they do it, or directly possess the tools to do so. How Apple resolves the problem, or protects the solution is not our concern. We only seek for this Court to compel that Apple do so.

## CONCLUSION

The San Bernardino County District Attorney, representing the People of the State of California, respectfully submits to this Court, that it has presented a showing of compelling state interests in acquiring any evidence of criminal activity in our jurisdiction; protecting the due process rights of the victims of the December 2, 2015 attack in San Bernardino; and in curtailing Apple's exercise of powers reserved solely to the District Attorney, that outweigh any interest that

Apple has advanced.  We also submit that Apple's concept of privacy is not supported by the law.  We further submit that it is reasonable for Apple to be ordered to remediate the issues it has created by assisting in the unlocking of the seized iPhone belonging to the County of San Bernardino so that its contents can be lawfully acquired through the execution of the issued search warrant before the Court.

Dated: March 3, 2016                    Respectfully Submitted,


MICHAEL A. RAMOS
DISTRICT ATTORNEY
SAN BERNARDINO COUNTY

By: _____
Gary R. Fagan
Chief Deputy District Attorney
San Bernardino County

12

EXHIBIT A

# Incident Report



**Print Date/Time:** 02/25/2016 17:05                                San Bernardino Police Dept
**Login ID:**        jason                                          **ORI Number:**   CA0361000

Incident:   **2015-00132854**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 12/2/2015 10:58:00 AM | **Incident Type:** | All Other Offense |
| **Location:** | 1365 S WATERMAN AVE | **Venue:** | SBO |
| | SAN BERNARDINO CA 92408 | | |
| **Phone Number:** | | **Source:** | Phone |
| **Report Required:** | Yes | **Priority:** | E |
| **Prior Hazards:** | No | **Status:** | Just Occurred |
| **LE Case Number:** | 2015-00132854 | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 1A17 | 50747-Fuentes |
| 1A18 | 50967-Heim |
| | 50743-Madrigal |
| 1A22 | 50919-Paluzzi |
| 1A3 | 24925-Rosas |
| 1A5 | 50088-Fowler |
| 1B10 | 50981-Sorensen |
| | 50469-Snyder |
| 1B12 | 50582-Lee |
| 1B13 | 50987-Bodoh |
| | 50652-Reyna |
| 1B18 | 50799-Dorsett |
| 1B5 | 50294-Thwaites |
| | 50356-Han |
| 1C11 | 50648-Castro |
| 1C13 | 50734-Porch |
| 1C2 | 50343-Whitmer |
| 1C22 | |
| 1C26 | 50772-Mata |
| 1C4 | 50532-Sandoval |
| 1C5 | 50872-Moreno |
| | 50562-Barilics |
| 1D21 | 50788-Martinez |
| 1D24 | 50917-Pesquera |
| 1D27 | 50252-Shuck |
| 1D4 | 50266-Martinez |
| 1I10 | 50340-Lewis |
| 1I77 | 50451-Holguin |
| 1I80 | 50701-Meyer |
| 1I81 | 50618-Ordonez |
| 1K1 | 10727-Lithen |
| 1K2 | 10855-Mielke |
| 1K4 | 50425-Thompson |
| 1K5 | 11982-Rohleder |
| 1K6 | 50738-Varela |
| 1P13 | 50613-Guerrero |

13
Exhibit A

# Incident Report



| | | |
|---|---|---|
| **Print Date/Time:** | 02/25/2016 17:05 | San Bernardino Police Dept |
| **Login ID:** | jason | **ORI Number:**   CA0361000 |

| | |
|---|---|
| 1P22 | 50992-Buchanan |
| | 50532-Sandoval |
| 1S1 | 50207-Sansone |
| 1S23 | 50115-Zeigler |
| 1S32 | 50533-Gaitan |
| 1S38 | 50517-Gray |
| 1S8 | 50019-Hearns |
| 2A19 | 50790-Tirre |
| | 50821-Mathias |
| 2A7 | 50356-Han |
| 2A9 | 50534-Johnson |
| | 50730-Castro |
| 2B15 | 50731-Orozco |
| 2B17 | 50772-Mata |
| | 50766-Cozine |
| 2B25 | 50680-Plummer |
| 2B26 | 50936-Petree |
| | 50937-Kantorowski |
| 2C6 | 50985-McCarthy |
| | 50601-Flowers |
| 2D14 | 50675-Martin |
| 2D16 | 50705-Retamoza |
| 2D18 | 50730-Castro |
| 2D8 | 50953-Blue |
| | 50481-Taylor |
| | 50387-Baker |
| 2I34 | 50165-Macias |
| 2I35 | 50967-Heim |
| | 50680-Plummer |
| | 50665-Flores |
| 2P12 | 50751-Perez |
| 2P14 | 50909-Catania |
| 2P16 | 50959-Savage |
| 2S11 | |
| 2S20 | 50075-Vasek |
| 2S22 | 50388-Carlson |
| 2S24 | 50479-Zink |
| 2S6 | 50274-Harvey |
| 3A13 | 50978-Burgher |
| | 50902-Brown |
| | 50603-Vega |
| 3A4 | 50049-Reyes |
| | 50584-Corral |
| 3B7 | 50704-Gates |
| | 50360-Dai |
| 3C27 | 50970-Rodriguez |
| | 50603-Vega |
| 3C7 | 50625-Bonshire |
| 3C9 | 50747-Fuentes |
| | 50640-Cintron |

14
Exhibit A

# Incident Report



| | |
|---|---|
| **Print Date/Time:** | 02/25/2016 17:05 |
| **Login ID:** | jason |

San Bernardino Police Dept
**ORI Number:**   CA0361000

| | |
|---|---|
| 3D13 | 50675-Martin |
| | 50654-Flint |
| 3D14 | 50675-Martin |
| 3D17 | 50976-Saibene |
| | 50707-Joyce |
| 3D19 | 50761-Martin |
| | 50700-Blackwell |
| 3D6 | 50249-Desrochers |
| 3I38 | 50916-Keil |
| | 50702-Hernandez |
| 3I40 | 50387-Baker |
| 3I78 | VL084-Prieto |
| | 50480-Sanchez |
| 3I79 | 50500-Phillips |
| 3I82 | 50545-Quiroz |
| 3I83 | 50930-Dollins |
| 3S27 | 50524-Beall |
| 3S37 | 50502-Turner |
| 3S77 | 50431-Baughman |
| 40K | |
| 4A11 | 50569-Molina |
| 4A21 | 50911-Koch |
| | 50866-Valenzuela |
| 4A22 | |
| 4B16 | 50733-Rutherford |
| 4B23 | 50925-Alvarez |
| | 50916-Keil |
| 4B24 | 50925-Alvarez |
| 4B4 | 50280-Richards |
| 4B6 | 50367-Martinez |
| 4C14 | 50912-Nelson |
| | 50781-Hoefer |
| 4C15 | 50820-Gonzalez |
| 4C19 | 50842-Taylor |
| 4C22 | 50904-Vest |
| 4D22 | 50908-Sims |
| 4D23 | 50911-Koch |
| | 50908-Sims |
| 4D25 | 50924-Schuelke |
| 4I39 | 50519-Echevarria |
| 4I43 | 50646-Ramirez |
| 4S25 | 50429-Passo |
| 4S35 | 50630-Hernandez |
| CP1 | 93486-Burgess |
| D52 | 50812-Walton |
| | 50756-Dimola |
| D63 | 50919-Paluzzi |
| | 50818-Sawyer |
| I10 | |
| I12 | 50419-Tello |
| I20 | |

Page: 3 of 22

# Incident Report



| | |
|---|---|
| **Print Date/Time:** | 02/25/2016 17:05 |
| **Login ID:** | jason |

San Bernardino Police Dept
**ORI Number:**    CA0361000

| | |
|---|---|
| I21 | 50497-Gabera |
| I22 | 50572-Barba |
| I23 | 50354-Cunningham |
| I24 | |
| I27 | |
| I29 | 50439-Verbanic |
| I32 | 50602-Bonshire |
| I5 | 24140-Flesher |
| I7 | 50110-Luna |
| I8 | |
| J12 | |
| K91 | 50709-Prinz |
| K93 | 50839-Keil |
| K94 | |
| L1 | 50291-Tully |
| L3 | 50220-Madden |
| L4 | 50456-Robinson |
| L6 | 50362-Walker |
| L7 | 50131-Gomez |
| L8 | 50272-Green |
| L9 | 50902-Brown |
| | 50567-Affrunti |
| M5 | 50789-Murphy |
| M6 | 50571-Acosta |
| N2 | 50525-Bennett |
| N6 | 50767-Koahou |
| P22 | |
| P70 | 51014-Saenz |
| | 50956-Moriyama |
| S10 | 50191-Cardillo |
| S11 | 14-1705-Cervantes |
| | 93057-Dewberry |
| | 50017-Cervantes |
| S13 | 50198-Shank |
| S14 | 50268-Fyvie |
| S15 | 50203-Lentz |
| S16 | 50448-Means |
| S18 | 50499-Harris |
| S2 | 50133-Kokesh |
| S21 | |
| S24 | 50479-Zink |
| S29 | 50806-Pellis |
| S3 | 50021-Birnbaum |
| S30 | 50358-Murray |
| S32 | 50533-Gaitan |
| S4 | 50138-Schuelke |
| SCHPD | |
| V1 | 50146-Burguan |
| V3 | 25667-King |
| V4 | 50258-Maass |
| V5 | 50147-Williams |

Page: 4 of 22

16
Exhibit A

# Incident Report



| | |
|---|---|
| **Print Date/Time:** | 02/25/2016 17:05 |
| **Login ID:** | jason |

San Bernardino Police Dept
**ORI Number:** CA0361000

| | |
|---|---|
| X2 | |
| X3 | 50827-Olvera |
| | 50828-Ahmed |
| X4 | 50813-Walent |
| X55 | 50607-Heilman |
| X6 | |
| X7 | 50750-Saenz |
| X8 | 50578-Klopping |
| | 50660-Carrington |
| Z80 | |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | Caller | | <UNKNOWN> | | | | |
| | Caller | ELLIS, ERIKA | <UNKNOWN> | | | | |
| | Caller | | <UNKNOWN> | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| T | | | | | | 6LIG202 | CA |
| T | | | | | | 5FJK042 | CA |
| T | | | | | | 5YTK752 | CA |
| T | | | | | | 5YTK782 | CA |
| T | | | | | | 5TMC675 | CA |
| T | | | | | | 7HRA868 | CA |
| T | | | | | | 2VST229 | CA |

### Disposition(s)

| Disposition | Count |
|---|---|
| FOL | 3 |
| RES | 73 |
| UTL | 5 |
| SGT | 20 |
| AST | 142 |
| CAN | 1 |
| RPT | 3 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

17
Exhibit A

**CAD Narrative**

12/02/2015 10:58:53  Victoria Fish - 50515  Narrative: 5 ROUNDS HEARD - NOTHING SEEN
12/02/2015 10:59:04  Annie Teall - 50241  Narrative: BCAST
12/02/2015 10:59:16  Daniel Goff - 50677  Narrative: HAVE AN RP THAT CAN SEE THE SUSP'S
12/02/2015 10:59:33  Daniel Goff - 50677  Narrative: 3 UNK RACE MALES IN ALL BLK CLOTHING ARMED WITH ASSAULT RIFLES
12/02/2015 10:59:40  Marisa Havins - 50921  Narrative: ANOTHER RP- HEARD ABOUT 20-25 ROUNDS HEARD. STILL HEARS ROUNDS... PH# 909 884 3121
12/02/2015 11:00:01  Victoria Fish - 50515  Narrative: ANOTHER RP CALLING - ████████ - MALE ALL BLK CLOTHING - STILL SHOOTING
12/02/2015 11:00:03  Brian Lewis - 50340  Narrative: Dispatch received by unit 1I10
12/02/2015 11:00:04  Kimberlyn Hearns - 50019  Narrative: Dispatch received by unit 1S8
12/02/2015 11:00:06  Daniel Goff - 50677  Narrative: SUSP'S CAME INSIDE BUILDING #3 AND STARTED SHOOTING INSIDE THE CONFERENCE ROOMS
12/02/2015 11:00:29  Daniel Goff - 50677  Narrative: THIS RP VALERIE P████████5
12/02/2015 11:00:53  Marisa Havins - 50921  Narrative: RP CALLING FROM 1365 S WATERMAN AVE - ████████
12/02/2015 11:01:16  Victoria Fish - 50515  Narrative: ANOTHER RP CALLING - FSHOTS 760 578 3881 - SUSP IS SHOOTING INTO THE BUSN - ON THE GROUND FLOOR - UNK RACE MALE ALL BLK MASK
12/02/2015 11:01:28  Daniel Goff - 50677  Narrative: HAVE MARIO SECURITY PH#951-398-8867, SAYS THERE ARE AT LEAST 2 TO 3 VICTS
12/02/2015 11:01:43  Loreal Davidson - 51001  Narrative: ANOTHER RP STATING SOMEONE IS SHOOTING - ████████ - "THEMLA RAMOS" - IS IN THE 3RD BLGD COFFEE SHOP/ CAFETERIA -- DOES NOT SEE SUBJ JUST HEARS "POPS"
12/02/2015 11:01:46  Victoria Fish - 50515  Narrative: MALE WAS ALONE - NO ONE ELSE SEEN - LS NEAR INTAKE ON THE FLOOR
12/02/2015 11:01:49  Daniel Goff - 50677  Narrative: SHOTS ARE STILL BEING FIRED
12/02/2015 11:02:15  Veronica Garcia - 50494  Narrative: ANOTHER RP ADV'ING SHE IS WITH A VICT IN THEBATHROOMS NEAR THE FRONT DOOOR
12/02/2015 11:02:18  Victoria Fish - 50515  Narrative: INTAKE DOOR IS ON THE WATERMAN SIDE OF THE BUILDING
12/02/2015 11:02:24  Veronica Garcia - 50494  Narrative: UNK WHERE THE WOUND IS - TRANSFERING TO MED AID
12/02/2015 11:02:25  Annie Teall - 50241  Narrative: PEOPLE RUNNING FROM THE PLOT TO THE NORTH BUILDING
12/02/2015 11:02:25  Marisa Havins - 50921  Narrative: ANOTHER RP AT THE BUSN PH# ████████0
12/02/2015 11:02:52  Loreal Davidson - 51001  Narrative: ANOTHER RP - THE SHOOTER IS IN THE PLOT W/ A MACHINE GUN -- THIS RP HAS NOT SEEN ANYTHING -  RP IS INSIDE THE 1ST BLDG - "ADRIANA" ████████
12/02/2015 11:02:55  Stacy Moreno - 50872  Narrative: Dispatch received by unit 1C5
12/02/2015 11:03:07  Veronica Garcia - 50494  Narrative: RP WITH THE VICT ████████
12/02/2015 11:03:31  Annie Teall - 50241  Narrative: ALL SUBJS RUNNING INTO THE NORTH BUILDING ON THE N/S
12/02/2015 11:03:36  Veronica Garcia - 50494  Narrative: ANOTHER RP HIDDEN WITH A GROUP - NO INJ AND NO SUSP SEEN 909 450 9327
12/02/2015 11:03:47  Edward Lee - 50582  Narrative: Dispatch received by unit 1B12
12/02/2015 11:03:48  Joseph Shuck - 50252  Narrative: Dispatch received by unit 1D27
12/02/2015 11:03:53  Annie Teall - 50241  Narrative: SCTY GUARD WALKING CAR TO CAR;40-K
12/02/2015 11:03:55  Robert Snyder - 50469  Narrative: Dispatch received by unit 1B10
12/02/2015 11:03:58  Victoria Fish - 50515  Narrative: HAVE ANOTHER RP - 1365 S WATERMAN AVE - NEAR THE 3RD BUILDING - MALE IS ARMED W/ A BLK SKI MAKE W/ A ALL BLK CLOTHING - 3RD BUILDING IS ON THE SIDE FACING PARK CENTER - WALKED INTO THE CONFERENCE ROOM ON THE 1ST FLOOR
12/02/2015 11:03:58  Donald Sawyer - 50818  Narrative: Dispatch received by unit D63
12/02/2015 11:04:04  Annie Teall - 50241  Narrative: SCTY IS WM, SCTY UNI
12/02/2015 11:04:10  Daniel Goff - 50677  Narrative: APPROX 20-30 PEOPLE INSIDE BUILDING #3... THERE WAS AN UNUSUAL CAR SPOTTED BLK SEDAN WITH OHIO OR OUT OF STATE PLATES DRIVEN BY A HMA BLK GOATTEE/BLK SHIRT
12/02/2015 11:04:18  Loreal Davidson - 51001  Narrative: CB TO RP - ADRIANA --- THE PLOT NEAR THE REAR OF THE BLDG -- (
12/02/2015 11:04:19  Veronica Garcia - 50494  Narrative: ANOTHER RP ████████ NOT WIITH VICTS AND NSI
12/02/2015 11:04:24  Annie Teall - 50241  Narrative: 2 SUSPS BOTH IN BLK, INSIDE THE BUSN ON THE S/S
12/02/2015 11:04:54  Victoria Fish - 50515  Narrative: APPEARED TO BE A ASSUALT RIFLE - THIS RP IS NOT SURE IF ANYONE HAS BEEN - THIS RP IS ████████
12/02/2015 11:05:24  Annie Teall - 50241  Narrative: POSS BLK SUV NB
12/02/2015 11:05:28  Veronica Garcia - 50494  Narrative: SCHOOL PD ENR TO ASSIST WITH PERIMETER IF NEEDED
12/02/2015 11:05:51  Annie Teall - 50241  Narrative: ONE SUSP GOA IN THE SUV WB FROM THE LOC - MAKING ENTRY FROM THE S/S

Exhibit A

12/02/2015 11:06:05 Daniel Goff - 50677 Narrative: HAVE AN RP ██████████ 2 IN BUILDING #3, SAYS THERE ARE MULTIPLE VICTS... UNK WHERE THE SUSP'S ARE... CANNOT HEAR ANYMORE GUNSHOTS

12/02/2015 11:06:06 Veronica Garcia - 50494 Narrative: ANOTHER RP NOT WITH VICT AND NSI

12/02/2015 11:06:33 Victoria Fish - 50515 Narrative: ANOTHER RP CALLING - OPEN LINE ████████ - CAN HEAR THE FIRE ALRM AND SUBJS MOANING

12/02/2015 11:06:45 Siobhan Sansone - 50207 Narrative: Dispatch received by unit 1S1

12/02/2015 11:06:53 Annie Teall - 50241 Narrative: SANDOVAL/LEWIS/MURPHY/MADDEN BACK DOOR E/S ENTRY

12/02/2015 11:07:00 Annie Teall - 50241 Narrative: 2 DOWN INSIDE

12/02/2015 11:07:05 Loreal Davidson - 51001 Narrative: RP - ████████ - HAS BEEN SHOT TWICE - ONE IN THE LEG -- DISCONNECTED - ON CB A FEMALE CALLER ANS'D -- THE MALE IS IN BLDG #1

12/02/2015 11:07:12 Ashley Buchanan - 50992 Narrative: Dispatch received by unit 1P22

12/02/2015 11:07:51 Annie Teall - 50241 Narrative: MAKING ENTRY ON THE S/S WITH 3

12/02/2015 11:08:04 Annie Teall - 50241 Narrative: NEED ONE MORE TEAM ON THE E/S

12/02/2015 11:08:27 Annie Teall - 50241 Narrative: 1C5 B10 S1 ON THE E/S

12/02/2015 11:08:43 Victoria Fish - 50515 Narrative: CHP ADV AND SBSO ER TO ASSIST W/ PERMITER

12/02/2015 11:09:15 Annie Teall - 50241 Narrative: VICS RUNNING OUIT THE N/S/1C5

12/02/2015 11:09:19 Victoria Fish - 50515 Narrative: COLTON PD ER AS WELL TO ASSIST

12/02/2015 11:09:27 Daniel Goff - 50677 Narrative: HAVE ANOTHER RP INSIDE BUILDING #3... SUSP'S POSS TTF OF BUILDING #3... THIS RP ONLY SAW 1 SHOOTER... SUSP'S POSS STILL SHOOTING...

12/02/2015 11:09:29 Marisa Havins - 50921 Narrative: X4 ARRIVING IN UC NISS PK TRUCK FULLSIZE

12/02/2015 11:09:33 Annie Teall - 50241 Narrative: VICTS BEING POINTED TO THE NORTHERN BUILDING

12/02/2015 11:09:58 Annie Teall - 50241 Narrative: 20 VICTS -- FD WAS ADVD

12/02/2015 11:10:37 Victoria Fish - 50515 Narrative: RIVERSIDE PD ER AS WELL

12/02/2015 11:10:45 Annie Teall - 50241 Narrative: WILL NEED MEDAID TO THE E/S WHEN CLEARED

12/02/2015 11:10:56 Loreal Davidson - 51001 Narrative: SHOOTING VICT " GULARIO " ████████ - IS IN THE CONFERENCE CENTER -- COMPLAINING THAT HE CANNOT BREATHE

12/02/2015 11:11:06 Marisa Havins - 50921 Narrative: ALL CB TRAFFIC ON WATERMAN IS GOING WB ON DUMAS

12/02/2015 11:11:24 Daniel Goff - 50677 Narrative: HAVE ANOTHER RP INSIDE BUILDING #1 WITH A VICT ROOM#12022 GIVEN TO MED AID... UNK IF SUSP'S MOVED TO BUILDING #1

12/02/2015 11:12:40 Marisa Havins - 50921 Narrative: CP - WATERMAN/DUMAS

12/02/2015 11:13:07 Daniel Goff - 50677 Narrative: RP IN BUILDING #1 HASN'T HEARD ANY MORE SHOTS

12/02/2015 11:13:17 Veronica Garcia - 50494 Narrative: ANOTHER 2H RP FROM ████████ - CALLING FROM RIVERSIDE

12/02/2015 11:14:03 Daniel Goff - 50677 Narrative: HAVE A VICT IN BLDG#3 IN THE STOMACH AND LEG... NOT SURE WHAT ROOM THEY'RE IN BUT CAN SEE PD

12/02/2015 11:14:09 Marisa Havins - 50921 Narrative: ACTUAL BUILDING THEY ARE SHOOTING IN IS 1425 S WATERMAN

12/02/2015 11:14:49 Annie Teall - 50241 Narrative: ENTRY CAN BE MADE FROM THE E/S

12/02/2015 11:15:05 Annie Teall - 50241 Narrative: ******* ALL UNITS - STAGE WATERMAN/PARK CTR *******

12/02/2015 11:15:19 Marisa Havins - 50921 Narrative: GOING TO NEED DUMAS BLOCKED OFF AT LINCOLN AND WASHINGTON

12/02/2015 11:15:38 Denise Guerrero - 50613 Narrative: Dispatch received by unit 1P13

12/02/2015 11:15:49 Anabel Perez - 50751 Narrative: Dispatch received by unit 2P12

12/02/2015 11:16:32 Annie Teall - 50241 Narrative: EAST ENTRANCE FOR MEDAID

12/02/2015 11:17:16 Annie Teall - 50241 Narrative: DOWNSTAIRS SOUTHERN BUILDING IS SECURE

12/02/2015 11:17:34 Annie Teall - 50241 Narrative: 1425 E/W STREET ON THE S/S OF THE BUILDING - MEDAID IS CLEARED IN THERE *UNK UNIT

12/02/2015 11:17:42 Veronica Garcia - 50494 Narrative: RP CALLING FROM HER SON WHO TEXTED HE IS IN HIS OFFICE WITH VICTS, UNABLE TO ADV WHERE THE OFFICE IS ████ 0112

12/02/2015 11:17:52 Marisa Havins - 50921 Narrative: COUNTY 90F16 - TRAFFIC CONTROL WATERMAN/CENTRAL

12/02/2015 11:18:54 Victoria Fish - 50515 Narrative: HAVE AN DOCTOR CALLING - LOCKED ROOM - BUILDING #2 IN THE OT PT CLINIC - NO ONE W/ THIS RP IS HURT - ████████

12/02/2015 11:18:55 Brett Birnbaum - 50021 Narrative: Dispatch received by unit S3

12/02/2015 11:19:01 Annie Teall - 50241 Narrative: **** SUSP INFO -- WM X3 MILITARY GEAR A/R15 STYLE WEAPON

12/02/2015 11:19:31 Daniel Goff - 50677 Narrative: 2H FROM CHP... ALL INFO VIA TEXTING SAYING THERE ARE 20 VICT'S WITH THEM AND THEY ARE BARRICADED INTO A ROOM

12/02/2015 11:19:42 Daniel Goff - 50677 Narrative: CHP TRYING TO GET FURTHER INFO

12/02/2015 11:21:43 Veronica Garcia - 50494 Narrative: ███████████████████████ ) ADV;ING HIS WIFE ████ 62 IN INSIDE - UNK IF SHE IS WITH VICTS OR HAS SUSP INFO

12/02/2015 11:21:57 Marisa Havins - 50921 Narrative: POTENTIONAL WITNESS INFO - APPROX 1-2 FLED ON PARKCENTER CIR - THEY LEFT NB IN A BLK GMC FULL SIZE SUV STOCK THEY WERE CARRYING AR 15S WEARING ALL BLACK FACE MASKS UNK RACE.

12/02/2015 11:22:03 Victoria Fish - 50515 Narrative: BUILDING MGR ████████████ - IF WE NEED HIM FOR THE FIRE SYSTEM AND THE UTILITIES ONCE ITS CODE 4

12/02/2015 11:22:25 Annie Teall - 50241 Narrative: NEED TACT MEDIC E/S OF THE BUILDING

Exhibit A

12/02/2015 11:22:39  Marisa Havins - 50921  Narrative: SUSPECTS HAD ON TACTICAL VESTS
12/02/2015 11:22:52  Marisa Havins - 50921  Narrative: ARMC HAS BEEN ADV'D IN CASE THEY ARE NEEDED
12/02/2015 11:23:12  Veronica Garcia - 50494  Narrative: NO ANS ON CALL TO THE FEMALE MARY BACON INSIDE THE BUSN
12/02/2015 11:23:31  Araceli Mata - 50772  Narrative: Dispatch received by unit 1C26
12/02/2015 11:23:42  Annie Teall - 50241  Narrative: TONY ON TRIAGE
12/02/2015 11:25:01  Janie Cozine - 50766  Narrative: Dispatch received by unit 2B17
12/02/2015 11:25:11  Annie Teall - 50241  Narrative: MEDICS NEED TO COME EAST FROM LIGHT
12/02/2015 11:25:51  Annie Teall - 50241  Narrative: PATCH APPROVED
12/02/2015 11:26:09  Daniel Goff - 50677  Narrative: 2H FROM CHP VIA TEXT... GROUP OF CIVILIANS BARRICADED ON THE 2ND FLOOR IN THE SUPERVISORS... NO SUSP'S IN THE ROOM
12/02/2015 11:26:26  Loreal Davidson - 51001  Narrative: RIALTO PD ADV'D
12/02/2015 11:26:42  Annie Teall - 50241  Narrative: ROOF IS CLEAR
12/02/2015 11:27:51  Marisa Havins - 50921  Narrative: STAGING POINT IS VANDERBILT/WATERMAN
12/02/2015 11:30:18  Annie Teall - 50241  Narrative: ********* ANY WITS OR VICTS THAT ARE MEDICALLY CLEARED IF THEY ARE SOUTH OF HERE, GO TO THE GOLF COURSE ... IF NORTH OF, TAKE THEM TO PARK CTR/WTRMN
12/02/2015 11:30:37  Erick Martin - 50675  Narrative: Dispatch received by unit 2D14
12/02/2015 11:31:21  Annie Teall - 50241  Narrative: UNITS IN THE NORTH BUILDING BUT NEED A 2NDARY
12/02/2015 11:32:38  Annie Teall - 50241  Narrative: INITIAL CHK OF NORTH BUILDING IS GOOD, NEED 2NDRY
12/02/2015 11:33:17  Annie Teall - 50241  Narrative: ************** POSS DEVICE ON THE 2ND FL OR PRIM BUILDING
12/02/2015 11:35:21  Annie Teall - 50241  Narrative: ******* SWEEPING THE PLOT ON THE E/S OF THE BUILDING
12/02/2015 11:36:17  Marisa Havins - 50921  Narrative: ANNOUNCEMENTS HAVE BEEN MADE ON THE INTERCOMM
12/02/2015 11:36:39  Marisa Havins - 50921  Narrative: ADV SBSO OF SUSP INFO - HAVE THEM BCAST PER LT ON SCENE
12/02/2015 11:36:49  Victoria Fish - 50515  Narrative: ████████████████  HIS WIFE ████████ IS 97 AT THE BUSN LOCKED INTO A ROOM - HE IS STATING THAT SHE PASSED ALONG TO HIM THAT ABOUT A WEEK AGO A MIDDLE EASTERN MALE SHOWING UP UPSET AND RANTING
12/02/2015 11:36:58  Marisa Havins - 50921  Narrative: UNITS UPSTAIRS 2ND BUILDING CLEARING
12/02/2015 11:37:38  Annie Teall - 50241  Narrative: 30 COMING OUT S/S OF THE NORTH BUILDING
12/02/2015 11:38:29  Manuel Valenzuela - 50866  Narrative: Dispatch received by unit 4A21
12/02/2015 11:38:54  Annie Teall - 50241  Narrative: WILL CK CRIME CAMERAS FOR BLK GMC SUV
12/02/2015 11:40:23  Veronica Garcia - 50494  Narrative: SBSO ADV'D OF POSS SUSP DESC
12/02/2015 11:40:30  Joey Zink - 50479  Narrative: Dispatch received by unit 2S24
12/02/2015 11:40:50  Loreal Davidson - 51001  Narrative: RP "█████████████████ 8 ( IS IN LA - BEING CALLED A FRIEND " STEVEN GARCIA" )  CALLING IN THE CK NORTH BLDG 2ND FLR -- HAVE NOT HEARD ANY ANNOUNCEMENTS OVER THE PA SYSTEM
12/02/2015 11:41:36  Annie Teall - 50241  Narrative: WITS FROM THE ROOM 2 MALES WITH MASKS AND VESTS
12/02/2015 11:42:15  Annie Teall - 50241  Narrative: 2ND FL 2ND BUILDING
12/02/2015 11:42:43  Annie Teall - 50241  Narrative: HOLDING ON THE 2ND FL - COLTON
12/02/2015 11:42:52  Annie Teall - 50241  Narrative: 10 SUBJS COMING DOWN FROM 2ND FL - COLTON
12/02/2015 11:43:46  Annie Teall - 50241  Narrative: I9 - SBSO SAYS THE SW DOORS SUBJ IN CAMO TRIED TO GET OUT -
12/02/2015 11:44:02  Annie Teall - 50241  Narrative: S3 - SUSP DEV ON THE 2ND FL NORTH BLDG
12/02/2015 11:44:24  Annie Teall - 50241  Narrative: ** NEED 2 LONG RIFLE IN THE W PLOT OF NORTH BLD
12/02/2015 11:46:09  Annie Teall - 50241  Narrative: **************************** ALL UNITS NEED TO CLEAR OUT AND 87 WITH L6
12/02/2015 11:46:22  Annie Teall - 50241  Narrative: (SOUTH BUILDING
12/02/2015 11:47:13  Annie Teall - 50241  Narrative: NORTH EAST PORTION OF THE NORTHERNMOST BUILDING
12/02/2015 11:47:31  Marisa Havins - 50921  Narrative: ONE OMNI TRANS BUS CONFIRMED WILL BE GOING TO PLOT OF VICKIS MILL/WATERMAN
12/02/2015 11:48:03  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/02/2015 11:48:18  Annie Teall - 50241  Narrative: M UL6 NEED 87 EAST PLOT OF THE S BUILDING
12/02/2015 11:48:42  Annie Teall - 50241  Narrative: MEDIA ON SITE
12/02/2015 11:48:42  Daniel Goff - 50677  Narrative: CLOSEST CAMERA IS AT MILL/ARROWHEAD...... CHECKED CAMERA FROM 1058 TO 1130, NO SUSPICIOUS ACTIVITY SEEN
12/02/2015 11:48:55  Darren Means - 50448  Narrative: Dispatch received by unit S16
12/02/2015 11:49:13  Annie Teall - 50241  Narrative: SE PLOT VEHS ALL CLEAR
12/02/2015 11:50:16  Annie Teall - 50241  Narrative: ***** ONLY SED GOES INTO THE SOUTH BUILDING
12/02/2015 11:50:29  Marisa Havins - 50921  Narrative: TRY TO GET SOME CHAPLAINS DOWN TO THE SCENE
12/02/2015 11:50:57  Jonathan Plummer - 50680  Narrative: Dispatch received by unit 2B25
12/02/2015 11:51:39  Annie Teall - 50241  Narrative: DEVICE LOCATED AND WILL BE BLOWN BY ROBOT -- SED LEAVING THE BUILDING
12/02/2015 11:51:48  Rhett Catania - 50909  Narrative: Dispatch received by unit 2P14
12/02/2015 11:51:57  Ashley Savage - 50959  Narrative: Dispatch received by unit 2P16
12/02/2015 11:52:27  Marisa Havins - 50921  Narrative: COMMAND POST IS ENR W/ WATER

12/02/2015 11:53:15 Veronica Garcia - 50494 Narrative: RP AT 1887 S BUSINESS CENTER - HAS THEIR BUSN LOCKED DOWN AND THERE WAS SOMSONE JUST TRYING TO OPEN THE FRONT DOOR - KNOCKING RAPIDLY... UNK WHO IS IT, BUT THERE SHOULD BE NO CLIENTS AT THIS TIME
12/02/2015 11:53:45 Veronica Garcia - 50494 Narrative: RP BRENDA AT █████
12/02/2015 11:53:52 Annie Teall - 50241 Narrative: SOUTH BLDG CLEARED BY SWAT
12/02/2015 11:54:30 Marisa Havins - 50921 Narrative: 2ND FLOOR NORTH BUILDING CLEAR - BREACHING TOOLS FOR 3-4 OFFICES
12/02/2015 11:56:28 Annie Teall - 50241 Narrative: IC BEING SET UP SW WATERMAN DUMAS
12/02/2015 11:57:05 Veronica Garcia - 50494 Narrative: RIVERSIDE PD ADV'D OF THE SUSP DESC
12/02/2015 11:57:27 Ricarda Riley - 50014 Narrative: CHP WAS ADV TO LOCK DOWN WATERMAN OFF RAMPS BOTH DIRECTIONS
12/02/2015 11:58:04 Marisa Havins - 50921 Narrative: S2- OUT W/ ALL WITNESSES - SEPARATING IN 2 GROUPS AND WILL GET BACK WITH #
12/02/2015 11:59:28 Marisa Havins - 50921 Narrative: OMNI TRANS BUS HOLDS 40 - THEY LEFT 5 MINS AGO FROM DOWNTOWN
12/02/2015 12:00:01 Veronica Garcia - 50494 Narrative: RP RELAYING INFORMATION FROM #12038 NORTH BLDG - ADV'ING STEVEN GARCIA 909 534 4481 - ADV'ING THEY ARE STILL IN THE OFFICE BARRICADED
12/02/2015 12:00:07 Annie Teall - 50241 Narrative: ALL CP TO WATERMAN/DUMAS
12/02/2015 12:01:03 Marisa Havins - 50921 Narrative: ANY OFFICER TO 87 SS OF BRIDGE - TO ASSIST WITH FOOT TRAFFIC
12/02/2015 12:02:30 Ronald Whitmer - 50343 Narrative: Dispatch received by unit 1C2
12/02/2015 12:02:46 Annie Teall - 50241 Narrative: 10-12 OFCRS ON THE 2ND FL - BARBA
12/02/2015 12:03:11 Erick Bennett - 50525 Narrative: Dispatch received by unit N2
12/02/2015 12:04:56 Dan Gomez - 50131 Narrative: Dispatch received by unit L7
12/02/2015 12:05:47 Daniel Goff - 50677 Narrative: VICT'S BEING MOVED OUTSIDE OF THE BLAST RADIUS
12/02/2015 12:05:51 Annie Teall - 50241 Narrative: 2ND FL WITH 10 TEAM MEMBER
12/02/2015 12:07:04 Annie Teall - 50241 Narrative: SBSO STILL IN THE NORTH BLDG CLEARING THAT ONE -- THEY WERE ASDVD REF THE 10 CTZN
12/02/2015 12:09:13 Veronica Garcia - 50494 Narrative: RP JOE █████ - ADV'ING HMA, 18-19YRS, BLK SHIRT, BLK PANTS RUNNING IN THE WASH WB FROM WATERMAN
12/02/2015 12:09:23 Veronica Garcia - 50494 Narrative: CORRECTION
12/02/2015 12:09:44 Ricarda Riley - 50014 Narrative: ████████ SAYING SISTEER ████
AND SEVERAL OTHERS IN NORTH BUILDING 2ND FLOOR HIDING
12/02/2015 12:09:48 Marisa Havins - 50921 Narrative: 97 TIME - 1143
12/02/2015 12:10:17 Ricarda Riley - 50014 Narrative: POINT OF CONTACT FOR OMNI TRANS ████████
7232
12/02/2015 12:10:37 Marisa Havins - 50921 Narrative: MARTIN PALUZZI AND COZINE CKING 285 W DUMAS, CLEARING BUILDING
12/02/2015 12:13:04 Annie Teall - 50241 Narrative: 10 SUBJS COMING OUT FROM THE 2ND FL TO THE STAIRWELL - NORTHWEST SIDE
12/02/2015 12:14:42 Annie Teall - 50241 Narrative: EOW N/S SOUTH BUILDING TO ADDRESS IED
12/02/2015 12:15:57 Marisa Havins - 50921 Narrative: RIVERSIDE INVESTIGATOR SANCHEZ █████ - SAYS WITNESS WORKS AT 430 E PARK CENTER MATCO - ████████
12/02/2015 12:16:27 Sandra Botich - 50906 Narrative: 40K ADVD TO CLR AIR SPACE PER LT GOMEZ IN WC'S OFFICE
12/02/2015 12:16:39 Annie Teall - 50241 Narrative: S2 CORNER OF THE N/S OF THE NORTH BUILDING -- GO E/S OF WTMRN FOR CONTACT
12/02/2015 12:17:34 Ricarda Riley - 50014 Narrative: ANOTHER RP STEWERT ████████ ABOUT 25 AGO A BLK SUV TURNED INTO THE PLOT OF THE NORTH SIDE OF THE SECOMBE LAKE BY THE BB FIELDS
12/02/2015 12:17:54 Marisa Havins - 50921 Narrative: NORTHBOUND ON WATERMAN THROUGH THE SOUTH BOUND LANES/ WATERMAN/PARKCENTER - NEED BARRICADES
12/02/2015 12:20:29 Victoria Fish - 50515 Narrative: NORTH BUILDING - 2ND FLOOR - ROOM 12014 - SEVERAL SUBJS INSIDE
12/02/2015 12:20:31 Veronica Garcia - 50494 Narrative: ***AROUND THE TIME THE INC OCC'D THERE WAS A BMA, L TEENS/E20'S, WITH A PINK HOODIE OVER HIS HEAD, DRIVER A BLU/SIL NEWER VEH WITH NO PLTS, GOT ON THE WB 10 - HE ALMOST HIT SEVERAL VEHS IN THE SLOW LANE - THIS WAS AROUND 1130, DON COTT PAPER PLTS **** RP HAS VIDEO OF THE INC ...... IRENE ████████ (X-DISPATCHER)
12/02/2015 12:20:43 Annie Teall - 50241 Narrative: SW PORTION OF THE N BUILDIGN WITH CIVS
12/02/2015 12:20:53 Jesus Martinez - 50266 Narrative: Dispatch received by unit 1D4
12/02/2015 12:21:42 Sandra Botich - 50906 Narrative: METRO ADVD AND IS NOT A HIGH TRAFFIC LINE -- DISPATCH MERTO HAS BE ADVD AND WILL KEEP ANY TRAINS OF OF THE LOC
12/02/2015 12:22:44 Sandra Botich - 50906 Narrative: ID ADVD FOR BROCADES AT WATERMAN/PARKCENTER
12/02/2015 12:24:11 Veronica Garcia - 50494 Narrative: OFCR HEILMANS DAD █████ WAS ARRIVING IN YUCAIPA AROUND 1120, WHEN A BLK SUV, SWERVING IN AND OUT OF TRAFFIC WITH ALL WHI RIMS AND LS PULLING INTO

21
Exhibit A

THE FRESH AND EASY PLOT - SBSO WAS ALREADY ADV'D AND WILL HAVE SOMEONE CK AREA
12/02/2015 12:25:24 Marisa Havins - 50921 Narrative: S4 - ADV CHP VEH LOOKING FOR POSS HEADED OUT OF STATE
12/02/2015 12:25:34 Annie Teall - 50241 Narrative: 4 MAN SED TEAM IN TEH SOUTH BUILDING
12/02/2015 12:25:41 Veronica Garcia - 50494 Narrative: ON WASHINGTON ACROSS FROM THE 215 ONRAMPBLK SUV,
WITH A MAN OUTSIDE WEARING A VEST
12/02/2015 12:26:04 Marisa Havins - 50921 Narrative: SUSPS POSS HEADED NB TO NORTHERN CAL, ADV CHP
12/02/2015 12:26:19 Victoria Fish - 50515 Narrative: LAPD - OFCR GARCIA███████████████ STATING THAT HE
WAS LISTENING TO THE RADIO AND RAN THE PLATE THROUGH THIER SYSTEM AND THEY HAVE A LOCATION
OUT OF RIVERSIDE - THEY WILL EMAIL THE INFO
12/02/2015 12:26:58 Veronica Garcia - 50494 Narrative: RP ██████████████ - TRANSFERED TO COLTON TO CKAREA
FOR THAT VEH/SUBJ MATCHING
12/02/2015 12:27:32 Marisa Havins - 50921 Narrative: LLUMC HAS 4 VICTIMS, 3 MORE ENR
12/02/2015 12:27:58 Marisa Havins - 50921 Narrative: HAVE GOLF COURSE CLEAR GOLFERS ON COURSE
12/02/2015 12:29:36 Marisa Havins - 50921 Narrative: SEVERAL SUBJS DIABETIC ASKING ABOUT FOOD AND WATER
12/02/2015 12:31:09 Veronica Garcia - 50494 Narrative: CHP GIVEN POTENTIAL SUSP VEH DESC
12/02/2015 12:31:45 Annie Teall - 50241 Narrative: BUILDING CLEARED BY SED AND DEVICE BEING ADDRESSED
12/02/2015 12:33:03 Marisa Havins - 50921 Narrative: BOCKING NB LANEWS NOF VANDERBILT.. ONLY USE SB LANES
FOR EITHER DIRECTION
12/02/2015 12:33:16 Alfred Burgess - 93486 Narrative: Dispatch received by unit CP1
12/02/2015 12:33:30 Victoria Fish - 50515 Narrative: *****POSS SUSP SIGHTINGG**** EB 3RD FROM WATERMAN - BLK
YUKON - OCC'D BY ONE SUBJ W/ A BLK MASK ON HIS FACE - CINDY ███████
12/02/2015 12:34:20 Jeffrey Harvey - 50274 Narrative: Dispatch received by unit 2S6
12/02/2015 12:34:23 Arturo Reyna - 50652 Narrative: Dispatch received by unit 1B13
12/02/2015 12:34:29 Sandra Botich - 50906 Narrative: ** WE NOW HAVE DOME BUILDING AT THE ORANGE SHOW FOR
WITNESS AND INCOMING AND OUTGOING LAW ENFORCEMENT AGENCIES TO CHECK IN AND OUT --- CONTACT AT
THIS LOC WILL BE ALLEN CONRAD 951-334-9928 *****
12/02/2015 12:35:00 Marisa Havins - 50921 Narrative: EB FROM DEL ROSA CKING
12/02/2015 12:35:22 Raymond Bonshire - 50625 Narrative: Dispatch received by unit 3C7
12/02/2015 12:35:22 John Macias - 50165 Narrative: Dispatch received by unit 2I34
12/02/2015 12:35:29 Dave Carlson - 50388 Narrative: Dispatch received by unit 2S22
12/02/2015 12:35:45 Marisa Havins - 50921 Narrative: TIPPE FROM HOSP TO 3RD IS NEG
12/02/2015 12:36:31 Chris Johnson - 50534 Narrative: Dispatch received by unit 2A9
12/02/2015 12:37:02 Marisa Havins - 50921 Narrative: EB 3RD FROM WM TO TIPPE IS NEG
12/02/2015 12:37:51 Annie Teall - 50241 Narrative: UTL ON 3RD - S13
12/02/2015 12:38:31 Annie Teall - 50241 Narrative: --- TAC CP IS PC/W
12/02/2015 12:38:47 Sandra Botich - 50906 Narrative: CENTRAL/TIPPE -- ON BIKE GOING NB -- BLK BEANIE, BLK SKI
MASK, GRY HOODIE
12/02/2015 12:39:09 Sandra Botich - 50906 Narrative: THIS RP NO LONGER HAS VIS -- LAST SEEN TOWARDS CENTRAL
12/02/2015 12:39:40 Steve Desrochers - 50249 Narrative: Dispatch received by unit 3D6
12/02/2015 12:40:23 Sandra Botich - 50906 Narrative: BLK SUV JUST PARKED AT THE DIOCESE OFFICE AT 1255 E
HIGHLAND AVE --OCC'D X2 UNK IF RELATED
12/02/2015 12:40:56 Victoria Fish - 50515 Narrative: PER LT WALKER - 4 VICT AT ARMC - 4 AT LLUMC - ONE VICT AT ST
BS - ONE VICT AT KAISER - ONE VICT TO RIVERSIDE COUNTY
12/02/2015 12:43:07 Arturo Reyna - 50652 Narrative: UTL VEHICLE DEL ROSA BETWEEN HIGHLAND AVE AND 3RD
INCLUDING LOCAL SCHOOLS AND INDIAN SPRINGS HS
12/02/2015 12:43:39 Daniel Goff - 50677 Narrative: POSS SUSP'S SPOTTED... RP IS████████████████... RECIEVED A
CALL FROM EMPLOYEE'S, THEY SPOTTED 2 UNK MALES REMOVING BLK CLOTHING ON HUNTS LN AT THE
BRIDGE OVERPASS... NFI
12/02/2015 12:43:47 Victoria Fish - 50515 Narrative: MOST UPDATE VICT INFO - 4 ARMC - 4 LLUMC - 1 COMMUNITY - 2 ST
B'S - 2 RIVERSIDE (MO VAL) - 1 KAISER
12/02/2015 12:45:03 John Macias - 50165 Narrative: Dispatch received by unit 2I34
12/02/2015 12:45:09 Jeffrey Harvey - 50274 Narrative: Dispatch received by unit 2S6
12/02/2015 12:45:11 Dan Acosta - 50571 Narrative: Dispatch received by unit M6
12/02/2015 12:45:20 Annie Teall - 50241 Narrative: CHECKING ON PATTON FOR L6
12/02/2015 12:46:08 Melissa Flint - 50654 Narrative: Dispatch received by unit 3D13
12/02/2015 12:46:12 Brian Pellis - 50806 Narrative: Dispatch received by unit S29
12/02/2015 12:47:07 Raymond Bonshire - 50625 Narrative: Dispatch received by unit 3C7
12/02/2015 12:47:30 Marisa Havins - 50921 Narrative: OUT W/ 2 SUBJS
12/02/2015 12:50:07 Annie Teall - 50241 Narrative: HUNTS/BRIDGE WAS UTL
12/02/2015 12:50:16 Sandra Botich - 50906 Narrative: POSS SUSP LUGO/5TH ---- RP ADVD HE BELIEVES MAIL FOR
ARROWHEAD CREDIT UNION AT 0830 -- HE WAS AT THE AREA OF HIGHLAND -- THERE WAS A GOLD SUV OCC'D X3
WHICH WAS WEIRD SINCE ALL THE BUILDINGS WERE CLOSED ----- SUBJ WERE LIGHT SKINNED MALES UNK IF
RELATED ----ARROWHEAD CREDIT UNION DOES HAVE CAMERA AT THE LOC
12/02/2015 12:50:31 Marisa Havins - 50921 Narrative: APPEARED TO BE SCTY AT DIOCESE

12/02/2015 12:51:39 Daniel Goff - 50677 Narrative: HAVE AN RP MARIA ███████████ AT 410 E PARKCENTER CIR... THEY ARE ON LOCKDOWN, HAVE MULTIPLE ELDERLY SUBJ'S INSIDE.. NEED ASSISTANCE IN EVACUATING
12/02/2015 12:53:37 Veronica Garcia - 50494 Narrative: ████████████ CALLING BACK ADV'ING THAT THE EMPLS PHN NUMBER FOR DIRECT CONT IS ███████
████████████████████ LINDA JONES ███████ SAYING A BLK SUV IS PARKED AT A VACANT RESTURANT  AT 250 E HIGHLAND
12/02/2015 12:54:32 Daniel Goff - 50677 Narrative: IF NEEDED... THERE ARE 3 PHYSICIANS AT 410 N PARKCENTER WHO CAN ASSIST IF NEEDED
12/02/2015 12:54:53 Annie Teall - 50241 Narrative: WATERMAN SO DUMAS - MULT RIFLE CASINGS LOCATED
12/02/2015 12:55:14 Shane Thwaites - 50294 Narrative: Dispatch received by unit 1B5
12/02/2015 12:55:33 Michael Taylor - 50481 Narrative: Dispatch received by unit 2D8
12/02/2015 12:55:48 Veronica Garcia - 50494 Narrative: ***POSS SUSP REDLANDS BLVD WB FROM HUNTS***
12/02/2015 12:56:16 Veronica Garcia - 50494 Narrative: BLK SUV, DRIVING RECKLESSLY, RAN LIGHT... LESS THAN 1 MIN AGO
12/02/2015 12:56:28 David Rosas - 24925 Narrative: Dispatch received by unit 1A3
12/02/2015 12:56:30 Victoria Fish - 50515 Narrative: UM
12/02/2015 12:56:38 Annie Teall - 50241 Narrative: 1s38 at REDLANDS/HUNTS - UTL
12/02/2015 12:56:57 Veronica Garcia - 50494 Narrative: THE VEH WAS OCC'D BY 2 SUBJS, UNK DESC ON THE OCCUPANTS.... 1 WEARING A JKT WITH PATCHES ON THE SIDES... (
12/02/2015 12:58:14 Marisa Havins - 50921 Narrative: ALLIED AGENCY DISPATCH CENTERS - ADV THEM ALL UNITS IN AND OUT NEED TO CHECK IN AT THE OSR
12/02/2015 12:58:28 Garrett Hoefer - 50781 Narrative: Dispatch received by unit 4C14
12/02/2015 12:59:29 Garrett Hoefer - 50781 Narrative: EN ROUTE KAISER FONTANA FOR SHOOTING VICTIM
12/02/2015 12:59:36 Annie Teall - 50241 Narrative: SOUTHERN BUILDING WAS CLEARED
12/02/2015 12:59:52 Veronica Garcia - 50494 Narrative: ***HAVE SGT VASEK 1021 DET ROTH (FONTANA PD) 909 578 1568 - HAS AN ISSUE WITH SUBJS WHO WERE SENT TO THE ROCK)
12/02/2015 13:00:29 Sandra Botich - 50906 Narrative: BLK SUV SPOTTED AT 6TH/DEL ROSA -- TOWARDS STERLING
12/02/2015 13:01:36 Sandra Botich - 50906 Narrative: 1845 BUSINESS CENTR DRIVE -- BLK MCDZ SUV IN THE PLT BOTH DOORS OPEN MALE STANDING OUTSIDE LIC//????07
12/02/2015 13:02:02 Raymond Bonshire - 50625 Narrative: Dispatch received by unit 3C7
12/02/2015 13:02:06 John Macias - 50165 Narrative: Dispatch received by unit 2I34
12/02/2015 13:02:39 Jeffrey Harvey - 50274 Narrative: Dispatch received by unit 2S6
12/02/2015 13:02:40 Sandra Botich - 50906 Narrative: LIGHT SKIN MALE, 30'S, BLU TEE DRIVER -- THAT SUBJ JUST GOT INTO A BLK TOYOTA TRUCK SMALL UNK PLT OLDER THEN FLED THE PLT TOWARDS HOSP
12/02/2015 13:05:19 Sandra Botich - 50906 Narrative: SS OF LITTLE MTNMARSHALL ON DIRT RD -- BLK SUV OCC'D X2 -- WAS CHP XFER RP IS JESSIE AUSTN 909-831-2305
12/02/2015 13:06:08 Daniel Goff - 50677 Narrative: OWNER OF THE SHELL STATION IS ENR TO GIVE UNITS ACCESS TO THEIR SECURITY CAMERAS
12/02/2015 13:06:41 Sandra Botich - 50906 Narrative: ROXBERRY/WATERMAN --- POS ARABIC MALE, WITH BEARD WITH TAC BACKPACK AND CAMO SHORTS --- LS NB RUNNING ON ROXBURRY
12/02/2015 13:07:57 Marisa Havins - 50921 Narrative: 4D23 4A21 4D22 GOING TO NOS
12/02/2015 13:09:11 Victoria Fish - 50515 Narrative: *********** UPDATED SUSP INFO PER S7 - PER A WITNESS - BLK EXPEDITION W/ UT REAR PLATE - 2 SHOOTERS - UNK RACE MALES ALL BLK CLOTHING W/ SKI MASKS - 3RD SUSP IS POSS THE DRIVER OF THE SUV WHO NEVER GOT OUT OF THE VEH - LS NB WATERMAN
12/02/2015 13:09:59 Sandra Botich - 50906 Narrative: ON 30TH BETWEEN WATERMAN AND VALENCIA --- LIGHT SKIN BMA, 20'S, GRY TANK,  CAMO PANTS ON BIKE --- APPEARED TO HAVE RIFLE IN HIS LEFT -- OCC'D ABOUT 10 AGO -- LS SB WATERMAN
12/02/2015 13:10:33 Veronica Garcia - 50494 Narrative: ██████████████ 804 TERRACE HAS CAMERAS - HE SAW A BLK GMC YUKON OCC'D BY 2 MALES, PARKED OUTSIDE FOR ABOUT 30 MINS AROUND 1130... RP JUST HEARD ABOUT THE DESC AND BELIEVES IT MIGHT HAVE BEEN RELATED
12/02/2015 13:10:59 Karen Desrochers - 50399 Narrative: Call #: 6205 - ON THE S SIDE OF THE BLDG THE S/E CORNER HALL OF RECORDS PLOT A BLK GMC YUKON...NO ONE SEEN AROUND THE VEH....RP JUST HEARD IS ON THE NEWS....
12/02/2015 13:11:01 Marisa Havins - 50921 Narrative: SGT ARANDA WILL BECOVERING ORANGE SHOW, HE IS LEAVING THE SSTATION
12/02/2015 13:11:03 Jonathan Keil - 50839 Narrative: Dispatch received by unit K93
12/02/2015 13:11:45 Sandra Botich - 50906 Narrative: RP THINKS HE DITCHED WHAT APPEARED TO BE A RIFLE ON 30'TH ON THE SS EOF WATERMAN --- THIS RP CAN POINT OUT ███████████
12/02/2015 13:12:48 Manuel Valenzuela - 50866 Narrative: SIMS, VALENZUELA, AND KOCH GOING ORANGE SHOW TO AST THERE
12/02/2015 13:14:12 Veronica Garcia - 50494 Narrative: RP, ██████████████ - HUSBAND WORKS AT FAITH ARMOURY IN TEMECULA - 2 WEEKS AGO - 4 MIDDLE EASTERN SUBJS PURCHASED A LOT OF AMMO AND HE HAD COME HOME MENTIONING THE CONCERN....  BELIEVES THEY MAY HAVE PURCHASER INFO

12/02/2015 13:14:19 Annie Teall - 50241 Narrative: SCHOOL PD HAS RPT OF SUBJS IN CAMO AT 999 N WATERMAN, THEY ARE CHECKING - WILL ADV CH2

12/02/2015 13:14:34 Marisa Havins - 50921 Narrative: SCHOOLPD - REPORT FROM ROBERTS ELEM CAMO SUBJ W/ A HEAD SET ON , HAVE UNITS HEADED THAT WAY

12/02/2015 13:15:51 Marisa Havins - 50921 Narrative: CONTACTED RP- SAW A MIDDLE EASTERN MALE LONG BEARD POSS CAMO SHORTS LS NB ROXBURY.

12/02/2015 13:15:57 Marisa Havins - 50921 Narrative: GILBER TTO PACIFIC CKS NEG

12/02/2015 13:15:58 Karen Desrochers - 50399 Narrative: Call #: 6205 - RP IS EMPLOYEE ▓▓▓▓▓▓▓▓▓▓▓ FOR THE HALL OF RECORDS 222 W HOSPITALITY LN

12/02/2015 13:16:24 Annie Teall - 50241 Narrative: EOD EXITED THE SOUTH BULDING - UPDATE TO FOL

12/02/2015 13:17:10 Daniel Goff - 50677 Narrative: CHP REQ'ING 1184 FOR THE VICT'S BEING TRANSPORTED BY BUS...NEED THEM AT SB ORANGE SHOW/TIPPE, WB TIPPE/REDLANDS AND SB REDLANDS/WATERMAN

12/02/2015 13:17:13 Sandra Botich - 50906 Narrative: VIC AT ARMC IS ABOUT

12/02/2015 13:17:29 Marisa Havins - 50921 Narrative: 2I34 - WATERMAN DISCOUNT MALL - REPORT OFF SOMEONE POSS ARMED, OUT W/ SCHOOL PD

12/02/2015 13:17:55 Marisa Havins - 50921 Narrative: CKING 2 TTF OF THE STATION

12/02/2015 13:18:36 Veronica Garcia - 50494 Narrative: rp ▓▓▓▓▓▓▓▓▓▓▓ adv'ing there was blk lg suv which was at the intersection on the w/s of the olive garden - they were stopped in the middle of the street - almost like they couldnt decide which way they were going to turn

12/02/2015 13:18:41 Veronica Garcia - 50494 Narrative: this was around 1040

12/02/2015 13:18:51 Marisa Havins - 50921 Narrative: SETTING UP PERIMETER ON NORTH AND SOUTH SIDE OF DISACOUNT MALL. WILL BE AT THE EAST END, WILL BE ENTERING ON THE EAST SIDE

12/02/2015 13:18:59 Christopher Gray - 50517 Narrative: Dispatch received by unit 1S38

12/02/2015 13:19:27 Marisa Havins - 50921 Narrative: EVACUATING DISCOUNT MALL

12/02/2015 13:20:37 Victoria Fish - 50515 Narrative: RP CALLING - ▓▓▓▓▓▓▓▓▓ - SAW A BLK YUKON AROUND 1130 LS EB KENDALL

12/02/2015 13:20:53 Marisa Havins - 50921 Narrative: MAKING ENTRY ON THE WEST SIDE

12/02/2015 13:21:04 Brian Pellis - 50806 Narrative: Dispatch received by unit S29

12/02/2015 13:21:59 Annie Teall - 50241 Narrative: DPTYS HAVE ONE CALL OF SIM CIRCS AT AMAZON

12/02/2015 13:22:48 Sandra Botich - 50906 Narrative: RP HAS EYES ON SUBJ LIGHT SKIN HMA, GRY TEE, GREEN PANTS, BACKPACK, JUST CAME OUT OF THE WASH NEAR 1855 S BUSINESS CENTER DRIVE -- SUBJ STANDING NEAR A SILVER CHEVY UNK PLT, 2000'S MODEL 2 DOORS OF VEH ARE NOW OPEN, SUBJ IS SOLO

12/02/2015 13:22:50 Marisa Havins - 50921 Narrative: PEOPLE RUNNING OUT, ARMED SCTY INSIDE, PEOPLE RUNNING OUT OF THE WATERMAN DISCOUNT MALL

12/02/2015 13:23:32 Matthew Abrego - 50938 Narrative: ▓▓▓▓▓▓▓▓ SAW A BLK SUV BLOW THE STOP LIGHT WB PARKCENTER TO SB WATERMAN APPROX 1040HRS

12/02/2015 13:23:34 Veronica Garcia - 50494 Narrative: 3h - ANOTHER RP REC'D A CALL FROM HER SON THAT THERE WAS SOMSONE SHOOTING INSIDE THE WATERMAN DISCOUNT MALL

12/02/2015 13:23:42 Ricarda Riley - 50014 Narrative: AMAZON ▓▓▓▓▓▓ IS STILL ON LOCK DOWN AND CODE4

12/02/2015 13:25:53 Annie Teall - 50241 Narrative: SBSO DPTY TO CHK AMAZON CTRS

12/02/2015 13:26:03 Marisa Havins - 50921 Narrative: SUBJ LS NB TOWARD GARDENS - FAIR SKIN FAIR CAMO JKT BRO KHAKI PANTS BLK BCKPACK. THESE WITNESSES SAY THEY DIDN'T SEE A GUN, HE HAD BAGGY CLOTHING. SCHOOL PD IS OUT W/ WMA CAMO TOP NOF THE MALL

12/02/2015 13:27:03 Marisa Havins - 50921 Narrative: HAVE PEOPLE WHO WERE HDING IN THE BACK COMING OUT THE FRONT

12/02/2015 13:28:38 Ricarda Riley - 50014 Narrative: PER KARL AT AMAZON ▓▓▓▓▓▓ AND BOTH ▓▓▓▓▓ AMAZON THIS RP IS ▓▓▓▓▓▓▓▓▓▓

12/02/2015 13:29:31 Scott Murray - 50358 Narrative: Dispatch received by unit S30

12/02/2015 13:30:27 Daniel Goff - 50677 Narrative: HAVE A 2ND VICT AT COMMUNITY HOSPITAL, WILL BE MONITORING

12/02/2015 13:31:31 Sandra Botich - 50906 Narrative: 755 E ORANGE SHOW RD --- RP ADVD THERE ARE 3 LIGHT SKIN MALES WITH HEAVY ACCENTS THAT LIVE AT THIS LOC --- THEY OWN A BLK YUKON -- RP HAS NOT SEEN THEM TODAY -- ADVD THEY SOMEWHAT MATCH SUSP INFO AND HAVE A VERY LARGE PROPERTY NEAR THE SCENE -- THIS RP IS MICHELLE YANEZ, 909-499-2467

12/02/2015 13:38:15 Victoria Fish - 50515 Narrative: SIX WOUNDED VICTIMS HAVE ARRIVED AT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12/02/2015 13:38:26 Victoria Fish - 50515 Narrative: HEY FISH, WE CONTACTED THE VICTIM AND OBTAINED A STATEMENT, SHE WAS HEAD DOWN AND PLAYING DEAD WHEN SHOT, SHE HAS AUDIBLE INFO REGARDING EVENTS BUT NO SUSPECT INFO (VISIBLE). WILL NOT BE LIFE THREATENING BUT GOING TO SURGERY.

12/02/2015 13:39:44 Veronica Garcia - 50494 Narrative: NW CALL IS PATCHED BY SBSO FOR RSO \

12/02/2015 13:40:01 Sandra Botich - 50906 Narrative: PER ONTARIO PD -- GOT A CALL ABOUT 10 AGO REF 2 MIDDLE EASTERN SUBJ IN A RED DODGE AND A VOLVO -- WERE AT THE REGAL CINEMA DOWNTOWN ASKING ABOUT

WHEN AND WHERE SECURITY ARE AT THIS LOC
12/02/2015 13:40:17 Annie Teall - 50241 Narrative: EOD MOVING IN TO EXAMINE THE DEVICE
12/02/2015 13:40:30 Annie Teall - 50241 Narrative: IN THE SOUTHERN BUILDING
12/02/2015 13:42:16 Annie Teall - 50241 Narrative: SO IS INSERTING A LARGER ROBOT FOR XRAY
12/02/2015 13:46:09 Ricarda Riley - 50014 Narrative: RP TRISTON ███████ CALLING FROM MOJAVE AND
CITRUS SAYING A BLK SUV WITH OUT OF STATE PLATES  IS PARKED OUT HERE
12/02/2015 13:46:22 Michael Taylor - 50481 Narrative: VICTIM ████ STATEMENT.
12/02/2015 13:47:33 Matthew Abrego - 50938 Narrative: █████████ 88/ OCC'S 7-11 HOSPITALITY/WM
APPROX 1030 HRS/ SAW #WFA E20'S CAMO GRN OR BGE JACKET/ OD GRN PANTS #2 BMA E20'S TAN OR GREEN
CAMO TYPE JACKET #3 UNK MALE/ UKLOTHING, THE FEM CARRIED A LARGE DUFFLE BAG OUT OF THE STORE,
SUBJS WERE STILL TTF OF THE STORE @ APPROX 1030 HRS WHEN THE RP LEFT THE STORE, RP DOESN'T RECALL
ANY DARK SUV'S BUT WASN'T LOOKING FOR ONE EITHER
12/02/2015 13:48:30 Annie Teall - 50241 Narrative: NORA UNITS CLEARING FOR FOL
12/02/2015 13:48:56 Sandra Botich - 50906 Narrative: HUNTS/CAROLINE -- LIGHT SKIN MALE, LONG DARK TRENCH
COAT NEAR THE HEDGES ON THE NORTH SIDE OF REDLANDS BLVD -- NEAR THE OLD STINGERS -- RP SAW HIM
ABOUT 10 AGO
12/02/2015 13:52:36 Marisa Havins - 50921 Narrative: ONE AT GUNPOINT AT STINGERS
12/02/2015 13:52:45 Marisa Havins - 50921 Narrative: 4 2S6
12/02/2015 13:55:37 Annie Teall - 50241 Narrative: FAMILY MEMBERS ARE NOT GOING TO THE ORANGE SHOW - THEY
ARE GOING TO THE HERNANDEZ CTR
12/02/2015 13:55:56 Annie Teall - 50241 Narrative: S16 - WM, FATIGUES ON THE RR
12/02/2015 13:56:01 Annie Teall - 50241 Narrative: NOT FATIGUES
12/02/2015 13:59:01 Karen Desrochers - 50399 Narrative: ████████████ ....PASSERBY ...SAYS IN THE
WASH WOF THE E ST BRIDGE NOF HOSPITALITY, SHOULD BE UNDER THE FWY....RP SAW AN UNK RACE MALE IN
DRK CLOTHING WALKING BY HIMSELF WB....
12/02/2015 13:59:11 Brandon Koch - 50911 Narrative: Dispatch received by unit 4D23
12/02/2015 14:01:06 Annie Teall - 50241 Narrative: PROB - VEH INTHE  GOLF COURSE MULT WEAPONS INSIDE,
PROBATION HAS THEM AT GUNPOINT
12/02/2015 14:01:24 Annie Teall - 50241 Narrative: APPEARS C4 ON FEL STOP - IN THE PLOT OF THE CLUBHOUSE
12/02/2015 14:02:00 Scott Murray - 50358 Narrative: Dispatch received by unit S30
12/02/2015 14:02:02 Veronica Garcia - 50494 Narrative: HAVE THE GOLF COURSE STOP GOLFING
12/02/2015 14:03:07 John Macias - 50165 Narrative: Dispatch received by unit 2I34
12/02/2015 14:04:31 Charles Vest - 50904 Narrative: Dispatch received by unit 4C22
12/02/2015 14:05:08 Matthew Abrego - 50938 Narrative: ████████/ PRECIOUS CARGO NON EMERGENCY
TRANSPORTATION VOLUNTEERING TO TRANSPORT IF NEEDED, HE CAN TRANSPORT 2 PEOPLE IN WHEELCHAIRS/
4 AMBILITORY IF NEEDED, HE'S STAGED @ THE ROCK CHURCH
12/02/2015 14:07:09 Marisa Havins - 50921 Narrative: WILL BE CKING UNDER THE UNDERPASS
12/02/2015 14:08:10 Matthew Abrego - 50938 Narrative: ████████, SAYING THERE IS A BLK SUV/ TINTED
WINDOWS IN THE REAR PORTION OF WILWOOD DOG PARK, SAYS HARD TO SEE , UNK IF RELATED
12/02/2015 14:10:07 Victoria Fish - 50515 Narrative: HAVE A ████████ CALLER STATING THAT HIS DAUGHTER
TEXTING HIM - MISTY JACK 951 775 4282 - SHE IS TELLING THIS RP THAT SHE IS WITH A SHOOTING VICT THAT IS
BLEEDING OUT HEAVILY
12/02/2015 14:10:31 Jeramy Klopping - 50578 Narrative: Dispatch received by unit X8
12/02/2015 14:10:33 Marisa Havins - 50921 Narrative: NO MEDIA AND NO CIVILIANS WANDERING THROUGH THE CRIME
SCENE THAT IS BARRICADED. HAVE SCTY GUARDS IN UNIFORM WANDERING THROUGH
12/02/2015 14:12:32 Michael Taylor - 50481 Narrative: Dispatch received by unit 2D8
12/02/2015 14:14:05 Veronica Garcia - 50494 Narrative: ████████ RECEIVED A PHONE CALL
FROM 199999 AROUND 1340 FROM A MAN WITH AN ARABIC ACCENT SAYING "DID YOU RECEIVE THE PACKAGE"
12/02/2015 14:16:40 Annie Teall - 50241 Narrative: SBSO IS STILL CLEARING THE NORTHERN BUILDING
12/02/2015 14:21:58 Annie Teall - 50241 Narrative: 40K LEAVING THE CALL , WILL RETURN
12/02/2015 14:22:22 Annie Teall - 50241 Narrative: X7 - ROBOT XRAY COMPLETE, ROBOT EXTRACTING AND FILM BEING
CHECKED
12/02/2015 14:23:45 Ricarda Riley - 50014 Narrative: PER 1A3  HAS 2 VTMS AT COMMUNITY HOSP
12/02/2015 14:27:42 Matthew Abrego - 50938 Narrative: E████ WITH EMPIRE MARBLE ████ @ 190 E MILL ST
NOTICED A NEWER BLK 4D SUV PULL THROUGH HIS PLOT APPROX 1121 HRS, RP HAS THE INCIDENT ON VIDEO
12/02/2015 14:28:40 Annie Teall - 50241 Narrative: SOUTH OF I29 - S/S OF THE SOUTH  BUILDING - 2 MALES  BLK T SHIRT,
CEL ORANGE T SHIRT,
12/02/2015 14:29:08 Chris Johnson - 50534 Narrative: Dispatch received by unit 2A9
12/02/2015 14:29:08 Annie Teall - 50241 Narrative: SUBJS ARE TAKING VID ON THE S/S
12/02/2015 14:30:50 Annie Teall - 50241 Narrative: FL 1 AND 2 OF NORTH  BLDG ARE CLEARED - STARTING ON THE 3RD
12/02/2015 14:35:02 Michael Taylor - 50481 Narrative: CK'D WILDWOOD PARK, UTL ANY SUV MATCHING
12/02/2015 14:35:41 Annie Teall - 50241 Narrative: S20 3 TEAMS FOR EAST PERIM
12/02/2015 14:35:58 Annie Teall - 50241 Narrative: *************** NORTH BUILDING IS CLEARED
12/02/2015 14:37:20 Ricarda Riley - 50014 Narrative: BOTH LLUMC AND SB COMMUNITY HOSP GETTING BOMB THREATS

SBSO DEPS ARE ASSISTING ON THESE SEARCHES
12/02/2015 14:49:07 Marisa Havins - 50921 Narrative: 100+ TRANSPORTING TO THE ROCK, VICTIM'S FAMILIES WILL BE RECIEVED AT HERNANDEZ CENTER
12/02/2015 14:51:59 Ricarda Riley - 50014 Narrative: RP CALLING FROM 1185 E COOLEY     SAYING 2 MALES IN BLK FORD EXPEDITION  IS NOW PARKED ACROSS THE STREET  WATCHING THE COUNTY BUILDING  ...███████████████
12/02/2015 14:56:55 Chris Johnson - 50534 Narrative: Dispatch received by unit 2A9
12/02/2015 15:00:09 Annie Teall - 50241 Narrative: LAST OF THE WITS ARE LEAVING THE GOLF COURSE
12/02/2015 15:02:21 Jeffrey Harvey - 50274 Narrative: Dispatch received by unit 2S6
12/02/2015 15:03:34 Daniel Goff - 50677 Narrative: NB THROUGH ANIMAL CONTROL PLOT
12/02/2015 15:03:41 Daniel Goff - 50677 Narrative: BACK ON SURFACE ST'S
12/02/2015 15:04:18 Daniel Goff - 50677 Narrative: EB THROUGH TARGET PLOT. GOING ONTO ORANGE SHOW
12/02/2015 15:04:38 Daniel Goff - 50677 Narrative: VEH HAS A FENCE ON THE FRONT
12/02/2015 15:04:58 Daniel Goff - 50677 Narrative: SPEEDS OF 100MPH;4D213
12/02/2015 15:05:35 Daniel Goff - 50677 Narrative: VEH IS A DRK CHEVY
12/02/2015 15:05:53 Daniel Goff - 50677 Narrative: 60MPH
12/02/2015 15:05:59 Daniel Goff - 50677 Narrative: TRAFFIC IS LIGHT
12/02/2015 15:06:39 Daniel Goff - 50677 Narrative: MALE DRK SHIRT/BLU JEANS RUNNING EB
12/02/2015 15:07:10 Daniel Goff - 50677 Narrative: 4 OFFICERS WITH THE SUSP
12/02/2015 15:08:15 Annie Teall - 50241 Narrative: ****** IN PRST - TAKING ROUNDS EB SB AVE RICH
12/02/2015 15:09:09 Marisa Havins - 50921 Narrative: W/ DRIVER OF VEH, HE IS IN CUSTODY
12/02/2015 15:09:26 Marisa Havins - 50921 Narrative: NEED FIRE TO RESPOND HERE. NEED A GURNEY
12/02/2015 15:09:33 Matthew Abrego - 50938 Narrative: STEVE DILLON ██████████ / OCC'D 3 AGO A HMA 30-40'S LIGHT SHIRT/ LIGHT PANTS IN A WHI 80'S TOYOTA P/U TRIED TO JUMP THE FENCE INTO THE WASH AREA, SUBJ WAS UNSUCCESSFUL, SUBJ GOT BACK INTO THE VEH AND LEFT ON THE SOUTH ENTRANCE, NFI
12/02/2015 15:10:48 Annie Teall - 50241 Narrative: RAPID FIRE
12/02/2015 15:11:28 Marisa Havins - 50921 Narrative: EB SAN BERNARDINO 1795 E SAN BERNARDINO AVE
12/02/2015 15:11:40 Marisa Havins - 50921 Narrative: SHOTS FIRED, NEED MEDAID
12/02/2015 15:11:49 Annie Teall - 50241 Narrative: OFFICER DOWN - SB/RICHARDSON - STAGE FIRE
12/02/2015 15:11:50 Ricarda Riley - 50014 Narrative: MALE DARK SKINNINED     RUNNING TOWARDS GOULD STREET IN TEH ALLY PER ANNON  RP
12/02/2015 15:11:59 Marisa Havins - 50921 Narrative: SCHOOL S4 - 2 UNITS ENR
12/02/2015 15:12:19 Matthew Abrego - 50938 Narrative: Call #: 6283 - H SHOTS IN THE AREA, RP CAN HEAR SIRENS AS WELL
12/02/2015 15:12:35 Melissa Flint - 50654 Narrative: Dispatch received by unit 3D13
12/02/2015 15:12:49 Marisa Havins - 50921 Narrative: NEED THE BEAR CAT
12/02/2015 15:12:49 Michael Taylor - 50481 Narrative: Dispatch received by unit 2D8
12/02/2015 15:13:15 Marisa Havins - 50921 Narrative: BEAR CAT ENR
12/02/2015 15:13:21 Annie Teall - 50241 Narrative: N2 - SB/SHEDDEN -=- NEED BEARCAT THERE
12/02/2015 15:13:34 Annie Teall - 50241 Narrative: ONE GUY IN THE CAR NEEEDS REMOVED --
12/02/2015 15:13:39 Marisa Havins - 50921 Narrative: ALL UNITS HOLD FIRE
12/02/2015 15:14:14 Annie Teall - 50241 Narrative: BEARCAT EB
12/02/2015 15:15:20 Karen Desrochers - 50399 Narrative: Call #: 6283 - RP FRM 1782 WALLACE HAS BEEN HEARINHG ROUNDS FIRED FOR THE PAST 2 MINS...SALLY PH# 951 323 3136
12/02/2015 15:15:31 Gregory Brown - 50902 Narrative: Dispatch received by unit L9
12/02/2015 15:16:16 Annie Teall - 50241 Narrative: WOUND IS RICOCHET ONLY - NO RESCUE HELI NEEDED
12/02/2015 15:17:43 Karen Desrochers - 50399 Narrative: Call #: 6283 - RP FRM 1855 E SAN BERNARDINO AVE HEARD NUMEROUS ROUNDS, ATLEAST 2DOZEN AND POSS HEARD UNITS OUTSIDE ██████████████████ .....
12/02/2015 15:18:15 Annie Teall - 50241 Narrative: 1705 GOULD - 2 SUBJ'S CROUCHED DOWN ON CELS
12/02/2015 15:18:25 Kim Hernandez - 50702 Narrative: Dispatch received by unit 3I38
12/02/2015 15:18:28 Matthew Abrego - 50938 Narrative: ████████████████ @ 1894 SAN BERNARINO AVE , REPORTING A 246
12/02/2015 15:18:28 Annie Teall - 50241 Narrative: X3 - NO ONE WAS SEEN RUNNING SB
12/02/2015 15:18:29 Marisa Havins - 50921 Narrative: I23 - WHEN THAT VEH DROVE BY IN REDLANDS ONLY SAW 2 SUBJS IN THE VEH
12/02/2015 15:18:39 Ricarda Riley - 50014 Narrative: PER REDLANDS   PD  AT  1757  RICHARDSON 3 HOUSES EAST OF THIS ADDRESS
12/02/2015 15:18:45 Daniel Goff - 50677 Narrative: FOR 4D23'S PURSUIT, NOT RELATED TO THE GENERAL INCIDENT ON WATERMAN
12/02/2015 15:19:45 Karen Desrochers - 50399 Narrative: Call #: 6283 - ORIG CALL LOC 1730 E WALLACE CT  909 328 2677
12/02/2015 15:19:53 Annie Teall - 50241 Narrative: WEST OF HERE -BLK VEH  ON S/S
12/02/2015 15:19:58 Annie Teall - 50241 Narrative: BEARCAT 97
12/02/2015 15:20:28 Annie Teall - 50241 Narrative: I40 - 1640 COOLEY - 1 DET'D
12/02/2015 15:20:37 Victoria Fish - 50515 Narrative: SBIAA GETTING WORD THAT A SUBJ ALL BLK CLOTHING IS RUNNING ON THE FLIGHT PATH

26
Exhibit A

12/02/2015 15:21:04  Araceli Mata - 50772  Narrative: Dispatch received by unit 1C26
12/02/2015 15:21:41  Annie Teall - 50241  Narrative: BEAR CAT MOVING UP ON THE TRUCK
12/02/2015 15:22:02  Annie Teall - 50241  Narrative: NEED A PERIM SOUTH OF
12/02/2015 15:22:07  Annie Teall - 50241  Narrative: (L8)
12/02/2015 15:22:38  Victoria Fish - 50515  Narrative: CALLER FROM ONTARIO STATING THAT HIS GF IS AT AMAZON AND SHE IS GETTING WORD THAT THE SHOOTER IN THE PLOT 909 723 6545
12/02/2015 15:23:08  Marisa Havins - 50921  Narrative: FONT L7 SOUTH PERIM COVERED FROM VICTORIA ELEM
12/02/2015 15:23:21  Marisa Havins - 50921  Narrative: HARDT SOF VICTORIA
12/02/2015 15:23:21  Annie Teall - 50241  Narrative: PERIM SET SOUTH OF ON COOLEY
12/02/2015 15:24:16  Annie Teall - 50241  Narrative: SBSO SAYS SUSP POSS AT 1818 ALMOND - SUBJ RUNNING
12/02/2015 15:26:36  Marisa Havins - 50921  Narrative: SBSO HAS 1 I/C ON ALMOND POSS N OT INVOLVED
12/02/2015 15:27:38  Victoria Fish - 50515  Narrative: SBSO HAS A PIPE BOMB ON 1730 E SAN BERNARDINO AVE
12/02/2015 15:28:12  Marisa Havins - 50921  Narrative: NEED A SWAT TEAM AT 53 CENTER ST
12/02/2015 15:28:33  Annie Teall - 50241  Narrative: S18 - SUBJ IN THE ST SECURED,  IN THE CAR STILL MOVING
12/02/2015 15:28:47  Marisa Havins - 50921  Narrative: CKING 1705 E SAN BERNARDINO AVE
12/02/2015 15:29:52  Annie Teall - 50241  Narrative: S18 - NO K9, WAITING ON THE TRACTOR
12/02/2015 15:30:23  Victoria Fish - 50515  Narrative: RSO IS IN THE AREA AS WELL - SAN BERNARDINO/TIPPE
12/02/2015 15:30:44  Annie Teall - 50241  Narrative: N2 - DEVICE LOCATED ON SB IFO 1730
12/02/2015 15:31:28  Matthew Abrego - 50938  Narrative: OFCS @ INLAND REGIONAL NOW ON CH 4
12/02/2015 15:32:36  Victoria Fish - 50515  Narrative: SBPD OFCR TRANS TO LLUMC VIA SBSO DEPUTY
12/02/2015 15:33:13  Marisa Havins - 50921  Narrative: ALL UNITS ON SCENE - THIS DEVICE IS NOF 1717 - GOING TO CLEAR THE STREET=, DONT WANT ANYONE NEAR IT
12/02/2015 15:35:28  Marisa Havins - 50921  Narrative: 1794 E SAN BERNARDINO IS CLEAR
12/02/2015 15:36:00  Marisa Havins - 50921  Narrative: 1705 E SAN BERNARDINO AVE CLEAR
12/02/2015 15:38:08  Marisa Havins - 50921  Narrative: SUBJ DETAINED BY MARSHALS UNITS ON COOLEY- SEE IF HE CAN BE TRANSPORTED
12/02/2015 15:38:21  Annie Teall - 50241  Narrative: SBSO GETTING RPTS OF FSHOTS AT AMAZON
12/02/2015 15:38:29  Marisa Havins - 50921  Narrative: SCHPD 6- CKING 1695 E SAN BERARNDINO
12/02/2015 15:40:24  Brandon Koch - 50911  Narrative: Dispatch received by unit 4D23
12/02/2015 15:40:27  Daniel Goff - 50677  Narrative: NO ANS ON 1782 E SAN BERNARDINO, 1768 A NO ANS, 1768 B IS CODE 4
12/02/2015 15:40:59  Daniel Goff - 50677  Narrative: NO ANS AT 1756
12/02/2015 15:41:33  Marisa Havins - 50921  Narrative: I12- 2 EXITED PRIMARY LOCATION HERE - NB CENTER - I23 IS FOLLOWING - WHI TOYT 4RUNNER
12/02/2015 15:41:37  Marisa Havins - 50921  Narrative: NB TENN FROM REDLANDS
12/02/2015 15:41:38  Annie Teall - 50241  Narrative: F15 SAYS EMPL OF AMAZON TOOK OFF RUNNING WHEN THEY HEARD THE SHOTS, RAN ACROSS THE AIRFIELD, UNK WHERE THE SHOTS WHERE HEARD, SO FAR NO CONF IT WAS AT THE AMAZON
12/02/2015 15:41:46  Marisa Havins - 50921  Narrative: APPEARS TO BE FEMALE OCCUPANTS
12/02/2015 15:42:14  Marisa Havins - 50921  Narrative: REG VALID FROM: 11/16/15 TO 11/16/16  LIC#:7HTR155 YRMD:15 MAKE:TOYT BTM :UT VIN :JTEZU5JR4F5087561  R/O :FAROOK RAHEEL S, 1761 FORUM WAY UNIT C CITY:CORONA C.C.:33  ZIP#:92881
12/02/2015 15:42:51  Annie Teall - 50241  Narrative: SBSO TO GOULD/RICHARDSON - CHURCH HERE HAD A SUBJ IN CAMO JUMP A FENCE AND INTO A SHED
12/02/2015 15:43:02  Marisa Havins - 50921  Narrative: NB TENN NEAR THE 10
12/02/2015 15:43:23  Annie Teall - 50241  Narrative: 1D27 -- SUBJ MATCHING ON THE 2ND FL OF THE WELLS FARGO BLDG - PARKING STRUCTURE NEAR CHIPOTLE
12/02/2015 15:43:29  Annie Teall - 50241  Narrative: ENTR OFF S/S
12/02/2015 15:43:57  Marisa Havins - 50921  Narrative: S27 1730 AND 1742 ARE BEING EVACUATED
12/02/2015 15:44:32  Marisa Havins - 50921  Narrative: SUBJ MATCHING DESC IS ON THE SECOND LEVEL
12/02/2015 15:44:52  Annie Teall - 50241  Narrative: S18 IVLY TAKING CONTROL OF THE SCENE HERE .. 1807 CEL PH LEADING SB FROM HERE
12/02/2015 15:45:40  Annie Teall - 50241  Narrative: L8 - SBSO TO HANDLE OIS AT THIS SCENE
12/02/2015 15:46:32  Ricarda Riley - 50014  Narrative: BOTH AMAZONS ARE CODE 4   202 CENTRAL AND 1910 CENTRAL
12/02/2015 15:46:35  Marisa Havins - 50921  Narrative: 1704 E SAN BERNARDINO EVACUTED
12/02/2015 15:47:24  Marisa Havins - 50921  Narrative: DRK COMPLECTED MALE ONG TSHIRT DESERT CAMP PANTS
12/02/2015 15:47:33  Daniel Goff - 50677  Narrative: HAVE UNMARKED SBSO WITH THEM
12/02/2015 15:48:50  Marisa Havins - 50921  Narrative: COZIN AND 1D27 - ANOTHER UNIT COMING UP - 1D21 HAS EAST
12/02/2015 15:49:02  Daniel Goff - 50677  Narrative: OUT WITH PROBATION, NOT SBSO
12/02/2015 15:49:07  Annie Teall - 50241  Narrative: VEH STOP FROM THE REDLANDS LOC, 2 FEM'S DET, NEED TRANSPORT
12/02/2015 15:49:10  Marisa Havins - 50921  Narrative: 1003 E BRIAR FOR THE WELLS FARGO
12/02/2015 15:49:57  Annie Teall - 50241  Narrative: SBSO TEAM HEADING FOR THE CHURCH
12/02/2015 15:49:57  Marisa Havins - 50921  Narrative: DA OFFICE 97 ALSO

12/02/2015 15:50:18 Annie Teall - 50241 Narrative: S18 - ONE FEM FROM THE BACK SEAT APPEARS DECEASED - HAD AN AR15
12/02/2015 15:50:22 Marisa Havins - 50921 Narrative: FD, SAW SUBJ WB ON BRIAR FROM THE PARKING STRUCTURE ABOUT 5 AGO
12/02/2015 15:51:05 Melissa Scherfenberg - 50411 Narrative: FOLLOWING THE SUV, 2 1/2 HOUSES
12/02/2015 15:51:15 Annie Teall - 50241 Narrative: MULT BACKPACKS IN THE VEH
12/02/2015 15:52:10 Marisa Havins - 50921 Narrative: HMA SHAVED HEAD FOR THE WELLS FARGO POSS HAS A CUT ON A HAND - JUST A PATRON, BUT HE WALKED UP TO THE PARKING STRUCTURE
12/02/2015 15:52:45 Marisa Havins - 50921 Narrative: SOUTH SIDE OF SAN BERNARDINO AVE TO RICHARDSON IS C4
12/02/2015 15:54:31 Ricarda Riley - 50014 Narrative: PER SBSO  THE SBSO TEAM CKING THE CHURCH  AND  NOW CKING THE ALLEY
12/02/2015 15:56:26 Daniel Goff - 50677 Narrative: ROOFS CHECK CLEAR AT THE AMAZON
12/02/2015 15:56:50 Melissa Scherfenberg - 50411 Narrative: SBSO GOT A CALL AT 1530 FROM A CITIZEN WHO SAYS HE GOT A CALL FROM EMP AT AMAZON, EMP SAID THERE WAS SOMEONE SHOOTING AT THE WINDOWS, THAT ALL EMP'S RAN UP TO THE 2ND FLOOR AND THAT CHP WAS 97
12/02/2015 15:57:47 Marisa Havins - 50921 Narrative: SBSO DEPUTIES ARE GOING TO CHECK WEST PARKING STRUCTURE
12/02/2015 15:58:30 Marisa Havins - 50921 Narrative: PER CHP  ON BRIAR - SAW HMA ONG SHIRT FLEE NB THROUGH THE BUSINESSES
12/02/2015 15:58:39 Victoria Fish - 50515 Narrative: REDLANDS PD ER TO PINE AND CENTER FOR 87
12/02/2015 16:00:25 Garrett Hoefer - 50781 Narrative: Dispatch received by unit 4C14
12/02/2015 16:01:15 Annie Teall - 50241 Narrative: 140 - SUBJ DET'D IFO 1640 COOLEY STILL
12/02/2015 16:01:24 Marisa Havins - 50921 Narrative: OUT W/ SUBJ HARDT/GIFFORD
12/02/2015 16:01:55 Marisa Havins - 50921 Narrative: NOF HARDT BEING BUILDINGS 834 E HARDT ST
12/02/2015 16:02:06 Brian Pellis - 50806 Narrative: Dispatch received by unit S29
12/02/2015 16:02:08 Marisa Havins - 50921 Narrative: TTR OF THE BUILDING ON THE NS OF THE BUILDING
12/02/2015 16:02:19 Annie Teall - 50241 Narrative: ****** 1604 SB - UNK CEL PHONE LOCATED AND MARKED WITH AN ORANGE CONE
12/02/2015 16:02:28 Annie Teall - 50241 Narrative: S4 S/S OF THE REDLANDS MALL FOR CONT
12/02/2015 16:02:41 Marisa Havins - 50921 Narrative: SUFF UNITS, GOING TO ATTEMPT TO TAKE INTO CUSTODY
12/02/2015 16:04:11 Annie Teall - 50241 Narrative: MEDIC STARLING FROM SBFD PRONOUNCED
12/02/2015 16:04:20 Steven Taylor - 50842 Narrative: Dispatch received by unit 4C19
12/02/2015 16:04:57 Gerald Beall - 50524 Narrative: Dispatch received by unit 3S27
12/02/2015 16:05:42 Marisa Havins - 50921 Narrative: SUBJ DETAINED
12/02/2015 16:06:19 Annie Teall - 50241 Narrative: 2 PAT E/S SB INNER SCENE CONT
12/02/2015 16:06:59 Annie Teall - 50241 Narrative: - L8 L9 HAVE THE SCENE, L6 HEADING FOR THE CHURCH
12/02/2015 16:11:37 Jeramy Klopping - 50578 Narrative: Dispatch received by unit X8
12/02/2015 16:11:38 Victoria Fish - 50515 Narrative: HELPING W/ INTER SCENE CROWD CONTROL
12/02/2015 16:13:37 Ricarda Riley - 50014 Narrative: COLTON COVERING THE INTERSECTION OF TAMARISK/PINE  AND SBSO COVEREING CENTER /PINE   FOR TEH SEARCH WTS
12/02/2015 16:14:24 Victoria Fish - 50515 Narrative: ONE MALE WALKING SB THROUGH THE PARKING STRUCTURE;4D213
12/02/2015 16:14:46 Veronica Garcia - 50494 Narrative: 4B14 1019 TO PU PARTER
12/02/2015 16:15:05 Annie Teall - 50241 Narrative: - PATROL NEEDED SHEDDEN NO SB FOR PERIM CONTROL
12/02/2015 16:16:18 Victoria Fish - 50515 Narrative: NEED THE BOMB SQUAD TO CK THE VEH BEFORE ITS TOWED
12/02/2015 16:16:49 Annie Teall - 50241 Narrative: (I23 LAST)
12/02/2015 16:17:38 Veronica Garcia - 50494 Narrative: RP BEING TRANS TO COLTON - HEARING SHOTS NOW - WASHINGTON/WATERMAN  AT LEAST 10 ROUNDS HEARD
12/02/2015 16:18:53 Victoria Fish - 50515 Narrative: CLRING THE STRUCTURE - COMING IN FROM THE WEST, SBSO WITH UNITS
12/02/2015 16:18:53 Joseph Shuck - 50252 Narrative: POSITIVE ID @ ABOUT 1610 HRS
12/02/2015 16:22:23 Victoria Fish - 50515 Narrative: NEED A BLU HONDA CIVIC STOPPED - AT PINE TOWARDS TENN - 2 HMA/S HEAVYSET BEARD
12/02/2015 16:23:38 Miguel Cintron - 50640 Narrative: Dispatch received by unit 3C9
12/02/2015 16:23:44 Victoria Fish - 50515 Narrative: BLK HONDA CIVIC 5YZ?862 - JUST DRIVE BY - CENTER AND REDLANDS
12/02/2015 16:23:53 Karen Desrochers - 50399 Narrative: 1917 E SAN BERNARDINO AVE (1915 IS THE FRNT RESD), RP IS ████████████████ , CALLING TO RPT HE HAS A BLU AND WHI WEEKEND WARRIER TOYBOX TRVL TRLR ON THE BACK OF HIS PROPERTY...THIS AM THE DOOR WAS ADJAR, LOOKED LIKE SOMEONE MAY HAVE SLEPT IN THE BED.....RP CLOSED THE DOOR (IT'S UNLOCKED NOW) RP THOUGHT UNITS MAY WANT TO CK IT IF THEY ARE STILL LOOKING FOR SOMEONE......RP IS NOT HOME NOW, ENR FROM BEAUMONT......PER THE RP UNITS CAN GO CK THE TRVL TRAILER  IF THEY FEEL THEY SHOULD.....
12/02/2015 16:24:30 Victoria Fish - 50515 Narrative: SVEH LS EB CENTER

Exhibit A

12/02/2015 16:25:10  Victoria Fish - 50515  Narrative: POSS GRN LONG SLEEVED SHRT ON THE DRIVER
12/02/2015 16:25:53  Victoria Fish - 50515  Narrative: NEED TOW 10 FREEWAY AT ALABAMA
12/02/2015 16:26:11  Garrett Hoefer - 50781  Narrative: Dispatch received by unit 4C14
12/02/2015 16:27:44  Veronica Garcia - 50494  Narrative: BIGZ ADV'D TO RESPOND TO ALABAMA/10
12/02/2015 16:29:27  Annie Teall - 50241  Narrative: 2B25 - THE CHURCH AT RICHARDSON/GOULD C4, CKG MID-BLOCK RE THE SUBJ RUNNING ON HARDT.. NO DESC AVAIL
12/02/2015 16:29:47  Matthew Abrego - 50938  Narrative: REQ█

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

12/02/2015 16:34:28  Donald Sawyer - 50818  Narrative: Dispatch received by unit D63
12/02/2015 16:40:33  Victoria Fish - 50515  Narrative: DETAIL CKING 1807 EB TO S/S OF THE YARDS TO MAKE SURE THERE IS NO EVIDENCE LEFT BEHIND
12/02/2015 16:42:18  Annie Teall - 50241  Narrative: BOMB SQUAD ENR 10/ALABAMA
12/02/2015 16:43:22  Matthew Abrego - 50938  Narrative: #2 SCENE/ BROKEN GLASS 1393 SAN BERNARDINO/ POSSIBLE WHERE SHOOTING BEGAN
12/02/2015 16:45:21  Matthew Abrego - 50938  Narrative: 15-132854 FOR PRIMARY INCIDENT
12/02/2015 16:46:52  Matthew Abrego - 50938  Narrative: MADE CONTACT WITH SBSO OFC T. BUELL, HE TOOK POSITION OF THE KOHAU'S RIFLE, , ON SBSO AVE, W/O RICHARSON
12/02/2015 16:47:11  Matthew Abrego - 50938  Narrative: ***** 15-132916 FOR OIS *****
12/02/2015 16:47:40  Victoria Fish - 50515  Narrative: CHECK TO 1831 E SAN BERNARDINO - ALL CODE 4
12/02/2015 16:49:22  Lyle Reyes - 50049  Narrative: Dispatch received by unit 3A4
12/02/2015 16:51:12  Victoria Fish - 50515  Narrative: VICTORIA ELEM IS BEING RELEASED - CHECKED CODE 4 - SBSO L6
12/02/2015 16:53:39  Victoria Fish - 50515  Narrative: MAGS FOUND AT 1807 E SAN BERNARDINO AVE - PER SANTA FE 18
12/02/2015 16:54:57  Victoria Fish - 50515  Narrative: 1815 E SAN BERNARDINO IS CODE 4 PER P18
12/02/2015 16:57:57  Annie Teall - 50241  Narrative: FLOORS 2 AND 3 OF BLDG 1 ARE CLR
12/02/2015 17:00:19  Annie Teall - 50241  Narrative: V3 S4
12/02/2015 17:00:51  Leo Dooley - 25525  Narrative: RP FROM STATER BROS MAIN OFC ADV THERE WAS A HMA BLK CLOTHES RUNNING IN DITCH BY THE AIRPORT PERIM ON 3RD ST  WAS HEADING EAST THIS RP LIS @9092340346
12/02/2015 17:07:30  Michael Taylor - 50481  Narrative: PER LT GREEN SUBJECT ERNEST OCHOA RETURNED TO 1640 E COOLEY
12/02/2015 17:08:58  Matthew Abrego - 50938  Narrative: IED LOCATED
12/02/2015 17:11:21  Matthew Abrego - 50938  Narrative: PULLING EVERONT BACK/ PROBATION ON THE EXTREME EAST END/ PLOT CLEAR
12/02/2015 17:11:57  Matthew Abrego - 50938  Narrative: S/E AND N/W ARE CLEAR
12/02/2015 17:13:04  Matthew Abrego - 50938  Narrative: MINIMUM CLEARANCE 50YARDS
12/02/2015 17:20:20  Joseph Shuck - 50252  Narrative: Dispatch received by unit 1D27
12/02/2015 17:23:18  Victoria Fish - 50515  Narrative: NEED A UNIT FOR 1184 AT VICT/RICHARDSON
12/02/2015 17:25:34  Andrew Petree - 50936  Narrative: Dispatch received by unit 2B26
12/02/2015 17:35:00  Victoria Fish - 50515  Narrative: QG 96439603;2D8;U2D8
12/02/2015 17:41:28  Matthew Abrego - 50938  Narrative: OUT WITHA SUBJ WHO DROVE INTO THE SCENE LIC / 5TMC675 , ENTERED OFF ORANGE SHOW
12/02/2015 17:41:36  Matthew Abrego - 50938  Narrative: █████████████████████████

██████████████████████████████████████████████████████████████
DR   CITY:SN BERNRDNO C.C.:36 ZIP#:92407
12/02/2015 17:44:08  Matthew Abrego - 50938  Narrative: █████████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

12/02/2015 17:46:21  Annie Teall - 50241  Narrative: WATER SHUT OFF AND SWAT CLEAR
12/02/2015 17:47:31  Annie Teall - 50241  Narrative: (LAST PER L6)
12/02/2015 17:47:45  Janie Cozine - 50766  Narrative: Dispatch received by unit 2B17
12/02/2015 17:53:29  Kimberlyn Hearns - 50019  Narrative: Subject Andrew Ray █████████████████) was driving a silver Toyota/Scion tC coupe with no front license plate. Front plate replaced with a STEELERS plate (silver in color / no team or NFL logo...just "STEELERS"). He was FI'ed, vehicle searched by consent & released. His phone ████████████████ (home). Said he was coming home from work at 1475 S. Victoria Court (Business named OPTIVUS)
12/02/2015 17:56:38  Matthew Abrego - 50938  Narrative: ████████████████        W/ KAISER REPORTING A SHOOTING VICTIM█████████████. MANAGER ██████████████████       HAVE THE BULLET LOCKED

UP IN THE OFFICE- RP WILL CB WITH THE VICTIM'S CONTACT INFO
12/02/2015 17:57:16 Annie Teall - 50241 Narrative: EMP'S ARE BEING RELEASED FROM CARE FACILITY NOF LOCATION, APPROX 40 EMP'S WILL BE HEADED NB
12/02/2015 18:01:15 Matthew Abrego - 50938 Narrative: CATHY WITH KAISER CB, ███████████████████████
████████, CA, BULLET WILL BE LOCKED IN CATHY'S OFFICE
12/02/2015 18:01:43 Matthew Abrego - 50938 Narrative: CATHY WILL RRN @ 0600 HRS
12/02/2015 18:02:29 Matthew Abrego - 50938 Narrative: LINE OF VEH RELEASED FROM THE SCENE, SEND THEM SB
12/02/2015 18:12:23 Steven Taylor - 50842 Narrative: *** NCIC RESPONSE *** .IN  DATE:12-02-15*TIME:18:11*  MATCHED ON:*L/N*F/N* BD  DMV RECORD FOR LAW ENFORCEMENT USE ONLY
DL/NO:F2399342*B/D:10-10-1991 █████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████  ████████████████████████████ be
interviewed
12/02/2015 18:19:11 Veronica Garcia - 50494 Narrative: PER SCHOOL PD - CASTILLO AND HARDT ARE AT RICHARDSON/SAN BERNARDINO - AND NEED TO BE ADV'D WHERE THEY CAN BE BROUGHT IN
12/02/2015 18:19:40 Victoria Fish - 50515 Narrative: ANY UNITS ON THE EAST SIDE OF 1365 S WATERMAN - NEED TO OPEN THE PERMITER UP ON THE EAST SIDE OF THE BUILDING - EOD WILL BE SETTING OFF DEVICE
12/02/2015 18:27:00 Miguel Cintron - 50640 Narrative: Dispatch received by unit 3C9
12/02/2015 18:29:52 Michael Taylor - 50481 Narrative: Dispatch received by unit 2D8
12/02/2015 18:30:59 Matthew Abrego - 50938 Narrative: 2B26 IS @ E VICTORIA AVE / S RICHARDSON ST, HAS A CAMO BACKPACK LAYING IN THE GUTTER/ UNK IF RELATED, ALSO REQ'ING 2 UNITS FOR 1184
12/02/2015 18:56:16 Kim Hernandez - 50702 Narrative: Dispatch received by unit 3I38
12/02/2015 18:59:29 Karen Desrochers - 50399 Narrative: WILSON TOW ENR FOR M5
12/02/2015 19:02:40 Andrew Saibene - 50976 Narrative: Dispatch received by unit 3D17
12/02/2015 19:08:02 Clint Walton - 50812 Narrative: Dispatch received by unit D52
12/02/2015 19:08:29 Veronica Garcia - 50494 Narrative: ALL NORA UNITS CLR AND HEADED TO SBSO HQ
12/02/2015 19:09:13 Veronica Garcia - 50494 Narrative: ENR TO CENTRAL WITH C7
12/02/2015 19:22:18 Charles Vest - 50904 Narrative: Dispatch received by unit 4C22
12/02/2015 19:24:45 Annie Teall - 50241 Narrative: SGT SHANK S13 IS OFF DUTY
12/02/2015 19:25:08 Robert Richards - 50280 Narrative: Dispatch received by unit 4B4
12/02/2015 19:25:15 Veronica Garcia - 50494 Narrative: RELIEF FOR 1B12
12/02/2015 19:31:45 Leo Dooley - 25525 Narrative: PER L1 SBDO AVE FROM RICHARDSON TO MTN VIEW WILL REMAIN LOCKED DOWN
12/02/2015 19:36:29 Victoria Fish - 50515 Narrative: 3 DEVICES WILL BE SET OFF IN ABOUT 2 MIN
12/02/2015 19:38:36 Dave Carlson - 50388 Narrative: Dispatch received by unit 2S22
12/02/2015 19:54:33 Victoria Fish - 50515 Narrative: DEVICE #1 SSET OFF
12/02/2015 19:54:45 Stacy Moreno - 50872 Narrative: Dispatch received by unit 1C5
12/02/2015 19:55:13 David Rosas - 24925 Narrative: Dispatch received by unit 1A3
12/02/2015 20:02:10 Victoria Fish - 50515 Narrative: PER L6 THE BACKPACK HAS BEEN CLRD
12/02/2015 20:04:56 David Rosas - 24925 Narrative: statement
12/02/2015 20:10:47 Jay Rutherford - 50733 Narrative: Dispatch received by unit 4B16
12/02/2015 20:10:47 Alberto Ramirez - 50646 Narrative: Dispatch received by unit 4I43
12/02/2015 20:19:19 Tina Martinez - 50367 Narrative: Dispatch received by unit 4B6
12/02/2015 20:24:55 Ronald Passo - 50429 Narrative: Dispatch received by unit 4S25
12/02/2015 20:27:11 John Macias - 50165 Narrative: Dispatch received by unit 2I34
12/02/2015 20:27:34 Veronica Garcia - 50494 Narrative: RELIEF FOR 1C2 WM/VAN
12/02/2015 20:33:37 Victoria Fish - 50515 Narrative: SETTING OFF THE 2ND DEVICE
12/02/2015 20:37:33 Leo Dooley - 25525 Narrative: CPS 97 FOR CPL BAKERS CALL
12/02/2015 20:37:57 Karen Desrochers - 50399 Narrative: 3RD DEVICE DETONATED
12/02/2015 21:07:40 Jesus Vega - 50603 Narrative: Dispatch received by unit 3A13
12/02/2015 21:14:25 Melissa Scherfenberg - 50411 Narrative: TM CLRING BUILDING #1 HAD A SHOTGUN BREACH
12/02/2015 21:19:08 Charles Dai - 50360 Narrative: Dispatch received by unit 3B7
12/02/2015 21:23:02 Melissa Scherfenberg - 50411 Narrative: 3RD FLR AND 2ND FLR ARE CLR , MOVING TO THE 1ST FLR
12/02/2015 21:28:44 Leo Dooley - 25525 Narrative: LEAVING THE SCENE
12/02/2015 21:29:15 Melissa Scherfenberg - 50411 Narrative: C4 AT THE BLDG
12/02/2015 22:16:50 Charles Vest - 50904 Narrative: Dispatch received by unit 4C22
12/02/2015 22:18:51 Andrew Saibene - 50976 Narrative: PERIMETER AT STATE ST/ TAMARISK IN REDLANDS. RELIEVED BY REDLANDS PD
12/02/2015 22:30:18 Jonathan Keil - 50839 Narrative: Dispatch received by unit K93
12/02/2015 22:32:39 Charles Dai - 50360 Narrative: Dispatch received by unit 3B7
12/02/2015 22:36:04 Scott Murray - 50358 Narrative: Dispatch received by unit S30
12/02/2015 22:41:01 Nick Martin - 50761 Narrative: Dispatch received by unit 3D19

Page: 18 of 22

12/02/2015 22:45:33  Christina Sanchez - 50480  Narrative: Dispatch received by unit 3I78
12/02/2015 22:46:43  Anna Quiroz - 50545  Narrative: Dispatch received by unit 3I82
12/02/2015 22:55:34  Melissa Scherfenberg - 50411  Narrative: RELIEVED BY 4S34
12/02/2015 23:09:35  Mario Molina - 50569  Narrative: Dispatch received by unit 4A11
12/02/2015 23:13:24  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/02/2015 23:25:23  Melissa Scherfenberg - 50411  Narrative: TACTICAL COMMAND POST HAS BEEN BROKEN DOWN
12/03/2015 00:36:08  Edward Lee - 50582  Narrative: Dispatch received by unit 1B12
12/03/2015 01:03:35  Karen Desrochers - 50399  Narrative: ***** SEE CALL 6374 FOR POSS RELATED INFO FROM RP'S REF THIS CALL ******
12/03/2015 01:05:07  Karen Desrochers - 50399  Narrative: **** CORRECTION, SEE CALL 6568 FOR POSS RELATED INFO FRM NUMEROUS RP'S REGARDING THIS CALL ******
12/03/2015 01:31:15  Ronald Passo - 50429  Narrative: Dispatch received by unit 4S25
12/03/2015 01:57:09  Karen Desrochers - 50399  Narrative: SHOOTING ACTUALLY OCCURED AT 1425 S WATERMAN PER L6
12/03/2015 02:00:01  Francisco Gonzalez - 50820  Narrative: Dispatch received by unit 4C15
12/03/2015 02:00:16  Karen Desrochers - 50399  Narrative: ENR W/ FLARES
12/03/2015 02:19:04  Karen Desrochers - 50399  Narrative: ADV THE CP, THE FBI MAY HAVE FOUND ANOTHER SUSPICIOUS BAG
12/03/2015 02:29:10  Karen Desrochers - 50399  Narrative: WALKING ON THE N SIDE PARK CENTER..A WORKER IS ENR TO THE CP...TO GIVE A STATEMENT
12/03/2015 03:03:46  Angela Saenz - 50589  Narrative: GET AHOLD OF CORONER AND ADV ITS ALL CLEAR THEY CAN ROLL BACK
12/03/2015 03:38:41  Francisco Gonzalez - 50820  Narrative: 97 ON WATERMAN JUST NORTH OF VANDERBUILT BY MEDIA SET UP LOCATION
12/03/2015 03:51:54  Jay Rutherford - 50733  Narrative: Dispatch received by unit 4B16
12/03/2015 06:51:55  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/03/2015 06:59:20  Dominick Martinez - 50788  Narrative: Dispatch received by unit 1D21
12/03/2015 06:59:20  Robert Snyder - 50469  Narrative: Dispatch received by unit 1B10
12/03/2015 07:01:48  Jarred Heim - 50967  Narrative: Dispatch received by unit 2I35
12/03/2015 07:05:51  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/03/2015 07:06:36  Gerardo Orozco - 50731  Narrative: Dispatch received by unit 2B15
12/03/2015 07:10:43  Edward Flores - 50665  Narrative: Dispatch received by unit 2I35
12/03/2015 07:29:44  Robert Richards - 50280  Narrative: RELIEVED BY PROBATION
12/03/2015 07:49:55  Jesus Vega - 50603  Narrative: RELIEVED BY CPL FLORES
12/03/2015 08:00:52  Michael Taylor - 50481  Narrative: Dispatch received by unit 2D8
12/03/2015 08:03:37  Dominick Martinez - 50788  Narrative: Dispatch received by unit 1D21
12/03/2015 08:49:32  Daniel Goff - 50677  Narrative: SCENE SECURED, ALL VICTIMS REMOVED AT 0815, OFFICERS ARE STILL SECURING SCENE FOR FBI TEAM
12/03/2015 08:51:00  Serbando Saenz - 50750  Narrative: Dispatch received by unit X7
12/03/2015 10:14:18  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/03/2015 10:29:42  Araceli Mata - 50772  Narrative: Dispatch received by unit 1C26
12/03/2015 10:58:28  Daniel Goff - 50677  Narrative: CITY CREWS ADV'D FOR 30 BARRICADES AND WILL BE ENR
12/03/2015 11:26:31  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/03/2015 12:48:11  David Evans - 50642  Narrative: METROLINK CLEAR TO OPERATE TRACKS THAT CROSS WM AT DUMAS.
12/03/2015 12:55:53  David Evans - 50642  Narrative: METROLINK ADV'D.
12/03/2015 12:56:35  Daniel Goff - 50677  Narrative: INFO-██████████████████████ THE HUMMINGBIRD THRIFT STORE AT 400 W BIG BEAR BLVD.... SAYS A POSSIBLY MATCHING SUBJ WAS IN HER THRIFT STORE SEVERAL DAYS AGO TRYING TO BUY ALARM CLOCKS AND CORDS.... RP THINKS IT MAY BE THE SUSPECT WHO WAS TRYING TO BUY BOMB MAKING MATERIALS
12/03/2015 13:37:27  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/03/2015 13:55:25  David Evans - 50642  Narrative: NEED ID TO CP.
12/03/2015 13:56:16  David Evans - 50642  Narrative: ID ADV'D IN THE STA.
12/03/2015 14:03:32  Rebecca Meyer - 50701  Narrative: Dispatch received by unit 1I80
12/03/2015 15:26:52  Dennis Han - 50356  Narrative: Dispatch received by unit 2A7
12/03/2015 15:29:03  Jonathan Plummer - 50680  Narrative: Dispatch received by unit 2B25
12/03/2015 15:29:30  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/03/2015 15:51:01  Victoria Fish - 50515  Narrative: SOUTH PLOT OF 1365 S WATERMAN AVE - CP NEW LOCATION
12/03/2015 16:20:42  Tiffany Dorsett - 50799  Narrative: Dispatch received by unit 1B18
12/03/2015 16:26:04  Robert Snyder - 50469  Narrative: Dispatch received by unit 1B10
12/03/2015 16:35:33  Anthony Castro - 50730  Narrative: Dispatch received by unit 2D18
12/03/2015 17:09:51  Melissa Scherfenberg - 50411  Narrative: 2██████████████████ UPCOMING PRESS CONFRENCE
12/03/2015 18:58:55  Dennis Han - 50356  Narrative: Dispatch received by unit 2A7

12/03/2015 19:08:39  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/03/2015 19:08:43  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/03/2015 19:12:50  Charles Vest - 50904  Narrative: Dispatch received by unit 4C22
12/03/2015 19:14:58  Anthony Castro - 50730  Narrative: Dispatch received by unit 2D18
12/03/2015 19:25:07  Darren Sims - 50908  Narrative: Dispatch received by unit 4D22
12/03/2015 19:31:58  Edward Flores - 50665  Narrative: flores and mccarthy out of scene
12/03/2015 19:38:19  Jonathan Plummer - 50680  Narrative: 2B25 - J. PLUMMER CLEARED FROM SCENE. REPLACED BY M. FLINT
12/03/2015 19:43:31  Serbando Saenz - 50750  Narrative: Dispatch received by unit X7
12/03/2015 19:57:54  Steve Desrochers - 50249  Narrative: Dispatch received by unit 3D6
12/03/2015 19:59:13  Mario Molina - 50569  Narrative: Dispatch received by unit 4A11
12/03/2015 20:01:48  Melissa Flint - 50654  Narrative: Dispatch received by unit 3D13
12/03/2015 20:07:18  Steve Desrochers - 50249  Narrative: Dispatch received by unit 3D6
12/03/2015 20:28:30  Karen Desrochers - 50399  Narrative: ** HAVE THE LOG/3D6 **
12/03/2015 20:32:37  Roberto Retamoza - 50705  Narrative: relieved by 3d6
12/03/2015 20:43:13  Karen Desrochers - 50399  Narrative: *** THE KEYS TO THE CRIME SCENE BLDG ARE IN 3S77'S POSESSION***
12/03/2015 23:33:37  Darren Sims - 50908  Narrative: Dispatch received by unit 4D22
12/04/2015 05:25:06  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/04/2015 05:25:19  Melissa Flint - 50654  Narrative: Dispatch received by unit 3D13
12/04/2015 05:25:50  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/04/2015 05:26:15  Steve Desrochers - 50249  Narrative: Dispatch received by unit 3D6
12/04/2015 05:27:19  Charles Vest - 50904  Narrative: Dispatch received by unit 4C22
12/04/2015 05:28:53  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/04/2015 06:02:30  Karschner  Narrative: OPERATIONS CHANNEL WILL BE 7-EVC-3
12/04/2015 06:45:06  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/04/2015 07:41:14  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/04/2015 07:44:31  Dominick Martinez - 50788  Narrative: Dispatch received by unit 1D21
12/04/2015 07:44:52  Marcus Pesquera - 50917  Narrative: Dispatch received by unit 1D24
12/04/2015 07:54:52  Jarred Heim - 50967  Narrative: Dispatch received by unit 1A18
12/04/2015 08:00:37  Frank Fuentes - 50747  Narrative: Dispatch received by unit 1A17
12/04/2015 08:18:04  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/04/2015 08:21:27  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/04/2015 08:40:15  Shaun Sandoval - 50532  Narrative: Dispatch received by unit 1C4
12/04/2015 15:09:53  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/04/2015 15:55:40  Karschner  Narrative: PER S10, NEED CITY CREWS/STREETS BRING 40 A-FRAME BARRICADES TO TTHE COMMAND POST
12/04/2015 15:55:45  Karschner  Narrative: CITY CALL ENTERD
12/04/2015 15:57:32  Karschner  Narrative: CITY ETA FOR BARRICADES IS 75 MIN
12/04/2015 17:21:08  Anthony Castro - 50730  Narrative: Dispatch received by unit 2D18
12/04/2015 17:21:51  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/04/2015 18:33:48  Arnold Mathias - 50821  Narrative: Dispatch received by unit 2A19
12/04/2015 18:34:42  Karen Desrochers - 50399  Narrative: PER W/C, SEND 1 SHFT 2 SGT AND 2 SHFT 2 UNITS TO THE CP AT 1425 S WATERMAN ....FOR S10'S RELIEF
12/04/2015 18:39:50  John Vasek - 50075  Narrative: Dispatch received by unit 2S20
12/04/2015 18:44:40  Edward Flores - 50665  Narrative: Dispatch received by unit 2I35
12/04/2015 18:47:54  Edward Flores - 50665  Narrative: Dispatch received by unit 2I35
12/04/2015 18:57:46  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/04/2015 19:04:22  Jose Alvarez - 50925  Narrative: Dispatch received by unit 4B24
12/04/2015 19:10:00  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/04/2015 19:46:51  Melissa Scherfenberg - 50411  Narrative: CONTROL WAS RELINQUISHED AT APPROX 1530 HRS
12/04/2015 19:47:04  Melissa Scherfenberg - 50411  Narrative: CORRECTION, LAST WAS PER S14
12/04/2015 21:15:19  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/04/2015 21:17:34  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/04/2015 21:23:51  Darren Sims - 50908  Narrative: Dispatch received by unit 4D22
12/04/2015 21:36:19  Charles Dai - 50360  Narrative: Dispatch received by unit 3B7
12/04/2015 22:08:10  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/04/2015 22:28:56  Schenelle Guebara - 50644  Narrative: MOREDATE: 12/04/15 TIME: 22:28  PENDING MASTER FILE RECORD LIC#:      YRMD:91 MAKE:LEXS BTM :4D VIN :JT8VV22T7M0146202  R/O :GRAHAM JASMINE, 10012 BASELINE RD CITY:ALTA LOMA C.C.:36  ZIP#:91701  SOLD:00/00/91 RCID:02/21/15 LOCD:0  TYPE:11 POWR:G VEH :12 BODY:0 CLAS:AC *-YR:13   END
12/04/2015 22:55:18  Charles Dai - 50360  Narrative: Dispatch received by unit 3B7
12/05/2015 01:33:24  Mario Molina - 50569  Narrative: Dispatch received by unit 4A11

Exhibit A

12/05/2015 03:20:04  Charles Vest - 50904  Narrative: Dispatch received by unit 4C22
12/05/2015 04:13:10  Ryan Schuelke - 50924  Narrative: Dispatch received by unit 4D25
12/05/2015 06:56:57  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/05/2015 06:59:31  Marcus Pesquera - 50917  Narrative: Dispatch received by unit 1D24
12/05/2015 06:59:34  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/05/2015 07:01:31  Nathan Barilics - 50562  Narrative: Dispatch received by unit 1C5
12/05/2015 07:32:18  Rebecca Meyer - 50701  Narrative: Dispatch received by unit 1I80
12/05/2015 08:09:32  Veronica Feltzs - 50757  Narrative: NEED FIRE DEPT TO COME NORTH ON WATERMAND FROM HOSP
FOR A WASH DOWN
12/05/2015 08:15:11  Joseph Shuck - 50252  Narrative: Dispatch received by unit 1D27
12/05/2015 09:47:26  Michael Fowler - 50088  Narrative: Dispatch received by unit 1A5
12/05/2015 09:47:48  Michael Fowler - 50088  Narrative: Dispatch received by unit 1A5
12/05/2015 09:49:34  Sharla Dollins - 50930  Narrative: Dispatch received by unit 3I83
12/05/2015 10:01:34  Dominick Martinez - 50788  Narrative: Dispatch received by unit 1D21
12/05/2015 10:01:39  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/05/2015 10:08:13  Michael Fowler - 50088  Narrative: Dispatch received by unit 1A5
12/05/2015 14:28:16  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/05/2015 17:15:14  Dominick Martinez - 50788  Narrative: Dispatch received by unit 1D21
12/05/2015 18:06:59  Dominick Martinez - 50788  Narrative: ENR STATION DOWNLOAD PUMA  FOR STENO
12/05/2015 18:33:13  Dominick Martinez - 50788  Narrative: FOLLOW UP RPT OF SCENE AT 1395 S. WATERMAN AVE.
12/05/2015 19:30:07  Jose Alvarez - 50925  Narrative: Dispatch received by unit 4B24
12/05/2015 19:31:03  Charles Vest - 50904  Narrative: Dispatch received by unit 4C22
12/05/2015 19:31:30  Garrett Hoefer - 50781  Narrative: Dispatch received by unit 4C14
12/05/2015 19:35:18  Darren Sims - 50908  Narrative: Dispatch received by unit 4D22
12/05/2015 19:35:45  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/05/2015 20:01:22  David Evans - 50642  Narrative: CLR FROM CP.
12/05/2015 20:03:00  Darren Sims - 50908  Narrative: Dispatch received by unit 4D22
12/05/2015 20:13:00  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/05/2015 21:28:15  Jonathan Keil - 50839  Narrative: Dispatch received by unit K93
12/06/2015 06:47:36  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/06/2015 06:51:48  Nathan Barilics - 50562  Narrative: Dispatch received by unit 1C5
12/06/2015 06:54:50  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/06/2015 07:04:51  Michael Fowler - 50088  Narrative: Dispatch received by unit 1A5
12/06/2015 08:00:02  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/06/2015 08:44:07  Todd Zeigler - 50115  Narrative: Dispatch received by unit 1S23
12/06/2015 08:54:24  Marcus Pesquera - 50917  Narrative: Dispatch received by unit 1D24
12/06/2015 09:44:09  Robert Snyder - 50469  Narrative: Dispatch received by unit 1B10
12/06/2015 09:44:58  Angelica Ordonez - 50618  Narrative: Dispatch received by unit 1I81
12/06/2015 09:52:04  Shane Thwaites - 50294  Narrative: Dispatch received by unit 1B5
12/06/2015 09:59:19  Shane Thwaites - 50294  Narrative: Dispatch received by unit 1B5
12/06/2015 10:09:15  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/06/2015 10:47:39  John Vasek - 50075  Narrative: Dispatch received by unit 2S20
12/06/2015 12:17:51  Sharly Eckley - 50378  Narrative: 2S24 97
12/06/2015 12:18:28  Sharly Eckley - 50378  Narrative: INPUT 2S24 LAST IN ERROR
12/06/2015 13:41:04  Dave Carlson - 50388  Narrative: Dispatch received by unit 2S22
12/06/2015 15:01:25  Edward Flores - 50665  Narrative: Dispatch received by unit 2I35
12/06/2015 15:11:56  John Vasek - 50075  Narrative: Dispatch received by unit 2S20
12/06/2015 15:24:43  Samuel Moriyama - 50956  Narrative: Dispatch received by unit P70
12/06/2015 17:40:57  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/06/2015 19:13:57  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/06/2015 19:39:29  Erick Martin - 50675  Narrative: Dispatch received by unit 3D13
12/06/2015 19:42:10  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/06/2015 19:47:21  Steve Turner - 50502  Narrative: Dispatch received by unit 3S37
12/06/2015 20:13:47  Erick Martin - 50675  Narrative: Dispatch received by unit 3D14
12/06/2015 20:23:23  Melissa Flint - 50654  Narrative: Dispatch received by unit 3D13
12/06/2015 20:33:59  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/06/2015 23:43:12  Steve Desrochers - 50249  Narrative: Dispatch received by unit 3D6
12/07/2015 03:23:47  Charles Vest - 50904  Narrative: Dispatch received by unit 4C22
12/07/2015 06:55:38  Erick Martin - 50675  Narrative: Dispatch received by unit 3D14
12/07/2015 06:55:50  David Baughman - 50431  Narrative: Dispatch received by unit 3S77
12/07/2015 06:55:51  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/07/2015 06:56:07  Nathan Barilics - 50562  Narrative: Dispatch received by unit 1C5
12/07/2015 06:58:42  Nathan Barilics - 50562  Narrative: Dispatch received by unit 1C5

33
Exhibit A

12/07/2015 07:04:51  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/07/2015 07:05:02  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/07/2015 07:16:09  Joseph Shuck - 50252  Narrative: Dispatch received by unit 1D27
12/07/2015 07:23:04  Arnold Mathias - 50821  Narrative: Dispatch received by unit 2A19
12/07/2015 07:25:24  Edward Lee - 50582  Narrative: Dispatch received by unit 1B12
12/07/2015 07:48:09  Manuel Gaitan - 50533  Narrative: Dispatch received by unit 1S32
12/07/2015 07:58:21  Dennis Han - 50356  Narrative: Dispatch received by unit 2A7
12/07/2015 08:47:31  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/07/2015 08:56:24  Anthony Castro - 50730  Narrative: Dispatch received by unit 2D18
12/07/2015 08:58:58  Jesus Martinez - 50266  Narrative: Dispatch received by unit 1D4
12/07/2015 13:54:00  Jeffrey Harvey - 50274  Narrative: Dispatch received by unit 2S6
12/07/2015 18:59:54  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/07/2015 19:07:35  Andrew Petree - 50936  Narrative: Dispatch received by unit 2B26
12/07/2015 19:08:03  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/07/2015 19:09:39  Garett Prinz - 50709  Narrative: Dispatch received by unit K91
12/07/2015 19:55:47  Francisco Hernandez - 50630  Narrative: Dispatch received by unit 4S35
12/08/2015 05:26:29  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/08/2015 05:26:36  Andrew Petree - 50936  Narrative: Dispatch received by unit 2B26
12/08/2015 05:29:13  Herlinda Rodriguez - 50970  Narrative: Dispatch received by unit 3C27
12/08/2015 05:39:39  Brett Keil - 50916  Narrative: Dispatch received by unit 4B23
12/08/2015 05:39:59  Francisco Hernandez - 50630  Narrative: Dispatch received by unit 4S35
12/08/2015 05:46:57  Andrew Petree - 50936  Narrative: Dispatch received by unit 2B26
12/08/2015 07:18:12  Rhonda Holguin - 50451  Narrative: Dispatch received by unit 1I77
12/08/2015 07:26:14  Manuel Valenzuela - 50866  Narrative: Dispatch received by unit 4A21
12/08/2015 07:31:13  Rhonda Holguin - 50451  Narrative: Dispatch received by unit 1I77
12/08/2015 07:32:38  Ryan Schuelke - 50924  Narrative: Dispatch received by unit 4D25
12/08/2015 07:41:49  Todd Zeigler - 50115  Narrative: Dispatch received by unit 1S23
12/08/2015 07:55:16  Steven Taylor - 50842  Narrative: Dispatch received by unit 4C19
12/08/2015 07:55:40  Donald Sawyer - 50818  Narrative: Dispatch received by unit D63
12/08/2015 07:59:07  Alberto Ramirez - 50646  Narrative: Dispatch received by unit 4I43
12/08/2015 08:10:06  Michael Paluzzi - 50919  Narrative: Dispatch received by unit 1A22
12/08/2015 11:53:19  Veronica Feltz - 50757  Narrative: WB LANE
12/08/2015 15:41:17  David Rosas - 24925  Narrative: Dispatch received by unit 1A3
12/08/2015 18:00:23  William Porch - 50734  Narrative: Dispatch received by unit 1C13
12/08/2015 18:07:43  Manuel Gaitan - 50533  Narrative: Dispatch received by unit S32
12/08/2015 18:40:38  Anthony Castro - 50730  Narrative: Dispatch received by unit 2D18
12/08/2015 22:01:58  Lyle Reyes - 50049  Narrative: Dispatch received by unit 3A4
12/08/2015 22:02:25  Roberto Retamoza - 50705  Narrative: Dispatch received by unit 2D16
12/08/2015 22:02:28  Gregory Brown - 50902  Narrative: Dispatch received by unit 3A13
12/08/2015 22:02:43  Dennis Han - 50356  Narrative: Dispatch received by unit 2A7
12/08/2015 22:03:30  Jonathan Plummer - 50680  Narrative: Dispatch received by unit 2B25
12/08/2015 22:58:37  Janie Cozine - 50766  Narrative: Dispatch received by unit 2B17
12/09/2015 00:16:37  Edward Flores - 50665  Narrative: Dispatch received by unit 2I35
12/09/2015 01:31:55  Brent Baker - 50387  Narrative: Dispatch received by unit 3I40
12/09/2015 01:53:12  Steven Taylor - 50842  Narrative: Dispatch received by unit 4C19
12/09/2015 02:06:28  Jesus Vega - 50603  Narrative: Dispatch received by unit 3A13
12/09/2015 03:55:30  John Echevarria - 50519  Narrative: Dispatch received by unit 4I39
12/09/2015 06:25:29  Garrett Hoefer - 50781  Narrative: Dispatch received by unit 4C14
12/09/2015 07:10:19  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/09/2015 07:29:18  Jose Castro - 50648  Narrative: Dispatch received by unit 1C11
12/09/2015 07:53:03  Alberto Ramirez - 50646  Narrative: Dispatch received by unit 4I43
12/09/2015 08:27:59  Alberto Ramirez - 50646  Narrative: Dispatch received by unit 4I43
12/09/2015 12:53:05  Shaun Sandoval - 50532  Narrative: Dispatch received by unit 1C4
12/09/2015 12:53:05  Ronald Whitmer - 50343  Narrative: Dispatch received by unit 1C2
12/09/2015 14:50:23  Dennis Han - 50356  Narrative: Dispatch received by unit 2A7
12/09/2015 16:17:58  Siobhan Sansone - 50207  Narrative: Dispatch received by unit 1S1
12/09/2015 17:10:49  John Macias - 50165  Narrative: Dispatch received by unit 2I34
12/09/2015 17:50:17  Leo Dooley - 25525  Narrative: CLOSING DOWN THE CP ALL RESOURCES CLEARING THERE WILL BE A CANDLELIGHT VIGIL THERE TONIGHT UNRELATED

34
Exhibit A

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
SAN BERNARINO DISTRICT ATTORNEY
Gary R. Fagan, Chief Deputy District Attorney
303 W. Third St., Fifth Floor
San Bernardino, CA, 92415-0004
(909) 382-7766

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203

CASE NUMBER

ED 16-CM-00010-SP

## PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of SAN BERNARDINO _____, State of California, and not a party to the above-entitled cause. On March 3 _____, 20 16 _____, I served a true copy of San Bernardino County District Attorney Amicus Curiae Brief in Support of the United States Government by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: 303 W. Third Street, San Bernardino, CA, 92415-0004 _____
Executed on March 3 _____, 20 16 _____ at San Bernardino _____, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Brent J. Schultze _____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____
*Signature*

_____
*Party Served*

Parties Served:

Allen W. Chiu
AUSA – Office of United States
Attorney
312 N. Spring Street, Suite 1300
Los Angeles, CA, 90012

Tracy L. Wilkison
AUSA – Office of United States
Attorney
312 N. Spring Street, 11th Floor
Los Angeles, CA, 90012-4700

Theodore J. Boutros, Jr.
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA, 90071-3197

Nicola T. Hanna
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive, 12th Floor
Irvine, CA, 92612-4412

Eric D. Vandevelde
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA, 90071-3197

Jeffrey G. Landis
Zwillgen PLLC
1900 M Street NW, Suite 250
Washington, DC, 20036

Theodore B. Olson
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC, 20036-5306