JENNIFER STISA GRANICK (SBN 168423)
jennifer@law.stanford.edu
RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:   (650) 736-8675
Facsimile:    (650) 725-4086

Attorneys for [Proposed] *Amici Curiae*
iPhone Security and Applied Cryptography Experts

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF [PROPOSED] *AMICI CURIAE* IPHONE SECURITY AND APPLIED CRYPTOGRAPHY EXPERTS FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOVANT APPLE INC.<br><br>**Hearing:**<br>Date:       March 22, 2016<br>Time:      1:00 p.m.<br>Place:     Courtroom 3 or 4<br>Judge:    Hon. Sheri Pym |

1  The Court has received the Application of [Proposed] *Amici Curiae* iPhone
2  Security and Applied Cryptography Experts for Leave to File Brief in Support of
3  Movant Apple Inc. in the above-captioned matter. Having reviewed the
4  Application, the proposed *amici curiae* brief attached thereto, and related papers
5  filed therewith, and good cause appearing, the Application is hereby GRANTED.
6  The Clerk is respectfully directed to file the *amici curiae* brief and related papers
7  and add *amici curiae* to the ECF docket for this action.

SO ORDERED.

Dated: March 4, 2016

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF