

LODGED

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-CM-00010 (SP)<br><br>[PROPOSED] ORDER GRANTING GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR, AND ROBERT VELASCO'S APPLICATION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND FILE AN AMICUS CURIAE BRIEF |

*Amici curiae*, close relatives of those killed by a terrorist attack on a holiday party hosted by the County of San Bernardino's Department of Public Health, have requested leave to appear as *amici curiae* and to file an *amicus curiae* brief in this matter. ~~support of Judge James Orenstein's February 29, 2016 order requiring Apple, Inc. to assist in the execution of a search warrant issued by the United States District Court, Eastern District of New York.~~

Having considered the arguments and authorities offered by all sides to this proceeding, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application For Leave to Appear as *Amici Curiae* brought by (Amici) be and hereby is GRANTED and that the Amicus Curiae Brief ~~attached as Exhibit (A) to this Application~~ is deemed filed with this Court

Dated: March 3, 2016

_____
The Honorable Sheri Pym

[PROPOSED] ORDER GRANTING AMICI'S APPLICATION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND FILE AN AMICUS CURIAE BRIEF

*IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203*

Case No: 5:16-CM-00010 (SP)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Larson O'Brien LLP, 555 S. Flower Street, Suite 4400, Los Angeles, CA 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING AMICI'S APPLICATION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND FILE AN AMICUS CURIAE BRIEF**

☐ (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐ (BY FAX) I transmitted via facsimile, from facsimile number 213-623-2000, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

☐ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

1

*PROOF OF SERVICE*

☐ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☒ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2016 at Los Angeles, California.

_____
Yvonne Gutierrez

2
*PROOF OF SERVICE*

*IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203*

Case No: 5:16-CM-00010 (SP)

## SERVICE LIST

Allen W. Chiu                                    Attorneys for Plaintiff, USA
AUSA – Office of US Attorney
National Security Section
312 North Spring Street, Ste 1300
Los Angeles, CA  90012
Tel: 213.894.2435
Fax: 213.894-6436
Email: allen.chiu@usdoj.gov

Tracy L. Wilkison                                Attorneys for Plaintiff, USA
AUSA Office of US Attorney
Chief, Cyber and Intellectual Property
Crimes Section
312 North Spring Street, 11th Floor
Los Angeles, CA  90012-4700
Tel: 213.894-0622
Fax: 213.894.0141
Email:  tracy.wilkison@usdoj.gov

Theodore J. Boutrous, Jr.                        Attorneys for Respondent, *Apple Inc.*
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel: 213. 299. 7000
Fax: 213. 229.7520
Email: tboutrous@gibsondunn.com

3
*PROOF OF SERVICE*