Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943 - telephone
(703) 888-1930 - facsimile
jbinnall@harveybinnall.com

LODGED
2016 MAR -3 PM 4:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Search of an iPhone Seized During the Execution of a Search Warrant...

                    Plaintiff(s)

        v.

                    Defendant(s).

CASE NUMBER

ED No. CM 16-10 (SP)

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Binnall, Jesse R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

703-888-1943                703-888-1930
*Telephone Number*          *Fax Number*

jbinnall@harveybinnall.com
*E-Mail Address*

of  Harvey & Binnall, PLLC
    717 King Street, Suite 300
    Alexandria, VA 22314

    *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Lavabit

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☐ Defendant    ☒ Other: Amicus Curiae

and designating as Local Counsel

Grammer, William C.
*Designee's Name (Last Name, First Name & Middle Initial)*

290184
*Designee's Cal. Bar Number*

252-646-3063
*Telephone Number*

*Fax Number*

of  William Cody Grammer
    121 Breeze Ave
    Venice, CA 90291

    *Firm Name & Address*

    williamcgrammer@gmail.com
    *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☒ DENIED. Fee shall be returned by the Clerk, *if fee was submitted.*
☐ DENIED, for failure to pay the required fee.

Dated March 4, 2016

_____
~~U.S. District Judge~~/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*              Page 1 of 1