Stephen G. Larson (SBN: 145225)
  slarson@larsonobrienlaw.com
Jerry A. Behnke (SBN: 180462)
  jbehnke@larsonobrienlaw.com
Steven A. Haskins (SBN: 238865)
  shsaskins@larsonobrienlaw.com
Melissa A. Meister (SBN: 296744)
  mmeister@larsonobrienlaw.com
**LARSON O'BRIEN LLP**
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for **AMICUS CURIAE**
GREG CLAYBORN, JAMES GODOY,
HAL HOUSER, TINA MEINS, MARK
SANDEFUR, ROBERT VELASCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | Case No. 5:16-CM-00010 (SP)<br><br>**CORRECTED APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR, AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF**<br><br>Assigned to: The Hon. Sheri Pym |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that non-parties Greg Clayborn, James Godoy, Hal Houser, Tina Meins, Mark Sandefur, and Robert Velasco will and hereby do move for leave to file a brief as *amici curiae* in the above-captioned case. A copy of the proposed *amicus* brief is appended as Exhibit A to this motion.

District courts have broad discretion to permit third parties to participate in an action as *amicus curiae*. See *Ctr. for Biological Diversity v. U.S. Bureau of Land Mgmt.*, No. 09-CV-8011-PCT-PGR, 2010 WL 1452863, at *2 (D. Ariz. Apr. 12, 2010) ("A district court has broad discretion to permit individuals or entities in a case as *amici curiae*.") (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). The role of *amicus curiae* is to "provide assistance in a case of general interest, supplement the efforts of counsel in the case, and draw the court's attention to legal arguments that have escaped consideration." *Id.* Amicus curiae briefs are particularly appropriate when the legal issues in a case "have potential ramifications beyond the parties directly involved." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). This Court has invited parties to seek leave to submit *amicus* briefs in this action. (Dkt. No. 10.) Likewise, 18 U.S.C.A. § 3771(a) provides crime victims with the right to "reasonable, accurate, and timely notice of any public court proceeding . . . involving the crime" and "not to be excluded from any such public court proceeding." *See also Does v. United States*, 817 F. Supp. 2d 1337, 1342 (S. D. Fla. 2011) (holding that rights granted by the federal Crime Victims Rights Act attach even "before a complaint or indictment formally charges the defendant with a crime").

These *amici*, though non-parties in this action, have a unique perspective on the Court's decision in this matter. They are victims, and loved ones of victims, of the tragic mass shooting in San Bernardino, California on December 2, 2015.

2

CORRECTED APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR, AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF

- Gregory Clayborn lost his daughter, Sierra Clayborn.
- James Godoy lost his wife, Aurora Godoy.
- Tina Meins lost her father, Damian Meins.
- Mark Sandefur lost his son, Larry Daniel Eugene Kaufman.
- Robert Velasco lost his daughter, Yvette Velasco.
- Hal Houser attended the party and personally witnessed the horrors of the December 2 tragedy but, thankfully, survived.

As victims and family members of the victims of this act of terrorism, *amici* are afforded the rights enumerated in the Crime Victims' Rights Act. *See* 18 U.S.C.A. § 3771(e)(2)(B) ("In the case of a crime victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardians of the crime victim or the representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter[.]")

*Amici*'s perspectives are at the crossroads of those offered by the United States and Apple. They are individuals who own and use smartphones and other mobile technology on a daily basis. They are also victims of this terrible tragedy and have a unique interest in the United States' investigation of the iPhone in its custody. As such, *amici* have a unique perspective on the law and policy implications of this Court's decision. Whereas much of the public and legal debate has focused on the potentially global ramifications of the Court's order, *amici* respectfully seek to remind all parties of the terrible crime—an act of terrorism— the United States must investigate to its fullest. Ultimately, this is a situation where no stone can be left unturned.

///

///

///

For the foregoing reasons, *amici* respectfully seek leave to file the attached *amicus* brief with the Court.

Dated: March 4, 2016

LARSON O'BRIEN LLP

By: /s/ Stephen G. Larson

Stephen G. Larson
Attorneys for *Amicus Curiae*
Greg Clayborn, James Godoy, Hal Houser, Tina Meins, Mark Sandefur, and Robert Velasco

4

CORRECTED APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR, AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF

IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203

Case No: 5:16-CM-00010 (SP)

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is Larson O'Brien LLP, 555 S. Flower Street, Suite 4400, Los Angeles, CA 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**CORRECTED APPLICATION OF GREG CLAYBORN, JAMES GODOY, HAL HOUSER, TINA MEINS, MARK SANDEFUR, AND ROBERT VELASCO TO FILE AN *AMICUS CURIAE* BRIEF**

☐ (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐ (BY FAX) I transmitted via facsimile, from facsimile number 213-623-2000, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

☐ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

| | | |
|---|---|---|
| 1 | ☒ | (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served. |
| 2 | | |
| 3 | | |
| 4 | ☒ | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 5 | | |

Executed on March 4, 2016 at Los Angeles, California.

_____
Yvonne Gutierrez

*IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203*

Case No: 5:16-CM-00010 (SP)

## SERVICE LIST

| | |
|---|---|
| Allen W. Chiu<br>AUSA – Office of US Attorney<br>National Security Section<br>312 North Spring Street, Ste 1300<br>Los Angeles, CA 90012<br>Tel: 213.894.2435<br>Fax: 213.894-6436<br>Email: allen.chiu@usdoj.gov | Attorneys for Plaintiff, USA |
| Tracy L. Wilkison<br>AUSA Office of US Attorney<br>Chief, Cyber and Intellectual Property Crimes Section<br>312 North Spring Street, 11th Floor<br>Los Angeles, CA 90012-4700<br>Tel: 213.894-0622<br>Fax: 213.894.0141<br>Email: tracy.wilkison@usdoj.gov | Attorneys for Plaintiff, USA |
| Theodore J. Boutrous, Jr.<br>Gibson Dunn and Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: 213. 299. 7000<br>Fax: 213. 229.7520<br>Email: tboutrous@gibsondunn.com | Attorneys for Respondent, *Apple Inc.* |