DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Amy L. Landers (SBN 169491)
Professor of Law
Drexel University Thomas R. Kline School of Law
3200 Market Street
Philadelphia, PA 19104
Telephone: 215-571-4795

Attorneys for *Amicus Curiae*
Law Professors

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | Case No. CM 10-16-SP<br><br>**NOTICE OF APPEARANCE OF MARK A. LEMLEY**<br><br>Ctrm: 3 or 4 - 3rd Floor<br>Judge: Honorable Sheri Pyn |

NOTICE OF APPEARANCE / CASE NO. CM 10-16-SP

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Mark A. Lemley in the above-referenced action as counsel for *Amicus Curiae* Law Professors and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
217 Leidesdorff Street
San Francisco, CA 94111
Email: mlemley@durietangri.com

Dated: 3/3/2016

DURIE TANGRI LLP

By: _____
MARK A. LEMLEY

Attorneys for *Amicus Curiae* Law Professors

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On March 3, 2016, I served the following documents in the manner described below:

**NOTICE OF APPEARANCE OF MARK A. LEMLEY**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from mfeldman@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Eric David Vandevelde
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
2132297186
Fax: 2132296186
Email:

Theodore J Boutrous, Jr.
Gibson Dunn and Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900713197
2132297000
Fax: 2132297520


| | |
|---|---|
| evandevelde@gibsondunn.com | Email: tboutrous@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Jeffrey G Landis<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: jeff@zwillgen.com | Theodore B Olson<br>Gibson Dunn and Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 200365306<br>2029558668<br>Fax: 2025309575<br>Email: tolson@gibsondunn.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Nicola T Hanna<br>Gibson Dunn and Crutcher LLP<br>3161 Michelson Drive 12th Floor<br>Irvine, CA 926124412<br>9494513800<br>Fax: 9494514220<br>Email: nhanna@gibsondunn.com | Marc J Zwillinger<br>Zwillgen PLLC<br>1900 M Street NW Suite 250<br>Washington, DC 20036<br>2022963585<br>Fax: 2027065298<br>Email: marc@zwillgen.com |
| *Attorneys for Respondent Apple Inc.* | *Attorneys for Respondent Apple Inc.* |
| Allen W Chiu<br>AUSA Office<br>of US Attorney<br>National Security Section<br>312 North Spring Street Suite 1300<br>Los Angeles, CA 90012<br>2138942435<br>Fax: 2138946436<br>Email: allen.chiu@usdoj.gov | Tracy L Wilkison<br>AUSA Office of US Attorney<br>Chief, Cyber and Intellectual Property<br>Crimes Section<br>312 North Spring Street 11th Floor<br>Los Angeles, CA 900124700<br>2138940622<br>Fax: 2138940141<br>Email: tracy.wilkison@usdoj.gov |
| *Attorneys for USA* | *Attorneys for USA* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2016, at San Francisco, California.

                                              MICHAEL A. FELDMAN