# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant.<br><br>v.<br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER<br><br>5:16-cm-00010-SP<br><br>**APPLICATION FOR REFUND OF FEES; ORDER THEREON** |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

| | |
|---|---|
| Name of Applicant: | Mark E. Haddad |
| Amount Paid: | $ 325 |
| Requested Refund Amount | $ 325 |
| Document Title and Docket #: | N/A |
| Transaction Date: | March 04, 2016 |
| Receipt Number:<br>(If paid by cash/check only) | |

**Reason for refund request:**

[x] Duplicate or unnecessary payment submitted

[ ] Overpayment of a required filing fee

[ ] Pro hac vice application denied

[x] Other: A docket entry was never created for the payment made in Section II, as it was canceled. We filed and paid for two pro hac vice applications [Dkt. Nos. 85 and 88], but inadvertently paid for three. Please note that the Tracking ID below does not match the Tracking IDs for Dkt. Nos. 85 and 88.

## SECTION II
(Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

| | |
|---|---|
| Account Holder Name: | Sidley Austin LLP |
| Pay.gov Tracking ID: | 25QAOTJM |
| Agency Tracking ID: | 0973-17406302 |

*For Court Use Only*

**Fiscal Department**

[ ] Refund issued

[ ] Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

    [ ] GRANTED

    [ ] DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED      [ ] DENIED

_____
United States District/Magistrate Judge

**Bigley, Nicole**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, March 04, 2016 2:51 PM |
| **To:** | Haddad, Mark E.; Brown, Masa |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25QAOTJM
Agency Tracking ID: 0973-17406302
Transaction Type: Sale
Transaction Date: Mar 4, 2016 5:50:50 PM

Account Holder Name: Sidley Austin LLP
Transaction Amount: $325.00
Card Type: Visa
Card Number: ************6002


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.