FILED

MAR - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10-SP<br><br>*DENYING*<br>[~~PROPOSED~~] ORDER ~~GRANTING~~ MOTION OF INTEL CORPORATION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE<br><br>Judge:          Hon. Sheri Pym |

2016 MAR 3  AM 11: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY___

The Court, having considered the Motion of Intel Corporation for Leave to File Brief as Amicus Curiae, and having found good cause for the relief sought, HEREBY ORDERS that the Motion is GRANTED and that the Brief of Amicus Curiae attached to the Motion is deemed filed with this Court.

Dated: _____          _____

Hon. Sheri Pym
United States Magistrate Judge

DENIED
BY ORDER OF
SHERI PYM
UNITED STATES MAGISTRATE JUDGE
ON March 7, 2016

Reason: brief not signed by an attorney admitted to practice before this court. See Local Rules 11-1, 83-2.1.1.1, 83-2.1.3.3.

LODGED