Name and address:

Kannon K. Shanmugam
Williams & Connolly LLP
725 Twelfth St. NW
Washington DC 20005
(202) 434-5000

2016 MAR -3  AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | CASE NUMBER<br>5:16-cm-00010-SP<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Shanmugam, Kannon K.

*Applicant's Name (Last Name, First Name & Middle Initial)*

Williams & Connolly LLP

*Firm Name*

725 Twelfth St. NW

*Street Address*

Washington, DC, 20005

*City, State, Zip Code*

202-434-5000    *Telephone Number*    202-434-5029    *Fax Number*

kshanmugam@wc.com    *E-Mail Address*

**I have been retained to represent the following parties:**

Intel Corporation                ☐ Plaintiff  ☐ Defendant  ☒ Other: Amicus
                                 ☐ Plaintiff  ☐ Defendant  ☐ Other: _____

*Name(s) of Party(ies) Represented*

**List all courts to which you have been admitted and the current status of your membership:**

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| All courts of the State of Kansas | September 14, 2001 | Yes |
| All courts of the District of Columbia | April 27, 2001 | Yes |
| Supreme Court of the United States | May 24, 2004 | Yes |
| U.S. Court of Appeals for the D.C. Cir. | October 22, 2008 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  2-29-16                Kannon K. Shanmugam
                              *Applicant's Name (please type or print)*

                              *[signature]* Kannon K. Shanmugam
                              *Applicant's Signature*

### SECTION III - DESIGNATION OF LOCAL COUNSEL

Faulkner, William
*Designee's Name (Last Name, First Name & Middle Initial)*

McManis Faulkner
*Firm Name*

One California Plaza
300 So. Grand Ave., 37th Fl.
*Street Address*

Los Angeles, CA, 90071
*City, State, Zip Code*

408-279-8700
*Telephone Number*

408-279-3244
*Fax Number*

wfaulkner@mcmanislaw.com
*E-Mail Address*

SBN: 83385
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated 3/2/16

William Faulkner
*Designee's Name (please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts to Which I have been Admitted:
--U.S. Court of Appeals for the Federal Circuit: September 19, 2001
--U.S. Court of Appeals for the First Circuit: February 26, 2010
--U.S. Court of Appeals for the Second Circuit: September 29, 2003
--U.S. Court of Appeals for the Third Circuit: February 8, 2002
--U.S. Court of Appeals for the Fourth Circuit: May 14, 2001
--U.S. Court of Appeals for the Fifth Circuit: January 5, 2004
--U.S. Court of Appeals for the Sixth Circuit: April 6, 2009
--U.S. Court of Appeals for the Seventh Circuit: January 25, 2002
--U.S. Court of Appeals for the Eighth Circuit: May 28, 2010
--U.S. Court of Appeals for the Ninth Circuit: April 6, 2009
--U.S. Court of Appeals for the Tenth Circuit: May 16, 2001
--U.S. Court of Appeals for the Eleventh Circuit: May 11, 2001
--U.S. District Court for the District of Kansas: April 27, 2001
--U.S. District Court for the District of D.C.: August 5, 2002
--U.S. District Court for the District of Massachusetts: November 4, 2013
I am a member in good standing in such courts.



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### KANNON K. SHANMUGAM

was on **SEPTEMBER 14, 2001** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **FEBRUARY 29, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Acting Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 27, 2001,

KANNON KUMAR SHANMUGAM

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 25th day of February, 2016.

*Douglas T. Shima*
*Acting Clerk of the Supreme Court of Kansas*