Name and address:
Daniel F. Katz
Williams & Connolly LLP
725 Twelfth St. NW
Washington DC 20005
(202) 434-5000

ORIGINAL LODGED
2016 MAR -3 AM 11: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | CASE NUMBER<br>5:16-cm-00010-SP<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Katz, Daniel F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Williams & Connolly LLP
*Firm Name*

725 Twelfth St. NW
*Street Address*

Washington, DC, 20005
*City, State, Zip Code*

202-434-5000
*Telephone Number*

202-434-5029
*Fax Number*

dkatz@wc.com
*E-Mail Address*

**I have been retained to represent the following parties:**

Intel Corporation    ☐ Plaintiff  ☐ Defendant  ☒ Other: Amicus
                     ☐ Plaintiff  ☐ Defendant  ☐ Other:
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| All courts of the State of Missouri | April 28, 1984 | Yes |
| All courts of the District of Columbia | December 17, 1984 | Yes |
| U.S. Court of Appeals for the Tenth Cir. | May 17, 1984 | Yes |
| U.S. Court of Appeals for the Fourth Cir. | May 1, 1985 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 13-CV-5812 (CBM) | Truecar, Inc. v. Sonic Automotive, Inc., et al | January 13, 2014 | Granted |
| 13-CV-1927-JVS-RNB | Michael Applebaum v. AutoNation, Inc. and Costa Mesa Cars, Inc. | January 6, 2014 | Granted |
| 13-CV-04455-BRO-AGR | Pavel Djukich v. AutoNation, Inc. | June 27, 2013 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 2/26/16

Daniel F. Katz
Applicant's Name (please type or print)

_____
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Faulkner, William
*Designee's Name (Last Name, First Name & Middle Initial)*

McManis Faulkner
*Firm Name*

One California Plaza
300 So. Grand Ave., 37th Fl.
*Street Address*

Los Angeles, CA, 90071
*City, State, Zip Code*

408-279-8700
*Telephone Number*

408-279-3244
*Fax Number*

wfaulkner@mcmanislaw.com
*E-Mail Address*

SBN: 83385
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated 3/2/16

William Faulkner
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts to Which I have been Admitted:
--U.S. Court of Appeals for the Eleventh Circuit: February 18, 1986
--U.S. Court of Appeals for the Fifth Circuit: June 28, 1995
--U.S. Court of Appeals for the Ninth Circuit: June 9, 1997
--U.S. Court of Appeals for the Second Circuit: November 22, 2010
--U.S. Court of Appeals for the Eighth Circuit: February 29, 2012
--U.S. District Court, District of Maryland: February 24, 1989
--U.S. District Court, District of Columbia: November 6, 1995
--U.S. District Court, District of Colorado: February 17, 1998
I am a member in good standing in such courts.



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### DANIEL F. KATZ

was on **DECEMBER 17, 1984,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **February 25 , 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/28/1984,

## Daniel Franklin Katz

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th day of February 2016.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri