ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
DAVID L. HAYES (CSB No. 122894)
dhayes@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
CIARA N. MITTAN (CSB No. 293308)
cmittan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for *Amici Curiae*
AVG Technologies, the Computer &
Communications Industry Association, Data
Foundry, Golden Frog, Internet Association,
and the Internet Infrastructure Coalition



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | EDNo. CM 16-10 (SP)<br><br>[PROPOSED] ORDER GRANTING MOTION OF AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE<br><br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Dept: 3 or 4 – 3rd Floor<br>Judge: The Hon. Sheri Pym |

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE BRIEF OF
*AMICI CURIAE*     1     Case No. 5:16-cm-00010-SP

The Court has considered the motion of AVG Technologies, the Computer & Communications Industry Association, Data Foundry, Golden Frog, the Internet Association, and the Internet Infrastructure Coalition ("*Amici*") for leave to appear as *amici curiae* and to file a brief in support of Apple's pending motion.

For good cause, the Court **HEREBY GRANTS** the motion and **ORDERS** that brief that accompanied the motion is **DEEMED FILED** with this Court. Counsel for *Amici* may now file their notices of appearance with the Court.

Dated: March 7, 2016

_____
The Honorable Sheri Pym
Judge of the United States District Court