ORIGINAL

1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  DAVID L. HAYES (CSB No. 122894)
   dhayes@fenwick.com
3  TYLER G. NEWBY (CSB No. 205790)
   tnewby@fenwick.com
4  CIARA N. MITTAN (CSB No. 293308)
   cmittan@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:  415.875.2300
7  Facsimile:   415.281.1350
8
   Attorneys for *Amici Curiae*
9  AVG Technologies, the Computer &
   Communications Industry Association, Data
10 Foundry, Golden Frog, Internet Association,
   and the Internet Infrastructure Coalition



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF ERRATA AND LODGING OF CORRECTED BRIEF OF *AMICI CURIAE* AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE**<br><br>Date:    March 22, 2016<br>Time:   1:00 p.m.<br>Dept:   3 or 4 – 3rd Floor<br>Judge: The Hon. Sheri Pym |

NOTICE OF ERRATA                                                                 ED NO.: CM 16-10 (SP)

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 3, 2016, AVG Technologies, The Computer & Communications Industry Association, Data Foundry, Golden Frog, The Internet Association, and the Internet Infrastructure Coalition ("*Amici Curiae*") filed the following document that contains several errors that *amici* seek to correct:

(i) Brief of *Amici Curiae* AVG Technologies, The Computer & Communications Industry Association, Data Foundry, Golden Frog, The Internet Association, and the Internet Infrastructure Coalition in Support of Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search, and Opposition to Government's Motion to Compel Assistance.

This document contained several errors in the Table of Authorities, minor typographical errors, and an incorrect footer. Counsel corrected these errors in the Corrected Brief. These errors did not affect the page length of the *amicus brief.*

| | |
|---|---|
| Dated: March 4, 2016 | FENWICK & WEST LLP<br><br>By: _____<br>Tyler G. Newby<br><br>Andrew P. Bridges<br>David L. Hayes<br>Tyler G. Newby<br>Ciara N. Mittan<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br>abridges@fenwick.com<br>dhayes@fenwick.com<br>tnewby@fenwick.com<br>cmittan@fenwick.com<br><br>Attorneys for *Amici Curiae* |

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following documents:

NOTICE OF ERRATA AND LODGING OF CORRECTED BRIEF OF *AMICI CURIAE* AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE

CORRECTED BRIEF OF *AMICI CURIAE* AVG TECHNOLOGIES, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, DATA FOUNDRY, GOLDEN FROG, THE INTERNET ASSOCIATION, AND THE INTERNET INFRASTRUCTURE COALITION IN SUPPORT OF APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH, AND OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL ASSISTANCE

on the interested parties in the subject action by transmitting a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Eileen M. Decker | Theodore B. Olson |
| United States Attorney | Theodore J. Boutrous, Jr. |
| Patricia A. Donahue | Nicola T. Hanna |
| Assistant United States Attorney | Eric D. Vandevelde |
| Chief, National Security Division | **GIBSON, DUNN & CRUTCHER** |
| Tracy L. Wilkison | 333 South Grand Avenue |
| Assistant United States Attorney | Los Angeles, CA 90071 |
| Chief, Cyber and Intellectual Property Crimes Section | tolson@gibsondunn.com |
| | tboutrous@gibsondunn.com |
| Allen W. Chiu | nhanna@gibsondunn.com |
| Assistant United States Attorney | evandevelde@gibsondunn.com |
| **TERRORISM AND EXPORT CRIMES SECTION** | |
|    1500 United States Courthouse | By Email and Hand Delivery |
|    312 North Spring Street | |
|    Los Angeles, California 90012 | |
|    Tracy.Wilkison@usdoj.gov | |
|    Allen.Chiu@usdoj.gov | |

By Email and Hand Delivery

Marc Zwillinger
Jeffrey G Landis
   **ZWILLGEN PLLC**
   1900 M Street NW Suite 250
   Washington, DC 20036
   202-296-3585
   Fax: 202-706-5298
   marc@zwillgen.com
   jeff@zwillgen.com

By Email and US Mail

☑   **BY E-MAIL:** by causing to be transmitted via e-mail the documents listed above to the addressees at the e-mail addresses listed above.

☑   **PERSONAL SERVICE:** I caused the documents listed to be delivered by hand on the offices of the addressees.

☑   **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: March 4, 2016

_____
Aurelia Nolen