RIANA PFEFFERKORN (SBN 266817)
riana@law.stanford.edu
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 721-1491
Facsimile:   (650) 725-4086

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>**Hearing:**<br>Date:        March 22, 2016<br>Time:        1:00 p.m.<br>Place:       Courtroom 3 or 4<br>Judge:      Hon. Sheri Pym |

**SECTION I - IDENTIFYING INFORMATION:**

Name: <u>Riana Pfefferkorn</u>        CA Bar Number: <u>266817</u>

Firm or Agency: <u>Stanford Law School, Center for Internet and Society</u>

Address: <u>559 Nathan Abbott Way, Stanford CA 94305</u>

Telephone Number: <u>650-721-1491</u>     Fax Number: <u>650-725-4086</u>

Email: <u>riana@law.stanford.edu</u>

Counsel of record for *Amici Curiae*: <u>iPhone Security and Applied Cryptography</u> <u>Experts</u>

**SECTION II – TO ADD AN ATTORNEY TO THE DOCKET**

*Please select one of the following options:*

☑  The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐USAO     ☐ FPDO     ☐ CJA Appointment     ☑ Pro Bono     ☐Retained

**SECTION IV – SIGNATURE**

I request that the Clerk update the docket as indicated above.

Dated: March 10, 2016            *Riana Pfefferkorn*

RIANA PFEFFERKORN (SBN 266817)
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY

Attorney for *Amici Curiae*
iPhone Security and Applied Cryptography
Experts

1