COPY
LODGED

2016 MAR -3 AM 11:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE



FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | CASE NUMBER<br><br>5:16-cm-00010-SP<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

__Moore, Richmond T__   of
*Applicant's Name (Last Name, First Name & Middle Initial)*

__202-434-5000__   __202-434-5029__
*Telephone Number*   *Fax Number*

__rtmoore@wc.com__
*E-Mail Address*

Williams & Connolly LLP
725 Twelfth St. NW
Washington DC 20005

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

__Intel Corporation__

*Name(s) of Party(ies) Represented*   G *Plaintiff*   G *Defendant*   X *Other:* __Amicus__

and designating as Local Counsel

__Faulkner, William__   of
*Designee's Name (Last Name, First Name & Middle Initial)*

__SBN: 83385__   __408-279-8700__
*Designee's Cal. Bar Number*   *Telephone Number*

__408-279-3244__
*Fax Number*

McManis Faulkner
One California Plaza
300 So. Grand Ave., 37th Fl.
Los Angeles, CA, 90071

*Firm Name & Address*

__wfaulkner@mcmanislaw.com__
*E-Mail Address*

hereby ORDERS the Application be:

G GRANTED.
☒ DENIED. Fee shall be returned by the Clerk.
G DENIED. For failure to pay the required fee.

Dated __March 11, 2016__

_____
U.S. District Judge/U.S. Magistrate Judge

GB64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1