

COPY
LODGED



2016 MAR -3 AM 11: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | CASE NUMBER |
|---|---|
| | 5:16-cm-00010-SP |
| | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

_____Shanmugam, Kannon K._____
*Applicant's Name (Last Name, First Name & Middle Initial)*

| ___202-434-5000___ | ___202-434-5029___ |
|---|---|
| *Telephone Number* | *Fax Number* |

Williams & Connolly LLP
725 Twelfth St. NW
Washington DC 20005

___kshanmugam@wc.com___
*E-Mail Address*              *Firm Name & Address*

for permission to appear and participate in this case on behalf of

_____Intel Corporation_____

_____

*Name(s) of Party(ies) Represented*          G *Plaintiff*     G *Defendant*     X *Other:*_____Amicus_____

and designating as **Local Counsel**

___Faulkner, William___          of     McManis Faulkner
*Designee's Name (Last Name, First Name & Middle Initial)*          One California Plaza
                                                                     300 So. Grand Ave., 37th Fl.
___SBN: 83385___   ___408-279-8700___          Los Angeles, CA, 90071
*Designee's Cal. Bar Number*   *Telephone Number*

___408-279-3244___
*Fax Number*                    *Firm Name & Address*

                                wfaulkner@mcmanislaw.com
                                *E-Mail Address*

hereby ORDERS the Application be:

G GRANTED.

Ⓧ DENIED.  Fee shall be returned by the Clerk.

G DENIED.  For failure to pay the required fee.

Dated  March 11, 2016          _____
                               U.S. District Judge/U.S. Magistrate Judge