ALAN J. BUTLER, SBN 281291
  butler@epic.org
MARC ROTENBERG
AIMEE THOMSON
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue NW, Suite 200
Washington, DC 20009
Telephone:   202.483.1140
Facsimile:   202.483.1248

Attorneys for the Electronic Privacy Information Center
  *Amicus Curiae*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**NOTICE OF ERRATA AND LODGING OF CORRECTED BRIEF OF *AMICUS CURIAE* ELECTRONIC PRIVACY INFORMATION CENTER (EPIC) AND EIGHT CONSUMER PRIVACY ORGANIZATIONS**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:     1:00 p.m.<br>Place:    Courtroom 3 or 4<br>Judge:    Hon. Sheri Pym |
|---|---|

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 3, 2016, the Electronic Privacy Information Center (EPIC) filed the following document that contains several errors that *amicus* seek to correct:

1

**Notice of Errata**
**Case No. CM 16-10 (SP)**

i. Brief of *Amicus Curiae* Electronic Privacy Information Center (EPIC) and Eight Consumer Privacy Organizations

This document contained an error in the Interest of the Amicus section, a formatting error on the cover, and a minor typographical error on page six. Counsel corrected these errors in the Corrected Brief. Correcting these errors did not affect the page length of the *amicus* brief.

Dated: March 15, 2016

By: /s/ *Alan J. Butler*
ALAN J. BUTLER

Marc Rotenberg
Aimee Thomson
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
*Attorneys for Amicus Curiae*