THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:   202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone:  202.706.5202
Facsimile:   202.706.5298
*Admitted *Pro Hac Vice*

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**SUPPLEMENTAL DECLARATION OF NICOLA T. HANNA IN SUPPORT OF APPLE INC.'S REPLY TO GOVERNMENT'S OPPOSITION TO APPLE INC.'S MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH**<br><br>**Hearing:**<br>Date:     March 22, 2016<br>Time:    1:00 p.m.<br>Place:   Courtroom 3 or 4<br>Judge:  Hon. Sheri Pym |

## SUPPLEMENTAL DECLARATION OF NICOLA T. HANNA

I, Nicola T. Hanna, declare as follows:

1. I am an attorney licensed to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys responsible for representing Apple Inc. in the above-captioned matter. I submit this declaration in support of Apple Inc.'s Reply to Government's Opposition to Apple Inc.'s Motion to Vacate Order Compelling Apple Inc. to Assist Agents in Search. The following facts are true to the best of my knowledge and belief and, if called and sworn as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit EE** is a true and correct copy of the transcript of Testimony at the House Judiciary Committee Hearing on Encryption Security and Privacy, Panel 1, *Encryption Tightrope: Balancing Americans' Security and Privacy*, on March 1, 2016. The transcript was printed from Congressional Quarterly on March 14, 2016.

3. Attached hereto as **Exhibit FF** is a true and correct copy of the Guardian article, *US Defense Chief Tells Silicon Valley: 'Encryption Is Essential,'* by Spencer Ackerman and Danny Yadron, originally published on March 2, 2016, available at http://www.theguardian.com/technology/2016/mar/02/apple-fbi-fight-silicon-valley-ashton-carter. The article was printed on March 2, 2016.

4. Attached hereto as **Exhibit GG** is a true and correct copy of the New York Times article, *Competing Interests on Encryption Divide Top Obama Officials*, by Michael Shear and David Sanger, originally published on March 5, 2016, available at http://www.nytimes.com/2016/03/06/us/politics/competing-interests-on-encryption-divide-top-obama-officials.html. The article was printed on March 13, 2016.

5. Attached hereto as **Exhibit HH** is a true and correct copy of the CNBC article, *US Safer with Fully Encrypted Phones: Former NSA/CIA Chief*, by Tom DiChristopher, originally published on February 23, 2016, available at

1  http://www.cnbc.com/2016/02/23/us-safer-with-fully-encrypted-phones-former-nsa-cia-chief-michael-hayden.html.  The article was printed on March 7, 2016.

6. Attached hereto as **Exhibit II** is a true and correct copy of a portion of the transcript of Joint Hearings on HR. 4922 and S. 2375, 103rd Cong. 11, *Digital Telephony and Law Enforcement Access to Advanced Telecommunications Technologies and Services*, on March 18, 1994, and August 11, 1994.  The transcript was printed from HeinOnline on March 14, 2016.

7. Attached hereto as **Exhibit JJ** is a true and correct copy of the Washington Post article, *Obama Faces Growing Momentum to Support Widespread Encryption*, by Ellen Nakashima and Andrea Peterson, originally published on September 16, 2015, available at https://www.washingtonpost.com/world/national-security/tech-trade-agencies-push-to-disavow-law-requiring-decryption-of-phones/2015/09/16/1fca5f72-5adf-11e5-b38e-06883aacba64_story.html.  The article was printed on March 13, 2016.

8. Attached hereto as **Exhibit KK** is a true and correct copy of the opening brief on behalf of the United States in *United States v. Mountain States Tel. & Tel. Co.,* 616 F.2d 1122 (9th Cir. 1980), submitted to the court on September 21, 1978.

9. Attached hereto as **Exhibit LL** is a true and correct copy of the transcript of Testimony at the House Judiciary Committee Hearing on Encryption Security and Privacy, Panel 2, *Encryption Tightrope: Balancing Americans' Security and Privacy*, on March 1, 2016.  The transcript was printed from Congressional Quarterly on March 14, 2016.

10. Attached hereto as **Exhibit MM** is a true and correct copy of the NPR interview transcript, *Encryption, Privacy Are Larger Issues Than Fighting Terrorism, Clarke Says*, by David Greene, originally published on March 14, 2016, available at http://www.npr.org/2016/03/14/470347719/encryption-and-privacy-are-larger-issues-than-fighting-terrorism-clarke-says.  The transcript was printed on March 15, 2016.

11. Attached hereto as **Exhibit NN** is a true and correct copy of the BGR article, *Former CIA Director Calls Out the FBI for Wanting to Fundamentally Change the iPhone*, by Yoni Heisler, originally published on March 11, 2016, available at https://bgr.com/2016/03/11/apple-vs-fbi-james-woolsey-cia-director/. The article was printed on March 13, 2016.

12. Attached hereto as **Exhibit OO** is a true and correct copy of the Chicago Tribune article, *Experts: The FBI's iPhone-unlocking Plan for Apple Is Risky*, by Tribune News Services, originally published on February 22, 2016, available at http://www.chicagotribune.com/business/ct-apple-ceo-tim-cook-fbi-iphone-20160222-story.html. The article was printed on March 13, 2016.

13. Attached hereto as **Exhibit PP** is a true and correct copy of the Forbes article, *Why the Apple Versus FBI Debate Matters in a Globalized World*, by Kalev Leetaru, originally published on March 2, 2016, available at http://www.forbes.com/sites/kalevleetaru/2016/03/02/why-the-apple-versus-fbi-debate-matters-in-a-globalized-world/#5a76ae9c2639. The article was printed on March 13, 2016.

14. Attached hereto as **Exhibit QQ** is a true and correct copy of the USA Today article, *Chertoff: IPhone Override Is Software Equivalent of Biological Weapon*, by Elizabeth Weise, originally published on March 4, 2016, available at http://www.usatoday.com/story/tech/news/2016/03/04/fbi-apple-code-software-biological-weapon-michael-chertoff/81291524/. The article was printed on March 5, 2016.

15. Attached hereto as **Exhibit RR** is a true and correct copy of the written testimony of Susan Landau for the House Judiciary Committee Hearing on Encryption Security and Privacy, Panel 2, *Encryption Tightrope: Balancing Americans' Security and Privacy*, on March 1, 2016. The testimony was printed on March 6, 2016.

16. Attached hereto as **Exhibit SS** is a true and correct copy of the Reuters article, *Mac Ransomware Caught Before Large Number of Computers Infected*, by Jim Finkle, originally published on March 7, 2016, available at http://www.reuters.com

1 /article/us-apple-ransomware-idUSKCN0W80VX.  The article was printed on
2 March 13, 2016.
3         17.     Attached hereto as **Exhibit TT** is a true and correct copy of the NPR
4 article, *San Bernardino Police Chief Sees Chance Nothing of Value on Shooter's*
5 *iPhone*, by NPR Staff, originally published on February 26, 2016, available at
6 http://www.npr.org/2016/02/26/468216198/san-bernardino-police-chief-weighs-in-on-
7 whether-apple-should-unlock-shooter-s-p.  The article was printed on March 13, 2016.
8         18.     Attached hereto as **Exhibit UU** is a true and correct copy of the Wired
9 article, *Code Isn't Just Functional, It's Poetic*, by Jonathan Keats, originally published
10 on April 16, 2013, available at http://www.wired.com/2013/04/code/.  The article was
11 printed on March 13, 2016.

13     I declare under penalty of perjury of the laws of the United States that the
14 foregoing is true and correct.  Executed at Irvine, California on March 15, 2016.

_____
Nicola T. Hanna