THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C. 20036
Telephone: 202.706.5202
Facsimile: 202.706.5298
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**DECLARATION OF CRAIG FEDERIGHI IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH**<br><br>**Hearing:**<br>Date: March 22, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 3 or 4<br>Judge: Hon. Sheri Pym |

I, Craig Federighi, declare:

1.  I am over the age of eighteen years and am competent and authorized to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I would and could testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2.  I have worked at Apple Inc. ("Apple") for almost ten years in total, since 2009 and previously between 1996 and 1999. I have been Senior Vice President of Software Engineering for nearly four years. In that role, I oversee the development of Apple's iOS operating system for mobile devices as well as its OS X operating system for laptop and desktop computers, and also supervise Apple's common operating system engineering teams. Through my experience in that role, I am familiar with the security features of iOS.

3.  I received a Master of Science degree in Computer Science and a Bachelor of Science in Electrical Engineering and Computer Science from the University of California, Berkeley.

4.  Apple designed the iPhone with users' security in mind. Our customers rely on Apple to protect the incredibly personal information on their iPhones, which is under siege by criminals and other malicious actors. We have tried to make the iPhone as difficult as possible for third parties to hack, so that if the device falls into the wrong hands, the data of our customers, including individuals, businesses and governments, remains safe.

5.  Apple uses the same security protocols everywhere in the world.

6.  Apple has never made user data, whether stored on the iPhone or in iCloud, more technologically accessible to any country's government. We believe any such access is too dangerous to allow. Apple has also not provided any government with its proprietary iOS source code. While governmental agencies in various countries, including the United States, perform regulatory reviews of new iPhone

1  releases, all that Apple provides in those circumstances is an unmodified iPhone
2  device.
3     7.   It is my understanding that Apple has never worked with any government
4  agency from any country to create a "backdoor" in any of our products or services.

6  I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.
8  Executed this 15th day of March 2016 in Cupertino, California.

By: *Craig Federighi* (signature)
Craig Federighi
Senior Vice President, Software Engineering
Apple Inc.