THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

THEODORE B. OLSON, SBN 38137
  tolson@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

MARC J. ZWILLINGER*
  marc@zwillgen.com
JEFFREY G. LANDIS*
  jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street N.W., Suite 250
Washington, D.C.  20036
Telephone:  202.706.5202
Facsimile:  202.706.5298
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | ED No. CM 16-10 (SP)<br><br>**DECLARATION OF ROBERT FERRINI IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO VACATE ORDER COMPELLING APPLE INC. TO ASSIST AGENTS IN SEARCH**<br><br>**Hearing:**<br>Date:    March 22, 2016<br>Time:    1:00 p.m.<br>Place:   Courtroom 3 or 4<br>Judge:   Hon. Sheri Pym |

Gibson, Dunn & Crutcher LLP

I, Robert Ferrini, declare:

1. I am over the age of eighteen years and am competent and authorized to make this declaration. I have personal knowledge of the facts set forth below. If called as a witness, I would and could testify to the statements and facts contained herein, all of which are true and accurate to the best of my knowledge and belief.

2. I have worked at Apple Inc. ("Apple") since 2012. My current title is Senior Director, Worldwide Advertising & Planning. In that role I oversee the development of Apple's marketing strategy and all of Apple's advertising activities worldwide.

3. I received a Bachelor of Arts in Marketing and Communication studies from Fairfield University.

4. I have reviewed the Government's Reply in Support of Motion to Compel and Opposition to Apple Inc.'s Motion to Vacate Order in which the Government claims that Apple has advertised the ability of Apple's software to block law-enforcement requests for access to the contents of its devices. This claim is false.

5. Since the introduction of iOS 8 in October 2014, Apple has placed approximately 1,793 advertisements worldwide—627 in the United States alone—of different types, including, print ads, television ads, online ads, cinema ads, radio ads and billboards. Those advertisements have generated an estimated 253 billion impressions worldwide and 99 billion impressions in the United States alone (an impression is an estimate of the number of times an ad is viewed or displayed online).

6. Of those advertisements, not a single one has ever advertised or promoted the ability of Apple's software to block law enforcement requests for access to the contents of Apple devices.

7. Indeed, only three of those advertisements reference security at all, and all three relate to the Apple Pay service, and then only to say that Apple Pay is "safer than a credit card, and keeps your info yours."

Executed this 15th day of March 2016 in Cupertino, California.

By: /s/ Robert Ferrini
Robert Ferrini
Senior Director, Worldwide
Advertising & Planning
Apple Inc.

3