LODGED

2016 MAR 10 PM 2:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203. | Case No. CM 10-16-SP<br><br>ORDER GRANTING LEAVE TO FILE BRIEF AMICUS CURIAE<br><br>Date:  March 22, 2016<br>Time:  1:00 p.m.<br>Ctrm:  3 or 4 - 3rd Floor<br>Judge:  Honorable Sheri Pym |

The court having considered the Brief dated March 3, 2016 submitted by law professors David W. Opderbeck and Justin (Gus) Hurwitz, and for good cause appearing;

IT IS on this _____ day of March, 2016, ORDERED that Professors Opderbeck and Hurwitz are hereby granted leave to file their March 3, 2016 letter brief as *amici curiae* in this action.

Date: 

DENIED
BY ORDER OF
SHERI PYM
UNITED STATES MAGISTRATE JUDGE
ON 3-11-16

AS UNTIMELY

_____
Hon. Sheri Pym, U.S.M.J.

1