

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | CASE NUMBER<br>ED No. CM 16-10 (SP)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Katyal, Neal K.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-637-5600          202-637-5910
*Telephone Number     Fax Number*

neal.katyal@hoganlovells.com
*E-Mail Address*

of

Hogan Lovells US LLP
Columbia Square
555 13th Street NW
Washington, DC 20004

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

_____

Name(s) of Party(ies) Represented    ☐ Plaintiff   ☐ Defendant   ■ Other: _____

and designating as Local Counsel

Maddigan, Michael M.
*Designee's Name (Last Name, First Name & Middle Initial)*

163450          310-785-4600
*Designee's Cal. Bar Number    Telephone Number*

310-785-4601
*Fax Number*

of

Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

*Firm Name & Address*

michael.maddigan@hoganlovells.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ **GRANTED**.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated  March 16, 2016

_____
U.S. District Judge/U.S. Magistrate Judge