EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
TRACY L. WILKISON (California Bar No. 184948)
Chief, Cyber and Intellectual Property Crimes Section
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-8601
    Email:    Tracy.Wilkison@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE #5KGD203 | ED No. CM 16-10 (SP)<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR A CONTINUANCE<br><br>Current Hearing Date: March 22, 2016<br>Current Hearing Time: 1:00 p.m.<br><br>Location: Courtroom of the Hon. Sheri Pym |

    Applicant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files this *Ex Parte* Application for a Continuance, requesting that the hearing currently set for March 22, 2016 be vacated and that the government file a status report by April 5, 2016.

    This Application is based upon the attached memorandum of points and

///

authorities, the files and records in this case, and such further evidence and argument as this Court may permit.

Dated: March 21, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

*/s/ Tracy Wilkison*

TRACY L. WILKISON
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2

# MEMORANDUM OF POINTS AND AUTHORITIES

Since the attacks in San Bernardino on December 2, 2015, the Federal Bureau of Investigation ("FBI") has continued to pursue all avenues available to discover all relevant evidence related to the attacks.

Specifically, since recovering Farook's iPhone on December 3, 2015, the FBI has continued to research methods to gain access to the data stored on it.  The FBI did not cease its efforts after this litigation began.  As the FBI continued to conduct its own research, and as a result of the worldwide publicity and attention on this case, others outside the U.S. government have continued to contact the U.S. government offering avenues of possible research.

On Sunday, March 20, 2016, an outside party demonstrated to the FBI a possible method for unlocking Farook's iPhone.  Testing is required to determine whether it is a viable method that will not compromise data on Farook's iPhone.  If the method is viable, it should eliminate the need for the assistance from Apple Inc. ("Apple") set forth in the All Writs Act Order in this case.

Accordingly, to provide time for testing the method, the government hereby requests that the hearing set for March 22, 2016 be vacated.  The government proposes filing a status report with the Court by April 5, 2016.

On March 21, 2016, at approximately 2:45 p.m., the United States Attorney contacted counsel for Apple to request Apple's position on this *ex parte* Application, and counsel for Apple requested a telephonic status conference with the Court.