EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
TRACY L. WILKISON (California Bar No. 184948)
Chief, Cyber and Intellectual Property Crimes Section
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-8601
    Email:    Tracy.Wilkison@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE #5KGD203 | ED No. CM 16-10 (SP)<br><br>[PROPOSED] ORDER CONTINUING HEARING |
|---|---|

The Court has reviewed the government's *Ex Parte* Application for a Continuance. GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that the hearing in this matter set for March 22, 2016, at 1:00 p.m. is vacated, and the government is ORDERED to file a status report by April 5, 2016.

DATED: _____

                                            UNITED STATES MAGISTRATE JUDGE