Daniel Shallman (SBN 180782)
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, California 90067-3044
Tel: (424) 332-4752
Fax: (202) 662-6291
dshallman@cov.com

ORIGINAL

FILED
2016 MAR 18 AM 10: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE (Cont. in Section IV below)

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

5:16-cm-00010 (SP)

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Wimmer, Kurt
*Applicant's Name (Last Name, First Name & Middle Initial)*

Covington & Burling LLP
*Firm Name*

Covington & Burling, LLP
850 Tenth Street, NW
*Street Address*

Washington, D.C. 20001-4956
*City, State, Zip Code*

(202) 662-5278
*Telephone Number*

(202) 662-6291
*Fax Number*

kwimmer@cov.com
*E-Mail Address*

**I have been retained to represent the following parties:**

The Media Institute

☐ Plaintiff   ☐ Defendant   ☒ Other: Amicus Curiae
☐ Plaintiff   ☐ Defendant   ☐ Other: ___

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| U.S. Dist. Court for the District of Columbia | 12/7/1992 | Yes |
| | | |
| | | |
| | | |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?   ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 3/2/2016         Kurt Wimmer
_____        *Applicant's Name (please type or print)*
                       *[signature]*
                       *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Shallman, Daniel
*Designee's Name (Last Name, First Name & Middle Initial)*

Covington & Burling LLP
*Firm Name*

2029 Century Park East

Suite 3100
*Street Address*

Los Angeles, California 90067-6291
*City, State, Zip Code*

(424) 332-4752
*Telephone Number*

(202) 662-6291
*Fax Number*

dshallman@cov.com
*E-Mail Address*

180782
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated 3-7-2016

Daniel Shallman
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

(Cont. matter name)
SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### KURT A. WIMMER

was on **DECEMBER 7, 1992** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **March 2, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
    Deputy Clerk

## Nationwide Legal Inc. (legal)

| | |
|---|---|
| **From:** | Kapuscinska, Monika <mkapuscinska@cov.com> |
| **Sent:** | Wednesday, March 09, 2016 2:22 PM |
| **To:** | Wimmer, Kurt |
| **Cc:** | Willard, Lauren |
| **Subject:** | FW: Activity in Case 5:16-cm-00010-SP USA v. In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203 Financial Entry |

FYI.

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Wednesday, March 09, 2016 2:21 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 5:16-cm-00010-SP USA v. In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203 Financial Entry

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of

1

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 3/9/2016 at 2:20 PM PST and filed on 3/9/2016

| | |
|---|---|
| **Case Name:** | USA v. In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203 |
| **Case Number:** | 5:16-cm-00010-SP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**FINANCIAL ENTRY as to Defendant The Media Institute: Received $325.00 from Kurt Wimmer. Re: APPLICATION OF NON-RESIDENT ATTORNEY Kurt Wimmer to Appear Pro Hac Vice as to Defendant The Media Institute (PHV FEE PAID) [139]. Receipt number LA132873. (ap)**

2

**5:16-cm-00010-SP-67 Notice has been electronically mailed to:**

Alan J Butler     butler@epic.org

Allen W Chiu     allen.chiu@usdoj.gov, USACAC.Criminal@usdoj.gov

Andrew Crocker     andrew@eff.org, madeleine@eff.org

Andrew J Pincus     apincus@mayerbrown.com

Andrew P Bridges     abridges@fenwick.com, crodriguez@fenwick.com

Ariel Green     ariel.green@mto.com

Caroline Elizabeth Wilson Palow     Caroline@privacyinternational.org

Ciara Nicole Mittan     cmittan@fenwick.com

Cindy Ann Cohn     cindy@eff.org, barak@eff.org

Daniel N Shallman     dshallman@cov.com, mkapuscinska@cov.com

3

David Richard LaBahn     david.labahn@apainc.org

David Allen Greene     davidg@eff.org, cynthia@eff.org

Eamon P Joyce     ejoyce@sidley.com

Eric David Vandevelde     evandevelde@gibsondunn.com

Gary R Fagan     gfagan@sbcda.org

James R Touchstone     jrt@jones-mayer.com, lym@jones-mayer.com, rja2@jones-mayer.com, sks@jones-mayer.com

Jamie L Williams     jamie@eff.org, cynthia@eff.org

Jason C Murray     jmurray@crowell.com

Jeffrey G Landis     jeff@zwillgen.com

Jennifer Ann Lynch     jlynch@eff.org, madeleine@eff.org

4

Jennifer Stisa Granick   jennifer@law.stanford.edu

Jerome C Roth   jerome.roth@mto.com, Susan.Ahmadi@mto.com

Jerry A Behnke   jbehnke@larsonobrienlaw.com, hpark@larsonobrienlaw.com

John Nadolenco   jnadolenco@mayerbrown.com, jaustgen@mayerbrown.com, ladocket@mayerbrown.com

Jonathan H Blavin   jonathan.blavin@mto.com, dolores.reyes@mto.com

Joshua Patashnik   josh.patashnik@mto.com, barbara.palomo@mto.com

Kurt B Opsahl   kurt@eff.org, barak@eff.org

Marc J Zwillinger   marc@zwillgen.com, docketing@zwillgen.com, nick@zwillgen.com

Marcia Hofmann   marcia@marciahofmann.com

Mark E Haddad   mhaddad@sidley.com, laefilingnotice@sidley.com

Mark Alan Lemley   mlemley@durietangri.com, docketing@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, mark-lemley-durie-tangri-5500@ecf.pacerpro.com, records@durietangri.com

Martin J Mayer   mjm@jones-mayer.com

Melissa A Meister   mmeister@larsonobrienlaw.com, ygutierrez@larsonobrienlaw.com

Michael M Maddigan   michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, vincent.cordi@hoganlovells.com

Michael H Rubin   mrubin@wsgr.com, jdelaney@wsgr.com

Michael Aaron Feldman   mfeldman@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, michael-feldman-durie-tangri-6965@ecf.pacerpro.com

Nathan Daniel Cardozo   nate@eff.org, cynthia@eff.org

Nicholas M McLean   nmclean@sidley.com

Nicola T Hanna   nhanna@gibsondunn.com, bakin@gibsondunn.com, CNorell@gibsondunn.com, JCulpepper@gibsondunn.com

Peter Bibring   pbibring@aclu-sc.org, dgonzalez@aclusocal.org, gtien@aclu-sc.org

Richard Franklin Taub     rtaub@taublawyers.com

Rosemarie T Ring     rose.ring@mto.com, erika.eberline@mto.com

Ruth Zadikany     rzadikany@mayerbrown.com, jaustgen@mayerbrown.com, los-docket@mayerbrown.com

Sophia Sabrina Cope     sophia@eff.org, cynthia@eff.org

Stephen Nathaniel Gikow     sgikow@wsgr.com

Stephen Gerard Larson     slarson@larsonobrienlaw.com, hpark@larsonobrienlaw.com, JBehnke@larsonobrienlaw.com, mmeister@larsonobrienlaw.com, ygutierrez@larsonobrienlaw.com

Steven A Haskins     shaskins@larsonobrienlaw.com, chan.omelia@arentfox.com, kfoster@larsonobrienlaw.com, ygutierrez@larsonobrienlaw.com

Tarquin Preziosi     tp@jones-mayer.com, lym@jones-mayer.com

Theodore B Olson     tolson@gibsondunn.com, aboizelle@gibsondunn.com, mmiller@gibsondunn.com

Theodore J Boutrous , Jr     tboutrous@gibsondunn.com, iguerra@gibsondunn.com

7

Tracy L Wilkison     tracy.wilkison@usdoj.gov

Travis M Crum     tcrum@mayerbrown.com

Tyler Griffin Newby     tnewby@fenwick.com, pnichols@fenwick.com

Tze Lee Tien     tien@eff.org, cynthia@eff.org

William Cody Grammer     williamcgrammer@gmail.com

**5:16-cm-00010-SP-67 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

David L Hayes
Fenwick and West LLP
555 California Street 12th Floor
San Francisco, CA 94104

Riana Pfefferkorn
Stanford Law School Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305-8610

DUPLICATE

Court Name: U.S. District Court
Division: 2
Receipt Number: LA132874
Cashier ID: rscash
Transaction Date: 03/09/2016
Payer Name: Nationwide Legal

PRO HAC VICE
 For: Nationwide Legal
 Case/Party: D-CAC-2-16-AT-002016-001
 Amount:      $325.00

CHECK
 Check/Money Order Num: 4937
 Amt Tendered: $325.00

Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00

Pro Hac Vice for Lauren S. William

Covington & Burling LLP

850 Tenth Street, NW.,

Washington DC., 20001-4956

5:16cm00010-SP

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

DUPLICATE

Court Name: U.S. District Court
Division: 2
Receipt Number: LA132874
Cashier ID: rscash
Transaction Date: 03/09/2016
Payer Name: Nationwide Legal

PRO HAC VICE
 For: Nationwide Legal
 Case/Party: D-CAC-2-16-AT-002016-001
 Amount:      $325.00

CHECK
 Check/Money Order Num: 4937
 Amt Tendered: $325.00

Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00

Pro Hac Vice for Lauren S. William

Covington & Burling LLP

850 Tenth Street, NW.,

Washington DC., 20001-4956

5:16cm00010-SP

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

Fee previously paid.