Daniel Shallman (SBN 180782)
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, California 90067-3044
Tel: (424) 332-4752
Fax: (202) 662-6291
dshallman@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE SEIZED DURING THE EXECUTION OF A SEARCH WARRANT ON A BLACK LEXUS IS300, CALIFORNIA LICENSE PLATE 35KGD203 | 5:16-cm-00010 (SP)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wimmer, Kurt
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 662-5278     (202) 662-6291
*Telephone Number     Fax Number*
kwimmer@cov.com
*E-Mail Address*

Covington & Burling LLP
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

The Media Institute

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff*     ☐ *Defendant*     X *Other:* Amicus Curiae

**and designating as Local Counsel**

Shallman, Daniel     of
*Designee's Name (Last Name, First Name & Middle Initial)*

180782     (424) 332-4752
*Designee's Cal. Bar Number     Telephone Number*

(202) 662-6291
*Fax Number*

Covington & Burling LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067-6291
*Firm Name & Address*
dshallman@cov.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☒ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

Dated March 21, 2016

[signature]
~~U.S. District Judge~~/U.S. Magistrate Judge

GB64 ORDER (06/13)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1