UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CM 16-00010-SP | Date | March 21, 2016 |
|---|---|---|---|
| Title | In the Matter of the Search of an Apple iPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203 | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Vangelina Pina, | Adele Frazier |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Applicant: | Attorneys Present for Respondent: |
|---|---|
| Tracy Wilkison, AUSA, | Theodore Boutrous |
| Patti Donahue, AUSA | Nicola Hanna |
| | Eric Vandevelde |
| | Marc Zwillinger |
| | Bruce Sewell (General Counsel) |
| | Noreen Krall |

**Proceedings:** (Telephonic Conference) Order Granting Government's Ex Parte Application to Vacate Hearing set for March 22, 2016 [191]

A Conference Call in this matter was held on March 21, 2016. Assistant United States Attorneys Tracy Wilkison and Patti Donahue appeared on behalf of the government. Theodore Boutrous, Nicola Hanna, Eric Vandevelde, Marc Zwillinger, Bruce Sewell (General Counsel), and Noreen Krall appeared on behalf of respondent, Apple Inc.

The court and counsel conferred regarding the government's Ex Parte Application for a Continuance (docket no. 191). Based on the good cause shown in that application, and based on Apple's nonobjection to vacating the hearing, the court ORDERS:

1. The hearing in this matter set for March 22, 2016 at 1:00 p.m. is VACATED;
2. As there is presently uncertainty surrounding the government's need for Apples's assistance, the court's February 16, 2016 Order Compelling Apple, Inc. to Assist Agents in Search, in case number ED 15-451-M, is hereby stayed, pending further submissions in this case; and
3. The government is ordered to file a status report by April 5, 2016.

.15 min.
Initials of Deputy Clerk: VP